RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
 2                    JACKSON DIVISION

 3    RICHARD WORLEY                         PLAINTIFF

 4
      V.                    CAUSE NO. 4:17-cv-193 SA/JMV
 5

 6    DEPUTY DANNY LAWRENCE, Individually and in his
      Official Capacity as a Deputy of the Grenada
 7    County Sheriff's Office; DEPUTY BRYAN GRIFFITH,
      Individually and in his Official Capacity as a
 8    Deputy of the Grenada County Sheriff's Office;
      DEPUTY RANDY SWEAT, Individually and in his
 9    Official Capacity as a Deputy of the Grenada
      County Sheriff's Office; DEPUTY TIM GHOLSTON,
10    Individually and in his Official Capacity as a
      Deputy of the Grenada County Sheriff's Office;
11    DEPUTY DONNY WILLIS, Individually and in his
      Official Capacity as a Deputy of the Grenada
12    County Sheriff's Office; JOHN DOES I-X,
      Individually and in his Official Capacity as a
13    Deputy of the Grenada County Sheriff's Office;
      SHERIFF ALTON STRIDER, Individually and in his
14    Official Capacity as a Sheriff of the Grenada
      County Sheriff's Office; GRENADA COUNTY,
15    MISSISSIPPI                          DEFENDANTS

16
      ************************************************
17
                   DEPOSITION OF SONJA WILLIS
18
      ************************************************
19

20           DATE:  WEDNESDAY, OCTOBER 31, 2018
             PLACE:  GORE, KILPATRICK & DAMBRINO
21                  2000 GATEWAY, SUITE 160
                    GRENADA, MISSISSIPPI
22                    TIME: 9:38 a.m.

23

24                   BETHANY CAMMACK
               Certified Shorthand Reporter
25              Mississippi CSR No. 1526
```



RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018                                    Pages 2..5

---

Page 2

```
 1              APPEARANCES
 2
 3   MARY MCKAY GRIFFITH
     Jacks Griffith Luciano
 4   150 North Sharpe Avenue
     Cleveland, Mississippi  38732
 5   662.843.6171
     mgriffith@jlpalaw.com
 6         Counsel for Defendants
 7
     KATELYN A. RILEY
 8   Allen, Allen, Breeland & Allen
     Post Office Box 751
 9   Brookhaven, Mississippi  39601
     601.833.4361
10   kriley@aabalegal.com
          Counsel for Defendant Bryant Griffin
11
12   ANDREW C. CLARKE
     Attorney at Law
13   6256 Poplar Avenue
     Memphis, Tennessee  38119
14   901.680.9777
     aclarke@accfirm.com
15         Counsel for Plaintiff
16
17
18
19
20
21
22
23
24
25
```

---

Page 3

```
 1              TABLE OF CONTENTS
 2                                        PAGE
 3
```
```
     Title Page................................... 1

     Appearance Page............................. 2

     Table of Contents........................... 3

     Exhibit Index............................... 4

     EXAMINATION OF SONJA WILLIS
       By Ms. Griffith........................... 5
       By Mr. Clarke............................. 45
       By Ms. Riley.............................. 67
       By Ms. Griffith........................... 69
       By Mr. Clarke............................. 69

     Reporter's Certificate...................... 73

     Deponent's Certificate...................... 74

     Correction Sheet............................ 75
```

---

Page 4

```
 1              EXHIBIT INDEX
 2
     NO.    DESCRIPTION                        PAGE
 3
 4   1      Incident Report, 9/29/16
            CO DEF 19-21                        19
 5
     2      Abstract of Court Record
 6          1/5/4, CO DEF 133-135               25
 7   3      Abstract of Court Record
            9/29/16, CO DEF 143                 26
 8
     4      Abstract of Court Record
 9          2/24/17, CO DEF 153                 34
10   5      Photographs of Barbara Kitchens     34
11   6      Abstract of Court Record
            8/29/07, CO DEF 157                 36
12
     7      Abstract of Court Record
13          7/9/14, CO DEF 158-160              39
14   8      Abstract of Court Record
            11/3/08, CO DEF 164                 39
```

---

Page 5

```
 1                SONJA WILLIS,
 2        having been first duly sworn,
 3      was examined and testified as follows:
 4                EXAMINATION
 5   BY MS. GRIFFITH:
 6      Q.  Could you state your name for the record?
 7      A.  Sonja Willis.
 8      Q.  And it spelled S-o-n-j-a?
 9      A.  Uh-huh (affirmative response).
10      Q.  Okay.  I just wanted to make sure.
11      A.  Well, on my birth certificate it's
12   S-o-n-y.
13      Q.  So which do you go by?
14      A.  Well, they started in school with
15   S-o-n-j-a and it kind of stuck with me, and that's
16   what I've been going with.
17      Q.  That's interesting.
18      A.  Yeah.  Well, I would spell it the way that
19   it's supposed to be spelled and. . .
20          MR. CLARKE:  They don't know who you
21   are.
22          THE WITNESS:  And they come back with
23   a different spelling.  My mother just threw her
24   hands up.
25          MS. RILEY:  Some teacher had another
```

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018                                        Pages 14..17

Page 14

1   A.  Many times.
2       Q.  And what does that mean?  What do you
3   mean?
4       A.  The times -- I'm going to speak of the
5   times that I've charged Richard.  The first time he
6   threatened me where I felt like I needed to press
7   charges on him, we were at a call.  He was drunk.
8   Well, you would have to know Richard.
9       Richard could be drunk and sober all at
10  the same time.  I can't explain it.  When certain
11  people show up, he's sober.  The times that he's
12  really drunk, he stays drunk no matter who shows
13  up.  So, I mean, you can imagine what's going
14  through our mind:  Is he really drunk, or he's
15  using this as an excuse to do some things that he
16  wanted to do.
17      He threatened to kill me.  Come to my
18  house, rape my girls -- first of all, he told me he
19  was going to knock me out.  He say, "I'm going to
20  knock your fucking brains out."  Those were his
21  words.  "But I'm not going to kill you.  I'm going
22  to rape your girls in front of you.  Then I'm going
23  to cut their throats, and then I'm going to kill
24  you."
25      Q.  So did you arrest him that time?

Page 15

1       A.  The deputies got him, yeah.
2       Q.  Okay.  So what other deputies overheard
3   this?
4       A.  Oh, God, who was out there?  Was it --
5   Jesse Gonzales.  Ben Contreras.  Johnny Grantham.
6   There was a -- we have a bunch of reserves that
7   show up on the scene in their personal vehicles,
8   and I want to the say that was one of those times,
9   because it was a fight or a disturbance or
10  something going on.
11      Like I said, there's been so many times
12  dealing with Richard that I would have to go
13  through every affidavit, every report we have, to
14  try to pinpoint when and where and what was going
15  on at that time.  But at that time, I think it was
16  at K&G Lane at his house, or either Bolton Hill
17  Road, one or the other.
18      So I charged him.  I went to justice
19  court, and I charged him.  I think charged him with
20  public drunk, too, and -- may have been disorderly
21  conduct.  I can't remember on those.  And the last
22  time I believe that I charged him, charged him, was
23  him threatening to blow my brains out.
24      Q.  So when he starts yelling these things,
25  type things at you, like he's going to rape your

Page 16

1   daughters, is he also saying racial things to you?
2       A.  Richard liked to call me a black nigger
3   bitch.  He likes to run toward me, but he stops.
4   He grabs his shirt, and most of the time it's a
5   T-shirt, and he rips it open and growls (making
6   growling sounds).  "You black nigger bitch, I'm
7   going to kill you.  I'm going to fucking kill you."
8       He likes to call me whores.  Last incident
9   he said a lot of things that made a lot of people
10  out there upset about me.  I've dealt with Richard
11  not only these calls, but other calls, that I feel
12  that's the reason why he just don't like me.
13  So. . .
14      Q.  Have you seen him also say racial things
15  to other deputies?
16      A.  He have made racial slurs to other
17  deputies.  Also to the inmates.  We've gotten him
18  to jail, and he's said -- called people niggers.
19  He's invited people to suck -- and his word is
20  "suck my dick."  He's told me to suck his dick.
21      He has spit in my face before, several
22  times.  He's spit on other deputies.  He's spit on
23  other inmates.  I mean, he's done a lot.
24      Q.  So the time that he threatened to kill --
25  or to kill your -- rape your daughters, was your

Page 17

1   husband out there on that call?
2       A.  No.  Donnie -- Donnie was not out there on
3   that call.  Matter of fact, I don't know if me and
4   Donnie was married at the time.  I think we may
5   have been engaged.
6       Q.  So besides him trying to bite you, bit
7   your shirt, and he tried to bite your chief
8   deputy --
9       A.  No, he bit him.
10      Q.  He bit your chief deputy.  Who else over
11  the years do you know that he's bitten?
12      A.  He's bitten Josh Dale.
13      Q.  And who's Josh Dale?
14      A.  One of our investigators now with the
15  county.  They've actually got into a -- rolling
16  down a hill.  Matter of fact, Josh was out there
17  the time he bit Johnny, and I want to say during
18  that time he bit me, too.  I can't remember what --
19  when it -- which time it was.
20      After then, I didn't get that close to
21  Richard, and I wouldn't let him get that close to
22  me.  I'm trying to see who else.  I know he bit Ben
23  Contreras.
24      Q.  And that --
25      A.  He's dead.

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018

Page 18

1    Q. -- is a deceased deputy?
2    A. He's deceased. He left the department
3 some years ago and went to work in Batesville, I
4 believe. I don't know if he ever bit Jesse, but he
5 attempted to bite Jesse.
6    Q. Now, who's Jesse?
7    A. Gonzales. He's retired. Melvin and
8 Ricky, he would say stuff, but I guess he looked at
9 them and figured that that wasn't a good thing for
10 him to do. I'm just thinking of people I've been
11 on calls with. I mean, that's the only people that
12 I can think of that I knew that he actually bit.
13   Q. Do you know if he bit Calvin Roach?
14   A. I heard about him biting inmates over
15 there, but I also heard him biting some inmates
16 that I guess they didn't report it because maybe
17 they got him back or something.
18      But I did hear about the Roach. I can't
19 remember his first name, but the Roach guy. And he
20 bit somebody else over there.
21   Q. I'm going to hand you --
22   A. I think they reported it. I can't
23 remember their name. I didn't deal directly -- if
24 I don't deal directly with it -- I have a lot to
25 do. I don't normally get into it.

Page 19

1    Q. I'm going to hand you what's Bates stamped
2 CO DEF 19 through 21.
3      (EXHIBIT 1 WAS MARKED FOR THE RECORD.)
4      (OFF THE RECORD.)
5 MS. GRIFFITH CONTINUED:
6    Q. I'm going to mark this Exhibit 1 to your
7 deposition. Just let you take a look at that and
8 see if you can tell us about that incident.
9    A. (Reviewing document.) Hmm, yes. Yeah.
10 This is, I believe, the last time I charged him
11 with assault.
12   Q. Okay. So that was from September the 29th
13 of 2016, and it dealt with -- just tell us what
14 happened.
15   A. Okay. We received the call that Barbara
16 Kitchens called and stated that she had been
17 assaulted, that Richard had threw hot coffee on
18 her. Went to Savannah Lane. I pulled up. SO-47,
19 which is Donnie Willis, pulled in behind me.
20      Barbara come from the right of us, from a
21 neighbor's yard. And we get out of the vehicle,
22 and she's crying and yelling and cursing and
23 saying, "Do you see what he F-ing did to me? He
24 threw hot coffee on me. He's mad. I just want to
25 get my stuff. I want to go."

Page 20

1      And I said, "Hold up. Let's see what's
2 going on." He come out of the house. And I'm
3 talking to Richard, and he's just as calm as he
4 could be. He had a white cup in his hand.
5      And he walk up to me -- every time he'll
6 say something and -- he'll walk up to me, and I
7 tell him to stand back, go back. Because I didn't
8 know what he had in the cup. I knew she had coffee
9 all over her. I didn't want him to get mad and
10 throw coffee all over me. I know Richard. Richard
11 does little things that he shouldn't do.
12      And he got upset. He said, "Yeah, she can
13 get her stuff." So she go and she try to get her
14 stuff, and he said, "No, she can't get her stuff."
15 He was just back and forth. Barbara was running
16 off at the mouth saying a whole bunch of stuff.
17 And I was just, "Barbara, be quiet. If he's going
18 to let you get your stuff, then get your stuff.
19 We're going to go. We're going to do this all
20 day, back and forth, back and forth."
21      So we got ready to go into the house.
22 Richard turned around, "No, she ain't going to get
23 her -- she ain't getting her F-ing stuff." We'll
24 do this, that and the other. I mean, just cussing
25 and ranting and raving.

Page 21

1      I said, "Okay, Barbara, let's go."
2      So we get ready to go, and he said, "No,
3 she can get her stuff. I just want her to get her
4 stuff and go."
5      I said, "Richard, we're not going to do
6 this all day."
7      So we start to go up in the trailer.
8 Barbara goes up the step. Her daughter is there.
9 She goes behind her, I'm behind her. Donnie is
10 behind me down on the ground. And he comes back to
11 the door she's going up. He was like, "No, you
12 ain't getting your stuff. You ain't getting your
13 stuff."
14      And I said, "Come on, Barbara, we're
15 fixing to go." He started cussing me. Because she
16 said, "Yeah, I'm fixing to leave." He started
17 cussing me. He told me that he was going to -- he
18 didn't like me anyway. He was going to go get a
19 gun and blow my fucking brains out.
20      And Barbara start hollering and screaming,
21 "He's got a gun, he's going to get a gun."
22      So I'm standing there. I'm like -- I'm in
23 -- not disbelief but just standing there, like,
24 he's not going to get a gun.
25      So he start going down the hallway, and

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018                                          Pages 22..25

Page 22

1  she's like pulling on me. "No, let's go. He's
2  fixing to kill you. He want to kill you anyway."
3  And I'm standing there, like, Oh, crap. So I'm
4  trying to get them to come on, and she's mouthing
5  off at him. I'm trying to get her and her daughter
6  away from the house.
7          Donnie is standing there. I'm telling him
8  to get to the road. So we go to the road, and
9  she's still mouthing off. We gets behind my truck.
10  I called for backup, because he's standing in the
11  door going back and forth, you know, just cussing,
12  making racial slurs, talking about me like a dog.
13          And I'm standing there watching him. And
14  I'm telling Donnie, you know, "Get out the way. We
15  don't know if he's got a gun or not."
16          And she was like, "He's got a gun, and
17  he's going to fucking kill you. He told me he was
18  going to kill you."
19          I said, "Be quiet, Barbara. Just be
20  quiet. Just stand over here and be quiet."
21          So I'm on the radio trying to talk to the
22  deputies, trying to see where they're at, and they
23  was on the other side dealing with somebody else.
24  So it didn't take them that long to get there, and
25  I guess he heard the sirens. And he come off the

Page 23

1  step, come down in the yard, start playing with the
2  dog. Like he hadn't done anything wrong.
3          So the deputies pulled up, and they're
4  looking like, "Where he at?"
5          I'm like, "There you go. Down there
6  playing with the dogs like nothing is wrong."
7          So they go down there, make him get on the
8  ground. And that's when he start, "I didn't do
9  anything wrong. What you talking about, Mr. Tim?
10  I didn't do anything wrong."
11          And they was like, "Well, she said, you
12  know, you threatened her and stuff" and --
13  whatever.
14          And he's still saying, "I didn't do
15  anything wrong. I don't know what you're talking
16  about."
17          And they made him get on the ground. He
18  threatened to kill me. Told them he was going to
19  fuck me up. He said that I was fucking all the
20  inmates, I was fucking the judges, and I was
21  fucking all the police.
22          And my husband was standing there, and he
23  had just this blank look on his face, because he's
24  never really dealt with Worley. And I'm like -- I
25  didn't say a word. I got back in my vehicle. I

Page 24

1  told him to get back in his vehicle, and the other
2  deputies dealt with him.
3      Q.  All right. I'm going to take this from
4  you and hand you -- and you may not know what this
5  is about, but it's Bates stamps 133 through 135. I
6  don't know. You might recognize it.
7      A.  It's K&G Lane. This is going to be
8  something -- oh, yeah. This is K&G Lane.
9  Disturbing the peace. Well -- excuse me.
10          MR. CLARKE: Is there a question?
11          MS. GRIFFITH: I was going to let her
12  look at them first.
13          MR. CLARKE: Oh, okay.
14          THE WITNESS: Public drunk, yeah.
15  MS. GRIFFITH CONTINUED:
16      Q.  Do you remember what that incident was
17  about?
18      A.  One of the many incidents that we've gone
19  to his house about a disturbance. We had gotten a
20  call from either somebody there, that was actually
21  there at the residence, or a neighbor, which is
22  through the woods, that would hear stuff and give
23  us a call. One of the many times that he's acting
24  out.
25      Q.  And that was January 5th of 2004. Is that

Page 25

1  correct?
2      A.  Uh-huh (affirmative response).
3          MS. GRIFFITH: I'm going to make that
4  Exhibit 2.
5      (EXHIBIT 2 WAS MARKED FOR THE RECORD.)
6  MS. GRIFFITH CONTINUED:
7      Q.  I'm going to next hand you what's Bates
8  stamped CO DEF 149 and see if you remember that
9  incident.
10      A.  This. . . (Reviewing document.) Grand
11  jury. . . And this was when? This has to be -- a
12  felony. This had to either be me charging him with
13  assault or aggravated. . .
14          MR. CLARKE: Can I see No. 1?
15          THE WITNESS: Let me see. This says
16  felony. It's probably assault.
17  MS. GRIFFITH CONTINUED:
18      Q.  Does that have to do with the 9/29/16 that
19  deals with the Exhibit 1 incident?
20      A.  I believe it does, because that is. . .
21  (Reviewing documents.) I believe it does. Because
22  of the dates on it, it has to be.
23      Q.  So this was dated -- that charges were
24  filed, assault on a law enforcement officer. Is
25  that correct?

Page 26

1   A. Yeah.
2   Q. Okay. I'm going to mark this Exhibit 3.
3   A. Yeah. That goes with it.
4      (EXHIBIT 3 WAS MARKED FOR THE RECORD.)
5   MS. GRIFFITH CONTINUED:
6   Q. Have you ever had to investigate a rape
7   charge against Richard Worley?
8   A. Many.
9   Q. And when you say many, has he ever
10  ultimately been convicted of rape or sexual
11  assault?
12  A. No, he has not. We have many open cases.
13  A lot of the victims leave, disappear or -- and
14  call me on the phone and say he has threatened
15  them. And they're not going to testify or bring
16  their children back to testify against him, because
17  they're scared. And the cases are not closed.
18  They're still considered active but cold.
19      One in particular -- and I just speak upon
20  it because the DA actually has that case, but it's
21  cold. Because the victim's mother was petrified
22  and said she wasn't going to put her child through
23  it. It was a woman that was dating Richard at the
24  time.
25      She left her 12-year-old daughter there

Page 27

1   with him, and she supposedly went to see another
2   guy. Richard was supposedly drinking, per the
3   child, and she said she was afraid of him, and
4   everybody in the house was afraid of him while
5   he -- while he's drinking, because he become very
6   violent.
7      She said he asked her was she having sex,
8   and she said, "No. I'm 12 years old. I'm not
9   having sex." He asked her did she want to. She
10  said, "No." Then she said she got scared because
11  he got up and stood over her. And she said yes
12  when he asked her again. Said "Yeah." Because she
13  said she was scared to say no because he hit her
14  wall with his fist.
15      And she said -- well, she had to use the
16  bathroom, so she went to use the bathroom. She
17  come out of the bathroom. He grabbed her and threw
18  her down and told her she was prettier than her
19  mother, and that he was going to enjoy letting her
20  feel what a real man felt like.
21      So she said he ripped her panties off and
22  stuck his penis inside of her vagina, and it hurt.
23  They had the bloody panties there. She said blood
24  was running down her legs, and she was crying, and
25  he put his hands over her mouth. She said he was

Page 28

1   sweating on top of her, and he smelled just like
2   alcohol.
3   Q. What happened to that girl and her mother?
4   A. Her mother took the child and left. I
5   took the case to the DA's office. Richard left.
6   He fled to Kentucky. And he does that a lot of
7   times when something happens that he's accused of.
8   He goes straight to Kentucky.
9      At the time, I called his probation
10  officer or officer that was over whatever cases
11  they had against him in Kentucky, and she said, "I
12  hope to God he's not here. And if he's not, you
13  can keep him in Mississippi. We don't want him."
14  Q. Does he have felony convictions in
15  Kentucky?
16  A. I don't know for sure. I don't know if he
17  does or doesn't. At the time, they had some cases
18  that were pending on him for felony child abuse,
19  too. I did not followup on those, because, like I
20  said, I have a lot of more cases other than Worley
21  that I deal with.
22  Q. So I'm going to hand you what's CO DEF 153
23  and see if you recognize this document.
24  A. I think this is the one against Barbara
25  where she had to seek medical attention.

Page 29

1   Q. So does this not have -- 153 have anything
2   to do when Barbara was beat up by Richard Worley?
3   A. Yeah. This is the -- I'm quite sure this
4   is the one that we were called to the hospital
5   about a white female had been assaulted, and we
6   didn't know it was Barbara till I got there.
7      She had supposed to have been assaulted
8   the night before or weekend before by Richard. And
9   she had multiple bruises to her face, black eyes.
10  Her body had -- marks all over her body.
11      And she stated that Richard got mad at her
12  because she wouldn't let him borrow or have $100 to
13  buy some material. And he jumped on her and beat
14  her up and held her captive until the next day when
15  she was able to get away from him.
16      MR. CLARKE: Did you mark that?
17      MS. GRIFFITH: I'm getting to it.
18      MR. CLARKE: No. I didn't -- is that
19  the same thing?
20      MS. GRIFFITH: I'm getting to it.
21      I'll mark it.
22  MS. GRIFFITH CONTINUED:
23  Q. So you said y'all went to the hospital.
24  Was it you and --
25  A. Another deputy.

Page 30

1  Q.  -- another deputy?  And who is the other
2  deputy?
3     A.  Tim Gholston.
4     Q.  So did she tell you in front of Tim that
5  Richard had beaten her?
6     A.  Yes.  Myself, the emergency room doctors,
7  and the three nurses that were in the room at the
8  time.  The emergency room doctor begged her to stay
9  away from this guy, because if she doesn't, that
10 she's going to wind up dead.  He explained to her
11 one of the injuries that she had, that she could
12 have died from it.
13    Q.  And what was the date of that incident
14 that you had to go?
15    A.  It should be in the report.  I can't --
16 off the top my head, I can't. . .
17          MR. CLARKE:  2/24/17 is what it says.
18          THE WITNESS:  Now, it may not be the
19 same --
20          MS. GRIFFITH:  Do you mind?  I've get
21 this.
22          MR. CLARKE:  What?
23          MS. GRIFFITH:  I don't really need
24 your comments while I'm --
25          MR. CLARKE:  You were asking what the

Page 31

1  date --
2          MS. GRIFFITH:  I was asking her.
3          MR. CLARKE:  Okay.  Are we going to
4  talk about anything that has to do with this case?
5          MS. GRIFFITH:  All of this has to do
6  with that case.
7          MR. CLARKE:  None of this is coming
8  in.  You've got to be nuts.
9          MS. GRIFFITH:  We let you take your
10 depositions yesterday.  Do you mind if I take mine
11 today?
12          MR. CLARKE:  Okay.  You going to ask
13 about this case?
14          MS. GRIFFITH:  Do you want to leave,
15 or do you want to stay here?
16          MR. CLARKE:  I mean, I'm going to
17 talk however I feel like I need to talk at this
18 deposition.
19          MS. GRIFFITH:  Okay.  Well, this is
20 my deposition, so could you just quit interrupting?
21          MR. CLARKE:  Is it on -- is it on the
22 case?
23          MS. GRIFFITH:  Unless you have an
24 objection.
25          MR. CLARKE:  I will object, and I

Page 32

1  will say whatever I want when I need to.
2          MS. GRIFFITH:  Okay.
3          MR. CLARKE:  Okay.
4          MS. GRIFFITH:  Are you done?
5          MR. CLARKE:  Maybe.
6          MS. GRIFFITH:  Well, just tell me
7  when you are, and I'll continue my deposition.
8          MR. CLARKE:  You can go whenever you
9  want.
10          MS. GRIFFITH:  Okay.  Thanks.
11 MS. GRIFFITH CONTINUED:
12    Q.  So what was the injury that the doctor
13 said?  Do you remember?
14    A.  She had multiple injuries.  I can't really
15 remember the particular incident -- injury.  I
16 don't know if it's in the incident report or not,
17 but he did make that statement, and he told her
18 that he didn't want to see her again.
19          And she yelled to me.  I said, "Well,
20 Barbara, you're going to have to make a decision.
21 We go through this all the time.  Like the doctor
22 said, he's going to wind up killing you."  I said,
23 "Now, you can make a decision to walk away, or we
24 just next time find you and just put you a body
25 bag."  And I not only say this to Barbara.  I say

Page 33

1  it to other women that are in domestic situations.
2          And she yelled and screamed at me and
3  said, "Ms. Sonja, please do not go get him.  You
4  can't go by yourself.  He's going to" -- her words,
5  "He's going to fucking kill you.  He hates your
6  guts."
7     Q.  And it looks like on here there is a date
8  of violation.  And what date is that?
9     A.  It is February the 24th, 2017.
10    Q.  So it's my understanding that you would go
11 and fill out an affidavit when you have these
12 cases.
13    A.  Yes.
14    Q.  And do you know what the final disposition
15 of that case was?
16    A.  Yes.  Shocked us.  She came to court and
17 blamed everything on a four-wheeler accident that
18 she didn't tell us anything about.  She said she
19 fell off the four-wheeler.
20    Q.  And did you take pictures of her --
21    A.  I did.
22    Q.  -- in the hospital?  I'm going to hand you
23 some photographs.
24          MS. GRIFFITH:  I think I've produced
25 these.  I don't know if y'all want to look at them

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018

Pages 30..33

Page 30

1  Q. -- another deputy? And who is the other
2  deputy?
3      A. Tim Gholston.
4      Q. So did she tell you in front of Tim that
5  Richard had beaten her?
6      A. Yes. Myself, the emergency room doctors,
7  and the three nurses that were in the room at the
8  time. The emergency room doctor begged her to stay
9  away from this guy, because if she doesn't, that
10 she's going to wind up dead. He explained to her
11 one of the injuries that she had, that she could
12 have died from it.
13     Q. And what was the date of that incident
14 that you had to go?
15     A. It should be in the report. I can't --
16 off the top my head, I can't. . .
17          MR. CLARKE: 2/24/17 is what it says.
18          THE WITNESS: Now, it may not be the
19 same --
20          MS. GRIFFITH: Do you mind? I've got
21 this.
22          MR. CLARKE: What?
23          MS. GRIFFITH: I don't really need
24 your comments while I'm --
25          MR. CLARKE: You were asking what the

Page 31

1  date --
2          MS. GRIFFITH: I was asking her.
3          MR. CLARKE: Okay. Are we going to
4  talk about anything that has to do with this case?
5          MS. GRIFFITH: All of this has to do
6  with that case.
7          MR. CLARKE: None of this is coming
8  in. You've got to be nuts.
9          MS. GRIFFITH: We let you take your
10 depositions yesterday. Do you mind if I take mine
11 today?
12          MR. CLARKE: Okay. You going to ask
13 about this case?
14          MS. GRIFFITH: Do you want to leave,
15 or do you want to stay here?
16          MR. CLARKE: I mean, I'm going to
17 talk however I feel like I need to talk at this
18 deposition.
19          MS. GRIFFITH: Okay. Well, this is
20 my deposition, so could you just quit interrupting?
21          MR. CLARKE: Is it on -- is it on the
22 case?
23          MS. GRIFFITH: Unless you have an
24 objection.
25          MR. CLARKE: I will object, and I

Page 32

1  will say whatever I want when I need to.
2          MS. GRIFFITH: Okay.
3          MR. CLARKE: Okay.
4          MS. GRIFFITH: Are you done?
5          MR. CLARKE: Maybe.
6          MS. GRIFFITH: Well, just tell me
7  when you are, and I'll continue my deposition.
8          MR. CLARKE: You can go whenever you
9  want.
10          MS. GRIFFITH: Okay. Thanks.
11 MS. GRIFFITH CONTINUED:
12     Q. So what was the injury that the doctor
13 said? Do you remember?
14     A. She had multiple injuries. I can't really
15 remember the particular incident -- injury. I
16 don't know if it's in the incident report or not,
17 but he did make that statement, and he told her
18 that he didn't want to see her again.
19          And she yelled to me. I said, "Well,
20 Barbara, you're going to have to make a decision.
21 We go through this all the time. Like the doctor
22 said, he's going to wind up killing you." I said,
23 "Now, you can make a decision to walk away, or we
24 just next time find you and just put you a body
25 bag." And I not only say this to Barbara. I say

Page 33

1  it to other women that are in domestic situations.
2  And she yelled and screamed at me and
3  said, "Ms. Sonja, please do not go get him. You
4  can't go by yourself. He's going to" -- her words,
5  "He's going to fucking kill you. He hates your
6  guts."
7      Q. And it looks like on here there is a date
8  of violation. And what date is that?
9      A. It is February the 24th, 2017.
10     Q. So it's my understanding that you would go
11 and fill out an affidavit when you have these
12 cases.
13     A. Yes.
14     Q. And do you know what the final disposition
15 of that case was?
16     A. Yes. Shocked us. She came to court and
17 blamed everything on a four-wheeler accident that
18 she didn't tell us anything about. She said she
19 fell off the four-wheeler.
20     Q. And did you take pictures of her --
21     A. I did.
22     Q. -- in the hospital? I'm going to hand you
23 some photographs.
24          MS. GRIFFITH: I think I've produced
25 these. I don't know if y'all want to look at them

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018                                    Pages 34..37

Page 34

1  before --
2           MS. RILEY:  I've seen them.
3           MR. CLARKE:  As long as they're going
4  to be exhibits, we'll get a copy of them if they
5  haven't.
6           THE WITNESS:  Those are the pictures.
7  MS. GRIFFITH CONTINUED:
8     Q.  Do you recognize the photographs?
9     A.  I do.  These are the pictures that I took
10 of Barbara at the hospital.  Yeah.
11    Q.  Did she mention an ATV accident at the
12 hospital?
13    A.  No.  She told us that he jumped on her
14 because she wouldn't let him have $100 to get some
15 material.
16           MS. GRIFFITH:  I'm going to mark
17 these as collective Exhibit No. 5.
18    (EXHIBITS 4 AND 5 WERE MARKED FOR THE RECORD.)
19 MS. GRIFFITH CONTINUED:
20    Q.  And tell me what this is.  It looks like
21 something red?
22    A.  She said that he hit her with something,
23 but she don't know what it was that he hit her
24 with.  Because he hit her and kind of knocked her
25 out, she thought.  She said she had no idea what he

Page 35

1  hit her with.
2     Q.  Okay.  The last picture, are these -- is
3  this red -- what is that?
4     A.  This is her bra --
5     Q.  Her bra?
6     A.  -- that is torn.  Now, I'm going to be
7  honest, I don't know if it's torn because of him or
8  that's how she dress.  She's -- she's not a very
9  good housekeeper, nor her clothes.  Just torn to
10 pieces.
11    Q.  Okay.  But it looks like -- is this her
12 shoulder, the last one?
13    A.  That is her shoulder.  And it looked to be
14 a belt.  I asked her did he use a belt or stick or
15 something.  She said she couldn't remember.  But
16 she knew it was a object that he hit her with.
17    Q.  Okay.  I'm going to hand you what's been
18 marked 157 through Bates stamp 160.  And this looks
19 like the date of violation is 8/29/07.  And see if
20 you have any recollection of that.
21    A.  Capital rape.  This is the case that I was
22 talking about with the 12-year-old.  The
23 12-year-old.
24           MS. GRIFFITH:  I'm going to mark that
25 as Exhibit 6.

Page 36

1           THE WITNESS:  There's another one.
2  2014, molesting.  If I'm not mistaken, this
3  molesting --
4  MS. GRIFFITH CONTINUED:
5     Q.  Well, hold on just a second.  Let me mark
6  this first one.
7     A.  Okay.  Go ahead.
8     (EXHIBIT 6 WAS MARKED FOR THE RECORD.)
9  MS. GRIFFITH CONTINUED:
10    Q.  So this had to do -- 157 is Exhibit 6.
11 This had to do with the rape of the 12-year-old.
12 Is that correct?
13    A.  Uh-huh (affirmative response).
14    Q.  Okay.  And so it looks like 158, 159, and
15 160 are from an incident July the 9th of 2014.  Is
16 that correct?
17    A.  Uh-huh (affirmative response).
18    Q.  And do you have any recollection of that
19 incident?
20    A.  Of this one?
21    Q.  No.  The 2014 incident.
22           MR. CLARKE:  What did you mark as 6?
23 157?  And what have you given her?
24           MS. GRIFFITH:  158, 159, and 160.
25           THE WITNESS:  Like I said, there's

Page 37

1  quite a few.  I would have to go back to my case
2  files.  2000 and -- this either is the same child
3  with multiple counts -- I believe this is the same
4  child with multiple counts.
5  MS. GRIFFITH CONTINUED:
6     Q.  Do you have any recollection of that
7  specific case?
8     A.  I do.
9     Q.  Could you tell us about it?
10    A.  Well, if I'm not mistaken, this is a older
11 case dealing with Barbara's daughter.  Her daughter
12 or her daughter's friend.  There's a lot of cases.
13 I couldn't begin to. . .
14    Q.  So he has been accused of --
15    A.  He's been accused of molesting her
16 daughter years prior, her daughter's friends, a
17 friend of her's daughter, also other children.  I
18 mean, like I said, there's multiple cases dealing
19 with Richard, with child molestation, with child
20 abuse.
21           Matter of fact, that he was charged by
22 Jesse Gonzales a long time ago with child abuse on
23 her children.  And that's when he lived at K&G
24 Lane.  Her son and her daughter.  And, if I'm not
25 mistaken, they found him guilty.  They either found

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018
Pages 38..41

Page 38

1 him guilty, or Barbara didn't want anything done.
2 I don't know if he was bound over or not. That
3 wasn't my case, so. . .
4    Q. So have you had to speak to DHS about
5 these cases?
6    A. We live -- me and DHS, that's one of the
7 houses we lived in, basically, dealing with Barbara
8 Kitchens and her kids.
9    Q. Okay. And was Richard Worley always
10 involved in incidents?
11    A. Not all the time. Sometime it was Barbara
12 not taking care of her kids properly. The house
13 being, in my own word, filthy. Roaches in the
14 refrigerator. Roaches everywhere. Dogs and feces
15 and -- I mean, just unhabitable for kids to live
16 there. And DHS was called multiple times.
17    Q. So are there DHS cases, though, that also
18 deal with Richard being there?
19    A. There's DHS -- yeah, because one -- I know
20 for sure, one of the domestic violence cases. And
21 the child abuse cases and probably a couple of the
22 molestation cases. Because I had to let DHS know
23 when they were living together, that the allegation
24 had came up. Or they had contacted me and said,
25 "Well, there's an allegation. Have you gotten a

Page 39

1 call yet?" And -- but yeah.
2    Q. Let me grab these documents. I'm going to
3 mark 158, 159, and 160 as the next exhibit, which
4 is 7.
5    (EXHIBIT 7 WAS MARKED FOR THE RECORD.)
6 MS. GRIFFITH CONTINUED:
7    Q. And I'm going to hand you an abstract --
8 the date of violation is 11/3 of 2008 -- and see if
9 you recognize that. I'm sorry. I believe that's
10 from page 164.
11    A. (Reviewing document.) Yeah. This is one
12 of the times he threatened to kill me.
13    Q. Do you have any specific recollection
14 about --
15    A. I was either answering a call -- dealing
16 with Richard. And as always, I'm the nicest deputy
17 that's there, trying to talk to him. And he's
18 threatened to kill me, come to my house.
19    Q. So -- I'm going to mark this as Exhibit 8.
20    (EXHIBIT 8 WAS MARKED FOR THE RECORD.)
21 MS. GRIFFITH CONTINUED:
22    Q. Has there ever been a time that he
23 actually came to your house?
24    A. Yes. Well, let me take that back. Where
25 I live, I live right down from a store. If you're

Page 40

1 sitting if the store's parking lot, you can look
2 right there at my driveway going up to my house. I
3 was headed to a call, and it was shortly after this
4 incident dealing with her --
5    Q. What incident are you speaking of?
6    A. Barbara. The assault and threatening to
7 kill me.
8    Q. In 2017?
9    A. In 2017. Drove by the store. I see this
10 truck -- coming up to the store, I see this truck
11 turn around. Noticed the truck, because the truck
12 was staying on Sweethome Road. Truck belonged to
13 one of the Cobbs that live on Sweethome Road, and I
14 said, Hmm, that's peculiar. Never seen them out
15 here.
16    Q. Is that one of the -- are the Cobbs some
17 of Richard's --
18    A. Richard's work-together friends,
19 associates, I don't know what to call it. I see
20 the truck turn around real slow, then just stop.
21 So I'm slowing down waiting on it -- because
22 there's a shooting. We just had a shooting. So
23 I'm waiting to see whether or not this truck's
24 going to pull out in the driveway -- out into the
25 road from the parking lot, or what it's going to

Page 41

1 do. And it just sit there.
2    So I start going by it. He hangs out the
3 window and he looks at me with this look that he --
4 you have to know Richard -- gave me as I drove by.
5 And it -- my heart started just pounding. I'm
6 like, What in the world is Richard Worley doing out
7 here?
8    So I go to the call, and I'm on the phone.
9 I'm calling Eric, I'm calling everybody that's
10 working --
11    Q. Eric Williamson?
12    A. Eric Williamson. I'm calling Josh Dale,
13 I'm calling Tim Gholston, whoever else was working
14 that day. I called the freaking sheriff on the
15 phone. I said, "Richard Worley was at the store
16 down my -- he has never been out here." I said,
17 "Y'all get some more folks out here. I don't know
18 what's going on."
19    So -- and we not knowing who involved in
20 the shooting, what -- you know, what went on and
21 whatever. So went to the call. Tim and them --
22 Gholston, they come through. Evidently he had
23 left. Come back through after the shooting and
24 everything, went to the store. Talked to the guy
25 at the store, and he was like, "Well, he come in

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018

Pages 58..61

Page 58

1    A.  No, he didn't.
2    Q.  And you filed the charges against him for
3  aggravated assault based on the threats that he
4  made, correct?
5    A.  Yes.  Because I'm an officer acting within
6  the duty of, you know, my job.
7    Q.  What happened to that charge?  Do you know?
8    A.  Went over to the grand jury.  I went
9  before the grand jury and spoke to them, and per
10  the DA, it was referred back to the lower courts to
11  handle.
12    Q.  So it was a misdemeanor.
13    A.  A misdemeanor, because -- I'm going to
14  tell you the truth why, because --
15    Q.  I don't -- I don't --
16    A.  Well, I mean --
17    Q.  It's a misdemeanor or a felony that he --
18  that he pled guilty to --
19    A.  He didn't --
20    Q.  -- or was found guilty?
21    A.  Well, I don't know if he pled guilty to it
22  or not.
23    Q.  Well, he wasn't -- he wasn't -- the
24  charges were taken out of the felony court,
25  correct?

Page 59

1    A.  And it was taken out of felony court
2  because some felt that he needed to put his hands
3  on me in order for it to be a felony, but that's
4  not what the law states.
5    Q.  But that's -- he wasn't found guilty of a
6  felony --
7    A.  Huh-uh (negative response).
8    Q.  -- correct?
9    A.  No.
10    Q.  Okay.  And then I'm going to ask you about
11  Exhibit No. 2, and this happened on 1/5/04 and
12  looks like you arrested him for public drunk.  Is
13  that a felony or a misdemeanor?
14    A.  It is a misdemeanor.
15    Q.  All right.  Did he try to bite you on that
16  occasion?
17    A.  Again -- where is this at, K&G Lane?
18  Again, I don't know if this was one of the
19  incidents where Johnny -- that this was the time --
20  I would have to see reports.  I can't say if any of
21  those during that time, the earlier years. . .
22    Q.  All right.  I think we're through --
23    A.  Because I couldn't pinpoint them.
24    Q.  Now, this, I think, goes with No. 1.
25  Exhibit No. 3.  You want to look at this as well.

Page 60

1  This is 1 --
2    A.  I've done --
3    Q.  -- or is it the same thing?
4    A.  -- already seen that one.
5    Q.  Right.  But this is the --
6    A.  This is the agg on Barbara.  No, this is
7  mine.
8    Q.  Right.
9    A.  This is the last one that I charged him
10  with the --
11    Q.  When he threatened you, right?
12    A.  When he threatened me, yes.
13    Q.  If you look at the judgment sheet, he
14  was -- he was --
15    A.  Well, this was lower -- this was sent back
16  to the lower court, so --
17    Q.  So it wasn't a felony.
18    A.  We done already spoke on that, yeah.  We
19  spoke on that.
20    Q.  4 --
21    A.  And this is. . . (Reviewing documents.)
22  Disturbing the peace. . .
23    Q.  Keep those three sheets together.
24    A.  And this is disorderly conduct, public
25  drunk.

Page 61

1    Q.  Ask you about Exhibit No. 4.  I don't have
2  a question about those, but you're welcome to look
3  at them.
4    A.  Okay.  Again, this was during the earlier
5  times.  I don't know if this -- that date was the
6  one that he bit Johnny -- these was the time that
7  he bit Johnny and bit my sleeve or not, or back in
8  1998.
9    Q.  Okay.
10    A.  So it could be either or.  I'm not sure.
11    Q.  Here is Exhibit No. 4, the charges
12  against -- for his alleged assault on Barbara on
13  2/27 -- in February of 2017.  Those charges were
14  dismissed, right?
15    A.  Due to the fact that she said that she
16  fell off the four-wheeler, yes.
17    Q.  Okay.  Showing you Exhibit No. 6.  Do you
18  know what charge this refers to?
19    A.  Capital rape.  This is I believe the
20  12-year-old.
21    Q.  He was never found guilty of that,
22  correct?
23    A.  No.  He wasn't found guilty, but the DA's
24  office has the case.  It's considered cold in my
25  department because the mother --

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Sonja Willis - 10/31/2018                                    Pages 66..69

Page 66
1  "Everybody's not built to do the same thing."
2      Q.  Right.  All right.  And if somebody is
3  just verbally abusive to you, are you allowed to
4  use force against them?
5      A.  I have never used force against anybody
6  that was verbally abusive to me.
7      Q.  All right.  And if you -- I think you said
8  when -- you know, if somebody who had known about
9  Worley was a biter, you'd take precautions,
10 correct?
11     A.  I take precaution when I deal with Worley.
12     Q.  And would you believe that anybody else
13 who knows that information would also take
14 precautions?
15     A.  I can't say what --
16         MS. RILEY:  Objection.
17         THE WITNESS:  -- nobody else would
18 do.  I can only speak for me and tell you what I
19 would do.
20 MR. CLARKE CONTINUED:
21     Q.  Right.  And what have you done, based on
22 what your knowledge is, is you've tried to
23 extricate yourself from being close to Mr. Worley,
24 correct?
25     A.  I have in recent years here.  I have.

Page 67
1         MR. CLARKE:  That's all I have.
2              EXAMINATION
3  BY MS. RILEY:
4      Q.  I have a couple of questions.  If
5  Mr. Worley is a known biter, would it be reasonable
6  for everyone who works for Grenada Police
7  Department, sheriff's department or as a reserve --
8  would it be reasonable for just everyone to keep a
9  distance from Mr. Worley?
10     A.  No.  There is situations where you cannot
11 keep your distance from Worley or anybody else that
12 may have issues.  There are a lot of people that
13 have diseases and other things that we come in
14 contact to that we have to make personal contact
15 with these people.
16         So no.  We don't walk around, you know,
17 saying stay away from me (holding fingers like a
18 cross), you know, you're a biter or this, that and
19 the other.  There's some situations where you can't
20 help yourself, where you're going to have to be
21 close to Worley.
22         Now, when I said I have distanced myself,
23 this has been just recently where I have not been
24 up on Worley.  He's -- I've not let him get that
25 close to me, because of the last couple incidents

Page 68
1  with Worley.  And actually being close to my home,
2  I mean, just walking right across the street to my
3  home, that I've distanced myself.
4         Because I don't want in his mindset that
5  he think that I'm being friendly toward him that he
6  feel like he want to drive up my driveway.  I've
7  done that personally.  I made a decision.  Along
8  with the sheriff.  We talked about that if there's
9  a call and I know that it's dealing with him, that
10 I would not go by myself or not go.
11         And there's deputies that would have a cow
12 if I go anywhere near Worley because of the recent
13 threats.  And those you didn't know -- you turn on
14 the news every day.  Just because I've been dealing
15 with you for years doesn't mean that you won't blow
16 my F-ing brains out, and that you won't come to my
17 house and do the things that you said you would do
18 to me.
19         And I do not feel like I need to get a
20 protection order in my own house.  I will not get a
21 protection order for my home.
22         MS. RILEY:  Okay.  No further
23 questions.
24         MS. GRIFFITH:  I just have one
25 followup.

Page 69
1              FURTHER EXAMINATION
2  BY MS. GRIFFITH:
3      Q.  You have -- have you seen -- I think you
4  said earlier you have seen him drive by your
5  house --
6      A.  Oh, yeah.
7      Q.  -- very slowly.
8      A.  Myself.  Who else were there?  I can't --
9  I can't remember whether it was Bobby.  It was -- I
10 don't know if -- it was whoever was in the area at
11 the time.  Pull up, and he took forever coming out
12 of that parking lot.  And when he did, he drove --
13 it wasn't even 20 miles an hour.  Just slowly by my
14 house, and he drove by.  And I stood there in the
15 driveway and watched him.
16         MS. GRIFFITH:  I don't have anything
17 further.  Thank you for your time.
18         FURTHER EXAMINATION
19 BY MR. CLARKE:
20     Q.  You couldn't arrest him for anything --
21         MS. GRIFFITH:  Objection --
22 MR. CLARKE CONTINUED:
23     Q.  -- that evening, right?
24     A.  No.
25         MS. GRIFFITH:  -- this is improper

Incident Report                                INCIDENT #: 2016092159                                      Page 1 of 3

# Grenada County Sheriff's Department

## Incident Detail

INCIDENT #: 2016092159                                    Reporting Officer: WILLIS, SONYA

Date Entered: 9/29/2016 2:00:13 PM                        Cleared: No                    Cleared Date: N/A

Occurence Date: 9/29/201608:41 - 9/29/2016 08:57         Location: 123 Savannah Lane Elliott MS

Incident Description: Agg. Assault/ Disturbance and Simple Assault on Law Enforcement Officer

Instrument Used for Entry: Not Applicable     Point of Entry: Not Applicable     Point of Exit: Not Applicable

---

**Other Entities Involved:**

Caller - LEANNA WILLIAMS

DOB:              Race: Caucasian  Sex: Male        Home Phone:         Cell Phone:              Other Phone:

Notes:

**Dispatch Information:**

## Offense(s)

## Victim(s)

Victim # 1 - KITCHENS , BARBARA                  Victim Type: Individual          Resident Status: Unknown

Age: 44  (DOB[          ]
Sex: Female
Race: White
Ethnicity: Unknown

   Address on 4/19/2016 - 123 Syvania Road  MS              Home:              Cell:                Other:

Additional Cause: Unable to Determine/Not Enough Information

Victim # 2 - WILLIS, SONJA                       Victim Type: Individual          Resident Status: Unknown

Age: Unknown  (DOB: Unknown)
Sex: Female
Race: Black
Ethnicity: Unknown

   Address on 8/8/2016 - 35 Doak Street Grenada MS 38901    Home:[        ]    Cell:[       ]      Other:

Additional Cause: Unable to Determine/Not Enough Information

## Offender(s) / Suspects (s)

PENGAD 800-631-6989   **EXHIBIT**   I   S. WILLIS

Report By:                                       Approved By:

CO DEF 19

Incident Report　　　　　　　　　　　　　　　　INCIDENT #: 2016092159　　　　　　　　　　　　　　　　Page 2 of 3

☐ Arrested　　Offender # 1　Name: RICHARD WORLEY　　　　　　Notes:

Age: 40 (DOB:　　　　　　)
Sex: Male
Race: White

Height: 71in
Weight: 180
SSN:
DL # (MS)

| | Home: | Cell: | Other: |
|---|---|---|---|
| Address on 6/3/2016 - 123 SAVANNA LANE GRENADA MS 38901 | Home: | Cell: | Other: |
| Address on 3/13/2015 - AR | Home: | Cell: | Other: |
| Address on 3/1/2015 - 4071 CHERRY CORNER ROAD MURRY KY 42071- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 123 SAVANAH LANE GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 270 K&G LANE GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 428 K-N-G LANE GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 830 COOPER ROAD GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 312 CHURCH STREET DUCKHILL MS 38926 | Home: | Cell: | Other: |
| Address on 3/1/2015 - 481 CARROLLTON ST. DUCKHILL MS 38926 | Home: | Cell: | Other: |
| Address on 3/1/2015 - SKATING RINK CIRCLE ELLIOTT MS 38926 | Home: | Cell: | Other: |
| Address on 3/1/2015 - 481 ELLIOT MS | Home: | Cell: | Other: |
| Address on 3/1/2015 - 410 MOORES TRAILER PARK LURAND MS 62825 | Home: | Cell: | Other: |
| Address on 3/1/2015 - RT 5 BOX 766 MURRY KY 42071- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 302 EAST CHURCH STREET DUCKHILL MS 38925- | Home: | Cell: | Other: |

## Property

| Report By: | Approved By: |
|---|---|

CO DEF 20

| Incident Report | INCIDENT #: 2016092159 | Page 3 of 3 |

## Narrative

Date: 9/29/2016          Name: Sonja Willis

On 09/29/2016, I (Sonja Willis) was dispatched to 123 Savannah Lane. Caller stated that Richard Worley threw hot coffee on female at the house. Upon arrival I along with Deputy Donnie Willis, pulled in the driveway of 123 Savannah Lane. Richard Worley was standing outside by his front step with a young white female ( Leanna Williams- Barbara Kitchens's daughter). I along with Deputy Donnie Willis got out of our trucks. And Richard started running toward me with a black cup in his left hand, asking me what was wrong. I ask Richard to step back and that's when Barbara Kitchens ran from the next door neighbors house. She tried to show me where Richard threw coffee on her and to feel her hair. Because it was still wet from the coffee. I asked her did she call and she said yes. Than Richard started walking back toward us with the black cup in his hand. I ask him to put the cup down, than I would talk to him. I ask Barbara did she need medical attention. And she stated all she wanted to do was to get her clothes. By that time Richard had made it back to the front step. And he said hell yes, she could get her dam clothes. But when she started walking toward the front step, he jumped on the step and went into the house. She said she could not get her clothes, because he would not let her. I ask him again was he going to let her get her clothes. He started yelling say he did not give a fuck. Get her shit and she could leave his fucking house, because it was his house. Barbara told me she was not going to get her stuff while he was standing there. because she was afraid of Richard. I told Barbara that we could not be there all day. And if she was to afraid of Richard or he wouldn't let her get her clothes. She could go to Justice Court. Richard than started cursing and saying he was mad. And tighting his body up calling me and Barbara bitches, hoers. He than told me that I thought I was something because I wore a gun and badge. He stated that he had a gun too. And that he was going to go get it, and blow my fucking brains out. Richard stated he hated me and was going to get me. While he ( Richard) was making threats I called for back up and got everyone off the property. Richard came out the house still cursing and making threats. Than he walked over to his dogs and started playing with his dogs, when he/we heard sirens coming toward us. Backup arrived on the scene and Richard Worley was taken into custody.

| Report By: | Approved By: |

CO DEF 21

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code:  9022
Ticket No:      0002245

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD                      Race: WHITE        Sex: MALE
Physical Address: 270 K & G LANE
Mailing Address:
City: ELLIOTT                    State: MS           Zip Code:
Drivers License Number: 428 29 4400      State: __   Date of Birth: 3/12/1976

**VEHICLE INFORMATION**
Registration (Tag) No: _____        State: __      Year: ____
Vehicle Model Year: ____    Make: _____        Type: _____

**VIOLATION**
Charged With: PUBLIC DRUNK          % BAC: ___   Speed: ___  Zone: ___
Date of Violation: 1/05/2004 Court Date: 1/08/2004 Hwy or Street: ____
Charges Were Filed By: CRUMP, SONJA                Badge No: _____
Comments: _____
Defendant Entered a Plea of: GUILTY
Judgement of Court: GUILTY
By Judge: TALLANT, JIMMY

Remarks by Court: 1/08/2004
    GUILTY   TO PAY $225.00   30 DAYS IN COUNTY JAIL SUSPENDED
Case Notes:

Defendant was Fined:  98.50           Plus Assessments of:  126.50
Sentenced To:
              Bail Forfeited ( )          Appealed ( )
              Fine Paid    (✓)

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
              Docket:  202          Page:  380
              Case:  9068734

Signed: _Judith H Eldridge_        Title: _JC_

Date: __10.12.17__

SEAL


EXHIBIT
2
S. WILLIS

CO DEF 133

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code:   9022
Ticket No:      0002246

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD                          Race: WHITE___   Sex: MALE___
Physical Address: 270 K & G LANE
Mailing Address:
City: ELLIOTT                State: MS          Zip Code:
Drivers License Number: 428 29 4400    State: __  Date of Birth: 3/12/1976

**VEHICLE INFORMATION**
Registration (Tag) No: _____     State: __         Year: ____
Vehicle Model Year: ____   Make: _____     Type: _____

**VIOLATION**
Charged With: DISTURBING THE PEACE___   % BAC: ___  Speed: ___   Zone: ___
Date of Violation: 1/05/2004 Court Date: 1/08/2004 Hwy or Street:
Charges Were Filed By: CRUMP, SONJA                    Badge No: _____
Comments:
Defendant Entered a Plea of: GUILTY
Judgement of Court: GUILTY
By Judge: TALLANT, JIMMY

Remarks by Court:  1/08/2004
    GUILTY   TO PAY $225.00 FINE   6 MONTHS IN COUNTY JAIL
    SUSPENDED   ORDERED TO PAY RESTITUTION OF $2315.00 WITHIN
    90 DAYS TO COUNTY FOR MEDICAL ATTENTION
Case Notes:

Defendant was Fined:  118.50            Plus Assessments of:  2421.50
Sentenced To:
            Bail Forfeited ( )              Appealed ( )
            Fine Paid       (✓)

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
            Docket:  202              Page:  381
            Case: 9068735

Signed: Judith Hildridge                    JCC

Date:    10 12 17

SEAL
JUSTICE CO
GRENADA COUNTY MS

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code: 9022
Ticket No: 0002247

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD                    Race: WHITE        Sex: MALE
Physical Address: 270 K & G LANE
Mailing Address:
City: ELLIOTT                State: MS              Zip Code:
Drivers License Number: 428 29 4400    State: __ Date of Birth: 3/12/1976

**VEHICLE INFORMATION**
Registration (Tag) No: _____      State: __            Year: ____
Vehicle Model Year: ____      Make: _____      Type: _____

**VIOLATION**
Charged With: DISORDERLY CONDUCT      % BAC: ____ Speed: ___ Zone: ___
Date of Violation: 1/05/2004 Court Date: 1/08/2004 Hwy or Street:
Charges Were Filed By: CRUMP, SONJA                  Badge No: _____
Comments:
Defendant Entered a Plea of: GUILTY
Judgement of Court: GUILTY
By Judge: TALLANT, JIMMY

Remarks by Court: 1/08/2004
    GUILTY    TO PAY $225.00    4 MONTHS IN COUNTY JAIL SUSPENDED
Case Notes:

Defendant was Fined: 118.50            Plus Assessments of: 106.50
Sentenced To:
            Bail Forfeited ( )            Appealed ( )
            Fine Paid        (✓)

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
            Docket: 202            Page: 382
            Case: 9068736

Signed: Judith H Eldridge            Title:
Date: 10·12·17

[SEAL: JUSTICE COURT GRENADA COUNTY MS]

CO DEF 135

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code: 9022
Ticket No: 0008797

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD                              Race: _____        Sex: _____
Physical Address: 123 SAVANNAH LANE
Mailing Address: _____
City: ELLIOTT _____        State: MS        Zip Code: _____
Drivers License Number: _____    State: __  Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____        State: __                    Year: ____
Vehicle Model Year: ____        Make: _____                Type: _____

**VIOLATION**
Charged With: FELONY _____        % BAC: _____  Speed: ___  Zone: ___
Date of Violation: 9/29/2016 Court Date: 10/27/2016 Hwy or Street:
Charges Were Filed By: WILLIS, SONJA                        Badge No: _____
Comments: ASSAULT ON LAW OFFICER
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: BOUND/GRANDJURY
By Judge: TALLANT, JIMMY

Remarks by Court: 10/27/2016
     BOUND OVER TO ACTION OF GRAND JURY AFTER PRELIMINARY HEARING
     WAIVED
     BOND FIXED AT $5000
     REPRESENTED BY BOB LASTER
Case Notes:
10/05/2016     American Bonding Agency II
12/29/2016     receipt of ltr from DA as this case was recalled by Grand
               Jury and recommended that it be handled as a misdemeanor per
               Judge Tallant no further action from this Court.  jhe

Defendant was Fined: _____                    Plus Assessments of: _____
Sentenced To: _____
          Bail Forfeited ( )                    Appealed ( )
          Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
               Docket: 287                    Page: 221
               Case: 9119563

Signed: _Judith H Eldridge_          Title: ___

Date: __10-12-17__

CO DEF 143



EXHIBIT
3
S. WILLIS

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code:  9022
Ticket No:      0009039

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD GORDAN          Race: _____      Sex: _____
Physical Address: 123 SAVANNAH LANE
Mailing Address: _____
City: ELLIOTT _____        State: MS          Zip Code: 38926
Drivers License Number: _____   State: __  Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____   State: __            Year: ____
Vehicle Model Year: ____    Make: _____      Type: _____

**VIOLATION**
Charged With: FELONY          % BAC: _____  Speed: ___  Zone: __
Date of Violation: 2/24/2017 Court Date: 5/04/2017 Hwy or Street:
Charges Were Filed By: WILLIS, SONJA                Badge No: _____
Comments: AGGRAVATED ASSAULT-DOMESTIC VIOLENC
Defendant Entered a Plea of: DISMISSED
Judgement of Court: DISMISSED
By Judge: TALLANT, JIMMY

Remarks by Court:  5/04/2017
     NO PROBABLE CAUSE
Case Notes:
   2/28/2017     A&A Bail Bonds
   3/02/2017     cont in open court for def to get atty    lb
   4/27/2017     cont in open court to 5/4/17 at defendants request    lb
   5/01/2017     rec'd letter of rep from Preston Rideout.  Gave Mr Rideout
                 copies of affidavit, pictures & officer's report    lb

Defendant was Fined: _____              Plus Assessments of: _____
Sentenced To: _____
            Bail Forfeited ( )              Appealed ( )
            Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
                 Docket:  288                Page:  386
                 Case: 9120324

Signed: _Judith H Eldridge_        Title: _JCC_

Date: _10·12·17_

EXHIBIT
4
S. WILLIS

CO DEF 153

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code: 9022
Ticket No: 0004416

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD GORDON      Race: _____     Sex: _____
Physical Address: (RICKY)
Mailing Address: _____
City: _____ State: __      Zip Code: _____
Drivers License Number: 428294400 S.S.# ____ State: __ Date of Birth: 3/12/1976

**VEHICLE INFORMATION**
Registration (Tag) No: _____    State: __      Year: ____
Vehicle Model Year: ____    Make: _____    Type: _____

**VIOLATION**
Charged With: FELONY    % BAC: ____   Speed: ___   Zone: ___
Date of Violation: 8/29/2007 Court Date: 5/15/2008 Hwy or Street: _____
Charges Were Filed By: WILLIS, SONYA     Badge No: _____
Comments: CAPITAL RAPE
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: BOUND/GRANDJURY
By Judge: TALLANT, JIMMY

Remarks by Court: 5/15/2008
   BOUND OVER TO ACTION OF GRANDJURY AFTER PRELIMINARY HEARING
   HELD. BOND SET AT $500,000. REPRESENTED BY LEON JOHNSON.
ase Notes: _____

Defendant was Fined: _____     Plus Assessments of: _____
Sentenced To: _____
     Bail Forfeited ( )       Appealed ( )
     Fine Paid ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
     Docket: 229      Page: 162
     Case: 9084716

Signed: _Judith H Eldridge_    Title: _JCC_

Date: _10-12-17_

[SEAL: JUSTICE COURT * SEAL * GRENADA COUNTY, MS]



EXHIBIT
6
S. WILLIS

CO DEF 157

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code: 9022
Ticket No:      0007696
Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD GORDON                    Race: _____      Sex: _____
Physical Address: 123 SAVANNAH LANE
Mailing Address:
City: GRENADA                    State: MS              Zip Code: _____
Drivers License Number: _____    State: __  Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____      State: __              Year: ____
Vehicle Model Year: ____      Make: _____      Type: _____

**VIOLATION**
Charged With: FELONY                    % BAC: _____  Speed: ___  Zone: ___
Date of Violation: 7/09/2014  Court Date: 8/14/2014  Hwy or Street:
Charges Were Filed By: WILLIS, SONJA                    Badge No: _____
Comments: MOLESTING
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: DISMISSED
By Judge: TALLANT, JIMMY

Remarks by Court: 8/14/2014
    DISMISS    NO PROBABLE CAUSE
Case Notes:

Defendant was Fined: _____            Plus Assessments of: _____
Sentenced To: _____
              Bail Forfeited ( )            Appealed ( )
              Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
                    Docket: 278          Page: 366
                    Case: 9114335

Signed: _Judith Heldridge_              Title: JCC

Date: _10·12·17_              (SEAL: JUSTICE COURT GRENADA COUNTY MS)



EXHIBIT

7

S. WILLIS

PENGAD 800-631-6989

CO DEF 158

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code:  9022
Ticket No:     0007695

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD GORDON                    Race: _____    Sex: _____
Physical Address: 123 SAVANNAH LANE
Mailing Address:
City: GRENADA                State: MS              Zip Code: _____
Drivers License Number: _____ State: __  Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____    State: __       Year: ____
Vehicle Model Year: ____    Make: _____    Type: _____

**VIOLATION**
Charged With: FELONY                  % BAC: ____  Speed: ___  Zone: ___
Date of Violation: 7/09/2014 Court Date: 8/14/2014 Hwy or Street: _____
Charges Were Filed By: WILLIS, SONJA                 Badge No: _____
Comments: MOLESTING
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: DISMISSED
By Judge: TALLANT, JIMMY

Remarks by Court: 8/14/2014
      DISMISS  NO PROBABLE CAUSE
Case Notes:

Defendant was Fined: _____        Plus Assessments of: _____
Sentenced To: _____
          Bail Forfeited ( )              Appealed ( )
          Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
              Docket: 278          Page: 367
              Case: 9114336

Signed: _Judal H Eldridge_____     Title: _JCC___

Date: _10-12-17_____

*JUSTICE COURT / SEAL / GRENADA COUNTY, MS*

CO DEF 159

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code: 9022
Ticket No: 0007694

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD GORDON          Race: _____   Sex: _____
Physical Address: 123 SAVANNAH LANE
Mailing Address: _____
City: GRENADA          State: MS          Zip Code: _____
Drivers License Number: _____   State: __   Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____   State: __          Year: ____
Vehicle Model Year: ____   Make: _____   Type: _____

**VIOLATION**
Charged With: FELONY          % BAC: ___   Speed: ___   Zone: ___
Date of Violation: 7/09/2014 Court Date: 8/14/2014 Hwy or Street: _____
Charges Were Filed By: WILLIS, SONJA          Badge No: _____
Comments: ATTEMPTED AGG.ASSAULT
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: DISMISSED
By Judge: TALLANT, JIMMY

Remarks by Court: 8/14/2014
    DISMISS   NO PROBABLE CAUSE

Case Notes:

Defendant was Fined: _____          Plus Assessments of: _____
Sentenced To: _____
          Bail Forfeited ( )          Appealed ( )
          Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
          Docket: 278          Page: 368
          Case: 9114337

Signed: _Judith H. Uldridge_          Title: _JM_

Date: _10-12-17_

JUSTICE COURT
SEAL
GRENADA COUNTY, MS

CO DEF 160

STATE OF MISSISSIPPI
ABSTRACT OF COURT RECORD
GRENADA COUNTY JUSTICE COURT

Agency Code:   9022
Ticket No:        0005198

Date: 10/12/2017

**DEFENDANT**
Name: WORLEY, RICHARD RICKY                 Race: _____      Sex: _____
Physical Address: INMATE JAIL SOLUTIONS
Mailing Address:
City: GRENADA                    State: MS          Zip Code: _____
Drivers License Number: _____   State: __   Date of Birth: _____

**VEHICLE INFORMATION**
Registration (Tag) No: _____        State: __            Year: ____
Vehicle Model Year: ____      Make: _____      Type: _____

**VIOLATION**
Charged With: FELONY                    % BAC: ___    Speed: ___   Zone: ___
Date of Violation: 11/03/2008 Court Date: 11/20/2008 Hwy or Street: _____
Charges Were Filed By: WILLIS, SONJA                 Badge No: _____
Comments: THREATENING SIMPLE ASSAULT ON OFFCR
Defendant Entered a Plea of: OPEN/PENDING
Judgement of Court: BOUND/GRANDJURY
By Judge: WILLIAMSON, LEON

Remarks by Court: 11/20/2008
    BOUND OVER TO ACTION OF GRAND JURY AFTER PRELIMINARY
    HEARING    BOND SET AT $5,000    REP. BY LEON JOHNSON
ase Notes:

Defendant was Fined: _____        Plus Assessments of: _____
Sentenced To: _____
            Bail Forfeited ( )          Appealed ( )
            Fine Paid      ( )

I Certify That This is a True and Correct Copy of My Court Record as Recorded in
            Docket:  243              Page:  215
            Case: 9093167

Signed: _Judith H Eldridge_          Title: _JCC_

Date: _10.12.17_



EXHIBIT
8
S. WILLIS

CO DEF 164