RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
 2                      JACKSON DIVISION

 3   RICHARD WORLEY                           PLAINTIFF

 4
     V.                    CAUSE NO. 4:17-cv-193 SA/JMV
 5

 6   DEPUTY DANNY LAWRENCE, Individually and in his
     Official Capacity as a Deputy of the Grenada
 7   County Sheriff's Office; DEPUTY BRYAN GRIFFITH,
     Individually and in his Official Capacity as a
 8   Deputy of the Grenada County Sheriff's Office;
     DEPUTY RANDY SWEAT, Individually and in his
 9   Official Capacity as a Deputy of the Grenada
     County Sheriff's Office; DEPUTY TIM GHOLSTON,
10   Individually and in his Official Capacity as a
     Deputy of the Grenada County Sheriff's Office;
11   DEPUTY DONNY WILLIS, Individually and in his
     Official Capacity as a Deputy of the Grenada
12   County Sheriff's Office; JOHN DOES I-X,
     Individually and in his Official Capacity as a
13   Deputy of the Grenada County Sheriff's Office;
     SHERIFF ALTON STRIDER, Individually and in his
14   Official Capacity as a Sheriff of the Grenada
     County Sheriff's Office; GRENADA COUNTY,
15   MISSISSIPPI                             DEFENDANTS

16
        **********************************************
17
                DEPOSITION OF RICHARD WORLEY
18
        **********************************************
19

20           DATE:  TUESDAY, AUGUST 14, 2018
            PLACE:  GORE, KILPATRICK & DAMBRINO
21                  2000 GATEWAY, SUITE 160
                    JACKSON, MISSISSIPPI
22                  TIME:  10:37 a.m.

23

24                 BETHANY CAMMACK
              Certified Shorthand Reporter
25              Mississippi CSR No. 1526
```

844.533.DEPO

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

**Page 2**

```
 1              APPEARANCES
 2
 3   MARY MCKAY GRIFFITH
     Jacks Griffith Luciano
 4   150 North Sharpe Avenue
     Cleveland, Mississippi  38732
 5   662.843.6171
     mgriffith@jlpalaw.com
 6        Counsel for Defendants
 7
     KATELYN A. RILEY
 8   Allen, Allen, Breeland & Allen
     Post Office Box 751
 9   Brookhaven, Mississippi  39601
     601.833.4361
10   kriley@aabalegal.com
          Counsel for Defendant Bryant Griffin
11
12   ANDREW C. CLARKE
     Attorney at Law
13   6256 Poplar Avenue
     Memphis, Tennessee  38119
14   901.680.9777
     aclarke@accfirm.com
15        Counsel for Plaintiff
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              TABLE OF CONTENTS
 2                               PAGE
 3
     Title Page...................................... 1
 4
     Appearance Page................................. 2
 5
     Table of Contents............................... 3
 6
     Exhibit Index................................... 4
 7
 8   EXAMINATION OF RICHARD WORLEY
 9     By Ms. Griffith.............................. 5
       By Ms. Riley................................. 74
10     By Mr. Clarke................................ 126
       By Ms. Griffith.............................. 128
11
12   Reporter's Certificate......................... 132
13   Deponent's Certificate......................... 133
14   Correction Sheet............................... 134
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1              EXHIBIT INDEX
 2
     NO.   DESCRIPTION                       PAGE
 3
 4   1     Photographs of Ms. Kitchens        49
 5   2     Incident Reports, Release Reports,
           Information Sheets, Bonding Sheets
 6         CO DEF 1-484                       52
 7   3     UMMC Grenada Medical Record        94
 8   4     Ware Family Dental Patient Chart   112
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 5**

```
 1          RICHARD WORLEY,
 2       having been first duly sworn,
 3     was examined and testified as follows:
 4              EXAMINATION
 5   BY MS. GRIFFITH:
 6     Q.  Mr. Worley, I'm Mary McKay Griffith.  I
 7   introduced myself earlier.  And you just sat
 8   through Ms. Kitchens' deposition.  Is that correct?
 9     A.  Yes, I did.
10     Q.  And you're going to have to speak up so
11   everybody --
12     A.  Yes, I did.
13     Q.  Okay.  So just everyone can hear you.  So
14   you kind of understand how it goes.  You know, I'll
15   ask you questions, and just try not to speak over
16   each other.  If you need a break, just let me know.
17          Could you state your full name?
18     A.  Richard Gordan Worley.
19     Q.  And how old are you?
20     A.  I'm 42 years old.
21     Q.  And have you lived in Grenada your entire
22   life?
23     A.  No, I haven't.
24     Q.  Okay.  So where were you born?
25     A.  Winona, Mississippi.
```

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 6..9

Page 6

1    Q.   And your adult life, where all have you
2  lived?
3    A.   My adult life?  I have lived in Grenada,
4  Mississippi.  I have lived in Bristol, Tennessee.
5  And I have lived in Murray, Kentucky.
6    Q.   And what is your current address?
7    A.   123 Savannah Lane.
8    Q.   And how long have you lived there?
9    A.   I have lived there four years.
10   Q.   And who do you live with?
11   A.   Barbara Kitchens.
12   Q.   And is that your girlfriend?
13   A.   Yes, it is.
14   Q.   And y'all have never been married?
15   A.   No, we haven't.
16   Q.   Have you ever been married?
17   A.   Yes, I have.
18   Q.   Who have you been married to?
19   A.   Stephanie Morsalla, at the age of 19.
20  Murray, Kentucky.  My first wife.
21   Q.   And how long were y'all married?
22   A.   Two years.
23   Q.   Did you have any children?
24   A.   No, we didn't.
25   Q.   Why did you divorce?

Page 7

1    A.   She was a -- cheated.
2    Q.   Okay.  Did you ever get married after
3  that?
4    A.   Yes, I did.
5    Q.   To who?
6    A.   Tara Todd.
7    Q.   And what years were y'all married?
8    A.   We were married from 2006 through 2011.
9    Q.   And where did y'all live?
10   A.   Murray, Kentucky.
11   Q.   And why did y'all divorce?
12   A.   Medical problems with her.
13   Q.   What sort of medical problems?
14   A.   She had a shunt in her head that released
15  fluid from the brain.  There was a major fault in
16  her surgery at Vanderbilt, and she was no longer
17  the same.
18   Q.   Okay.
19   A.   She went from an adult to a kid.
20   Q.   Did y'all have any children together?
21   A.   Yes, we did.
22   Q.   Who are they?
23   A.   Emlea Grace Worley and Richard Gordan
24  Worley, Jr.
25   Q.   And where do your children live now?

Page 8

1    A.   My boy is with Shannon Powers, and my girl
2  is with her aunt, Mitzi Mason, in Benton, Kentucky.
3    Q.   So when's the last time you've seen your
4  daughter?
5    A.   It's been ten years.
6    Q.   And why is that?
7    A.   Well, you could say that -- my fault.  My
8  drinking.  My alcoholism in the past.
9    Q.   And how old is your daughter?
10   A.   My daughter's 11.  My boy is ten.  They
11  were born nine months apart.
12   Q.   So you said you have contact with your
13  son.  Is that correct?
14   A.   No.
15   Q.   Where does he live?
16   A.   He lives with Shannon Powers.
17   Q.   Who is Shannon Powers?
18   A.   He's a parole officer for Benton County,
19  Kentucky.  Marshall County.  Benton, city.
20   Q.   So did Shannon Powers adopt him?
21   A.   No.
22   Q.   So how did your ten-year-old son end up
23  with Shannon Powers?
24   A.   At the time that Tara ended up with -- in
25  her surgery, I was incarcerated.  The babies didn't

Page 9

1  have anywhere to go.  Instead of the state, I
2  signed papers to have family.  They're a great
3  family.  I know them.  Good people.  And that was
4  the best place.  Besides going to state custody, I
5  wanted them to be with family.
6    Q.   So Shannon Powers is your family?
7    A.   Well, in-laws.  He's a great guy.
8    Q.   Okay.  So have you ever met your children?
9    A.   Yes.  My -- when they were infants.
10   Q.   Okay.  And you said you were incarcerated
11  when they had to go somewhere besides your ex-wife.
12  Why were you incarcerated?
13   A.   I was incarcerated for -- it was a wanton
14  endangerment.
15   Q.   A what endangerment?
16   A.   Wanton.
17   Q.   What does that mean?
18   A.   Back in -- it's wanton.  It's like
19  threatening, wanton.
20       MR. CLARKE:  Wanton?
21       THE WITNESS:  Wanton.  It's not a --
22  it's not a charge now, but it was then.  It's -- if
23  you're wanton. . .
24  MS. GRIFFITH CONTINUED:
25   Q.   Okay.  So what did you do wrong?

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 10..13

Page 10

1    A.  Well, me and my stepfather --
2        (MS. KITCHENS ENTERED ROOM.)
3        MS. GRIFFITH:  Can we just take a
4    quick break?
5        (OFF THE RECORD.)
6    MS. GRIFFITH CONTINUED:
7    Q.  As you were saying -- you were trying to
8    describe to me why you were incarcerated.  What did
9    you do wrong?
10   A.  I threatened my stepfather.
11   Q.  You threatened your stepfather?
12   A.  (Nods head affirmatively.)
13   Q.  And who was your stepfather?
14   A.  That was Jerry Eldridge.
15   Q.  In what manner did you threaten him?
16   A.  Went to the house -- drove from Grenada,
17   Mississippi.  At the current time, I was living
18   here.  Went to his house and told him if he ever
19   put his hands on my mother -- she's in a
20   wheelchair -- that there was going to be problems.
21   And he put my mother in the hospital.  He was an
22   alcoholic.  And he assaulted my mother physically,
23   beat her in a wheelchair.
24       And her son had stole some medication from
25   her, and I -- my oldest sister -- my little sister

Page 11

1    and big sister told me about it, and I had went to
2    Murray, Callaway County, to confront him over this.
3    First, I went to see my mother in the hospital.
4    Q.  So how long were you incarcerated in
5    Kentucky?
6    A.  Three months.  And then the judge ordered
7    me -- he wanted me out of jail.  I had worked
8    for -- anyway. . .
9    Q.  I think you need to speak up.
10   A.  It's a commonwealth -- it's a
11   commonwealth.  It works a little different.  The
12   judge has power.  And I had done some work --
13   Mr. Phil Hazel, is the jailer, and they -- after 90
14   days, I was released and set on probation.
15   Q.  Okay.  So what brought you to Grenada,
16   Mississippi?
17   A.  My father's side of the family are from
18   the Delta.  They were raised and born to my father
19   which I have.  There's 14 in the family.  And they
20   were raised in the Delta.  My father's people are
21   from here.  That's what brought me here.  My
22   father's buried here in Grenada in the cemetery.
23   Q.  So do you currently have any relatives
24   here in Grenada?
25   A.  Yes, I do.

Page 12

1    Q.  And who are they?
2    A.  I have got Mr. Worley.  That is my uncle's
3    son.  He runs Worley's Septic Service.  I have my
4    aunt and a uncle, Geraldine Newman and Johnny
5    Newman, live at Geeslin Corner.  I have a brother.
6    I have a brother, Ralph Worley, that -- at the
7    barbershop, Ralph's Clipper Cuts and More, at the
8    Defenbaugh building.  I have numerous family from
9    this area.
10   Q.  And how long have you been here --
11   A.  I have --
12   Q.  -- this time?
13   A.  Four years.
14   Q.  I'm sorry.  And I think I asked you that.
15   And what do you do for a living?
16   A.  Painting contractor.  Remodeling.  That's
17   my profession.
18   Q.  And when is the last time that you've
19   actually had a job painting?
20   A.  It's been right at over a year.
21   Q.  And why is that?
22   A.  The reason being is, I feel safest at
23   home.  It's like my -- when I'm at -- I been kind
24   of -- you know, I feel safest at home.  I don't
25   want to go anywhere.  I don't get out.  I used to

Page 13

1    love to get out and -- if I'd see a house that was,
2    you know, mildew on it or it needed -- the paint
3    was falling off of it, I was the type of person
4    that I would get out and give a card -- knock on
5    the door and give them a card.
6        If I seen a driveway that was -- needed
7    sealed, I would get out and -- I would mostly
8    solicit my work and pass out cards.  And I've done
9    the Whitaker house on Margin Street from top to
10   bottom.
11       I just -- I love to meet people.  I used
12   to be a very people person.  I love to associate
13   with people.  I like to please people.  I'm a
14   people pleaser.  And I just -- now I just --
15   don't have any drive, any -- it's like, you know, I
16   just don't have any momentum.  I'm kind of -- I'm
17   worried.  I'm kind of -- I feel safest at home.
18   Q.  And what are you worried about?
19   A.  I'm worried about being threatened,
20   being -- I'm worried about -- when the law gets
21   behind me now, I clam up.  I'll just. . . I'm
22   emotionally -- I just don't -- you know, I just --
23   I just don't want to get out.  I can't explain it.
24   I just. . .
25   Q.  So what do you do to make money?

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 14..17

Page 14

1    A.  Basically, my brother has been taking care
2  of me.
3    **Q.  And what's his name?**
4    A.  Ralph.
5    **Q.  What does Ralph do again?**
6    A.  He runs the barbershop here in town.  And
7  his wife, she's an RN.  She's a registered nurse.
8  She works for Batesville Hospital.
9    **Q.  Do they live near you?**
10   A.  Yes, they do.
11   **Q.  Do they live in your neighborhood?**
12   A.  They live a mile away, Camp McCain
13 Estates.
14       COURT REPORTER:  I'm sorry.  What was
15 that?
16       THE WITNESS:  Camp McCain Estates.
17 MS. GRIFFITH CONTINUED:
18   **Q.  You mentioned that you had a drinking**
19 **problem.**
20   A.  Yes.
21   **Q.  Is that correct?**
22   A.  Yes, I did.
23   **Q.  And are you -- you say "I did."  Do you no**
24 **longer have a drinking problem?**
25   A.  I'll have this problem -- the way I

Page 15

1  understand from AA meetings, I'll have this problem
2  until the day I die.  There's no recovery for my
3  problem.
4    **Q.  Well, as I understand it --**
5    A.  I just take it one day at a time.
6    **Q.  Well, Ms. Kitchens reported that you're**
7  **still drinking, though.**
8    A.  And I -- yes, I do.  But I used to be more
9  of a -- I was a drinker.  When I say "drink," I
10 used to drink heavily.  When I would get off work,
11 I drank as hard as I worked.  I would -- I'll put
12 it that way.  But now it's like one beer will last
13 me for hours.  I just -- I don't -- I just don't
14 ever -- I don't know, I just don't want to be --
15   **Q.  So how often do you go to AA meetings?**
16   A.  I do a lot of mine.  I've got my book.  I
17 have done 90 meetings in 90 days.  I have -- but
18 now I just read my book and read my Bible, and
19 that's all.  I don't go to any meetings here in
20 Grenada.
21   **Q.  You don't go to any?**
22   A.  No.  I haven't in the past year.
23   **Q.  Why is that?**
24   A.  I just -- I just read my Bible and read my
25 AA book.

Page 16

1    **Q.  So did you ever have problems with the law**
2  **when you were drinking?**
3    A.  Oh, yes, I have.  I have.  I'm not proud
4  of anything I've done in the past.  I had a problem
5  with alcohol.  And with me, it -- now, alcohol, it
6  was like -- one reason, it was like Dr. Jekyll and
7  Mr. Hyde.  Alcohol affects some people differently.
8  Some people can drink and can tolerate it.
9  Apparently I cannot.  My record shows it from my
10 arrests over the alcohol.
11   **Q.  You've got a stack.**
12   A.  Yes, I do.
13   **Q.  So would you become violent with the**
14 **officers?**
15   A.  No, I never have became violent with any
16 officers.  No, I haven't.
17   **Q.  Never?**
18   A.  Never became violent with officers.  I
19 respect the law.  I have an uncle that has been a
20 deputy sheriff for 40 years in Rosedale,
21 Mississippi.  Dosey Woods.
22   **Q.  So you never called an African-American**
23 **deputy a nigger?**
24   A.  Yes, I have.
25   **Q.  Why would you have done that?**

Page 17

1    A.  I done that after the second time I stood
2  up from being hit in the face with my hands behind
3  my back.  Let me rephrase that.  I didn't actually
4  call him a nigger.  I did not say that.  What I
5  actually said is -- I was honest -- "A black man
6  would not hit a man while he's handcuffed behind
7  his back, but a nigger will every time."
8        And I said that out of rage of being
9  knocked to the floor for the second time with my
10 hands behind my back.  And that's -- and it was out
11 of rage.  I was upset, and it was not meant as any
12 type of racial slur.
13   **Q.  So are you referencing the incident that**
14 **you filed the lawsuit about that we're here about**
15 **today?  Is that correct?**
16   A.  Do what?
17   **Q.  Are you talking about the December the**
18 **23rd, 2016 arrest?**
19   A.  Yes, ma'am.
20   **Q.  So did you say to any of the officers on**
21 **that day that "I'm going to kill you"?**
22   A.  No, ma'am.  No, ma'am.  I swear.  No,
23 ma'am.
24   **Q.  Did you ever threaten Danny Lawrence's**
25 **family that evening?**

844.533.DEPO

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                            Pages 18..21

Page 18

1    A.  No, I did not.
2    Q.  Have you ever threatened any officer's
3  family?
4    A.  No, I haven't.
5    Q.  So you never threatened Sonja Willis's
6  family?
7    A.  No, I have not.  I have told her -- she
8  did not have a warrant.  We did not call her to my
9  house.  I had asked her if she would leave my
10 property.
11   Q.  So have you ever called her a nigger?
12   A.  I called her a negro.
13   Q.  In what context?
14   A.  "Get off my property, negro."
15   Q.  So on the date of the incident, 12/23/16,
16 did you say to one of the officers, "Suck my penis
17 before you die, nigger"?
18   A.  No.  Absolutely not.
19   Q.  So you didn't tell him to suck your dick?
20   A.  No, ma'am.
21   Q.  Well, and you heard your -- you heard
22 Barbara testify earlier when we asked her if you
23 had ever hit her.  Have you ever hit her?
24   A.  No.  I have pushed her away from me.
25 Barbara has her issues.

Page 19

1    Q.  Well, what are you talking about?
2    A.  She's on -- she's a bipolar or
3  schizophrenic.  She's -- and that's all I know.
4  I'm not a psychiatrist and I'm not a psychologist.
5  I deal with Barbara because I love Barbara.  I been
6  knowing Barbara since she was -- we were kids.  Her
7  grandfather and my daddy were best friends.  He run
8  a body shop in Horn Lake, Mississippi.  I been
9  knowing her all of my life, her entire family.
10   Q.  So has she ever fallen off an ATV?
11   A.  She has flipped an ATV.  She ran a big 600
12 up a barbed wire fence.  And it went straight up
13 the fence and rolled over on top of her.  And we
14 had to pull it -- me and Mr. Cobbs had to get the
15 four-wheeler off of her.  It would have killed her.
16 It was one of the biggest Bombardiers they make.
17   Q.  So is Barbara compliant on taking her
18 medication?
19   A.  That's an issue.
20   Q.  Well, you heard her testify that she is.
21        MR. CLARKE:  Object to the form.
22        THE WITNESS:  Well, I cannot stand
23 there and shove these pills down her throat.
24 MS. GRIFFITH CONTINUED:
25   Q.  I understand.  So have you ever beat

Page 20

1  Barbara with a belt?
2    A.  No.
3    Q.  Have you ever bit her?
4    A.  Bit her?
5    Q.  Yes.
6    A.  No.  Bit her?
7    Q.  And I'm going to show you these
8  photographs.  What are these -- there's a copy for
9  you.
10   A.  Yes.
11   Q.  What are those photographs of?
12   A.  Those are the four-wheeler incident when
13 she -- on the Bombardier.
14   Q.  But you know she told the deputies at
15 first that you beat her?
16   A.  I don't know why she would say anything
17 like that.
18   Q.  So you're denying beating her?
19   A.  Yes.  It didn't happen.  Period.
20   Q.  So you don't have any idea why she would
21 have told the deputies that you beat her?
22   A.  No, I don't.
23   Q.  Have you ever beat anybody else?
24   A.  No.
25   Q.  Tell me about -- it's my understanding

Page 21

1  that Barbara is currently on paper for meth
2  charges.  Have you ever had any involvement in
3  meth?
4    A.  Never.  Never had a drug charge.  I have
5  had a charge of marijuana.
6    Q.  Well, that's a drug charge.
7    A.  Yeah, that's drug.  Yes, I have.
8  Marijuana.  Never had -- and that was on my
9  birthday.  I had tried it.  That's the only drug
10 charge I've ever had in my entire life.
11   Q.  So have you ever been indicted for rape?
12   A.  Yes, I have.
13   Q.  And tell me the circumstances of that.
14   A.  The circumstances, in the short term, I
15 was accused of rape.  A woman scorned.  I led a
16 woman on for seven months, sending me money, and
17 she started her way up to Kentucky, and I told her
18 I didn't want nothing to do with her.  And
19 basically she told me that "You'll pay.  You'll
20 pay.  I'm going to make you pay."
21        And I got arrested shortly -- seven months
22 later in Kentucky and was extradited here.  Sat in
23 jail nine months.  Never got an indict- -- never
24 got a -- what do you call it?  A -- I was just
25 held.  I never really -- I never got an indictment.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                        Pages 22..25

Page 22

1    What I got was, they told me to go to
2 court, and I didn't never even see a judge. I
3 actually filed a lawsuit against this in Memphis,
4 but the attorney was too busy at the time. He was
5 -- case overload, is what he told me.
6    But sat nine months, and, "Richard" -- put
7 me in a little ole room up there and said, "Please
8 sign these papers. We're so sorry we have locked
9 you up. We know you have not done anything. If
10 you will" --
11    Q. Richard who?
12    A. -- "sign these papers, we're going to
13 release you." And me, I'd been there nine months,
14 I signed the papers. And I never seen a judge.
15 The only judge I ever seen was Jimmy Tallant at
16 district court. I never seen nobody else. And
17 they told me to sign the papers. I didn't even
18 read them. I was just so happy I was -- Lord, I
19 wanted to get back home.
20    Q. So is that the only time you've been
21 accused of rape?
22    A. That, and then LeAnna's, my -- Barbara's
23 daughter accused me of rape. And that was all
24 because -- basically because of this past
25 circumstance. Her father and I have never

Page 23

1 gee-hawed, and we got into a -- you could say an
2 argument on the phone, me and him. And then that's
3 when these allegations arrived.
4    And then we went to court then, and the
5 judge -- I never even had an attorney. Judge Jimmy
6 Tallant got us all in court, got to questioning,
7 and it was just -- he told her, "If I ever catch
8 you lying on this man again, if I ever catch you in
9 this courtroom again, you'll be the one go to
10 jail."
11    And he scolded LeAnna for -- her and her
12 father. He scolded both of them in court. And he
13 looked at me and he said, "Richard, you're free to
14 leave." And we left.
15    And that's -- and she's apologized a
16 thousand times for what she's done, but I'll just
17 -- after she done that, you know, I just -- I just
18 don't understand.
19    Q. So have you ever been accused of molesting
20 or raping a child?
21    A. No.
22    Q. Did you bite your uncle's ear off?
23    A. No. I don't have but one uncle. That was
24 Uncle Troy. No.
25    Q. So there wasn't a newspaper article to

Page 24

1 that effect?
2    A. My uncle? No.
3    Q. Have you bit someone before?
4    A. I was 19 years old, and I was at my
5 uncle's house. I didn't bite my uncle. I had a
6 man attack me at 19 years old. He was 45 -- 42.
7 And he'd had me down and was hitting me in the
8 face. And for my defense, all I could do was bite
9 him.
10    And I don't recall biting his ear off. I
11 think -- not his ear off. I think it was a little
12 -- I think I might have reached up and got -- when
13 I got him off, I think I bit a little piece of his
14 ear right there. Not his ear off, no, ma'am.
15    Q. So who was that?
16    A. I believe his name -- Bubba Winters.
17    Q. So is this the same person as Calvin
18 Roach?
19    A. No, no.
20    Q. Did you bite Calvin Roach?
21    A. Yes, I did.
22    Q. When was that?
23    A. That was 2016.
24    Q. And why did you bite him?
25    A. He hit me seven to eight times with a --

Page 25

1 they call it a flapjack. It's a lead stick,
2 basically. And he was beating me down. And when
3 he got on top of me, he went to rare back and just
4 beating me all in the head and face with this
5 flapjack.
6    And the only way I felt that I was going
7 to -- I felt he was going to kill me. And to get
8 him off of me, I bit him. I was kind of in a
9 blackout. You know, I was so dazed, I was just
10 trying to get the man off of me.
11    Q. Were you drunk?
12    A. I was -- I had been drinking.
13    Q. So had you been drinking the other time
14 that you bit Bubba?
15    A. No. I was sober.
16    Q. So have you ever bit anyone else?
17    A. Back in high school. Had a 24-year-old
18 man -- I was like 15, and he was 24. And we was in
19 a tobacco -- cutting tobacco. And he jumped on me
20 in the field and got me down, and then I bit him.
21 Bit him on the arm to get him off of me.
22    Q. So have you ever tried to bite any Grenada
23 County sheriff's deputies?
24    A. No, ma'am.
25    Q. I think I mentioned before Barbara's

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 26..29

Page 26

1  deposition people that I represent in the case
2  that you've filed against them.  And the first one
3  is Danny Lawrence.  Can you tell me why you've sued
4  Danny Lawrence?
5      A.  Well, police officers are supposedly
6  supposed to protect and serve.  I was standing
7  there being struck not one, not two, not three, but
8  repeatedly.  He stood there and watched this, and
9  did not intervene.
10     Q.  And where are you saying that you were --
11 where were you physically when you are saying that
12 you were struck?
13     A.  I was standing at the booking desk at the
14 Grenada County jail.
15     Q.  Okay.  So when you were in the booking --
16 at the booking desk, where was Danny Lawrence?
17     A.  Standing right beside me.  He was standing
18 on my left.
19     Q.  Are you saying that --
20     A.  With my hands cuffed behind my back.  And
21 he was kind of standing kind of behind me to my
22 left.
23     Q.  So you're just basically saying he failed
24 to stop someone from hitting you?
25     A.  Yes.

Page 27

1      Q.  What are your claims against Tim Gholston?
2      A.  Tim?  Tim Gholston, nothing.  Tim Gholston
3  was never there.  Tim Gholston was never at the
4  jail.  Tim Gholston was at the lake when I got
5  arrested.  Tim Gholston is -- lives across the
6  street from my brother.  He's a nice man.  I'm
7  telling you, he's a super great guy.
8      Q.  So then why are you suing him if he wasn't
9  there?
10     A.  Tim Gholston --
11         MR. CLARKE:  Hang on a second.  I'm
12 going to -- I'm going to object.  Let me ask
13 Mr. Worley to go out, because this involves
14 privileged information.  The information -- we
15 didn't have public records stuff at the time.  We
16 requested public records.  We didn't get them.  If
17 you look at my complaint, we say we were going to
18 --
19         MS. GRIFFITH:  I saw your footnote.
20         MR. CLARKE:  Yeah.  We're going to --
21 until we can find out who was there and whatever --
22 once that happens, we intend to let out a number of
23 deputies once we confirm the people that were
24 there.
25         MS. GRIFFITH:  But based on what he

Page 28

1  just said, are you saying you want to let him out
2  now?  I mean. . .
3          MR. CLARKE:  Well, I'm pretty sure we
4  are.
5          MS. GRIFFITH:  Okay.
6          MR. CLARKE:  Yeah.
7          MS. GRIFFITH:  Well, I mean, I've
8  just got to ask him these questions.
9          MR. CLARKE:  No, no, no.  I
10 understand.  If you saw the footnote --
11         MS. GRIFFITH:  I saw the footnote.
12         MR. CLARKE:  Mr. Worley, stop.  This
13 is me talking to the lawyer.
14     We are going to pare it down to probably
15 Griffin and Lawrence.
16         MS. GRIFFITH:  Okay.
17         MR. CLARKE:  Once I take the
18 depositions and confirm.  He was having trouble
19 identifying who was there.  He knows Lawrence
20 brought him there.
21         MS. GRIFFITH:  Okay.
22         MR. CLARKE:  So that's probably
23 what's going to happen.  I'd like to do it by
24 consent, but until we -- we didn't get very many
25 records.

Page 29

1          MS. GRIFFITH:  I understand.
2  MS. GRIFFITH CONTINUED:
3      Q.  Okay.  So was Randy Sweat -- was he
4  present when this incident occurred?  Do you know
5  him?
6      A.  No, ma'am, he was not present, either,
7  until after the fact, after this is -- had
8  occurred.
9          COURT REPORTER:  After this is what?
10         THE WITNESS:  After the -- it had
11 occurred.
12 MS. GRIFFITH CONTINUED:
13     Q.  Okay.  What about Donny Willis?
14     A.  Donny Willis was not present.
15     Q.  Do you even know if he was working that
16 day?
17     A.  No, I don't.
18     Q.  And I'll just submit to you, he was not.
19         MR. CLARKE:  Right.  And, look,
20 here's what happened.  I was talking with Danny,
21 and he gave me a list of who was present.
22         MS. GRIFFITH:  Okay.
23         MR. CLARKE:  And those are all those
24 people.  Because I was trying to get my public
25 records request done before the year came up.  We

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 30..33

Page 30

1  had even called the -- you know, and this is why
2  certain people are brought in.
3        It's more -- it's not his information.
4  It's based on what -- and that's why I put that
5  footnote in my complaint, is, until we can identify
6  and confirm who was particularly there, we'll let
7  the other people out.  But he gave me that list of
8  people that were potentially present --
9        MS. GRIFFITH:  Oh, I understand.
10       MR. CLARKE:  -- on that day.  So we
11  intend, after this round of depositions -- that's
12  why some mine, when you want to take depositions
13  Thursday, some of these are going to be very quick.
14       MS. GRIFFITH:  Oh, well, good.  Then
15  maybe we can move some of them out.
16       MR. CLARKE:  If we can get them, we
17  may get through more tomorrow.
18       MS. GRIFFITH:  Oh, yeah, we could
19  probably do that.
20       MR. CLARKE:  Okay.
21  MS. GRIFFITH CONTINUED:
22    Q.  So tell me, was Sheriff Strider present
23  when this incident occurred?
24    A.  No, ma'am.
25    Q.  Okay.  So what are your claims against

Page 31

1  him?
2        MR. CLARKE:  I'm going to object to
3  that on the basis of attorney-client privilege.
4  The claims are based on my information.  I wrote
5  the complaint.
6        MS. GRIFFITH:  Well, I understand
7  that.  But he's the plaintiff, so -- this is my
8  only time to talk to him, and I'd like to know why
9  he's suing Sheriff Strider.
10       THE WITNESS:  It's his department.
11  MS. GRIFFITH CONTINUED:
12    Q.  Okay.  Did you --
13    A.  He's in authority.  He supposedly had
14  these men trained.  The behavior that I received
15  from these was -- was not called for.
16    Q.  And I'll just remind you to speak up so
17  she can hear you.
18    A.  It was not -- it was not called for, the
19  way I was treated.
20    Q.  Did you ever speak to him about this
21  incident?
22    A.  No, I haven't.
23    Q.  Now, where had you -- on 12/23, when this
24  incident occurred, '16, where had you been?
25    A.  That morning, I was at the house.  Been

Page 32

1  basically nowhere.  Been there at the house.  I had
2  got up.  We -- routine.  I got up and -- you know,
3  it was Christmas.  I was fixing to be the 24th and
4  25th.  I asked Barb if she wanted to ride over to
5  her mother's to wish her, you know, a merry
6  Christmas.  And --
7    Q.  Did you have anything to drink before you
8  went?
9    A.  Around 12:30, 1:00, I'd had one cup of
10  wine, and then I drank it, and I drank another
11  little ole cup of wine.  It was (indicating) a cup
12  of wine.  But it was -- I didn't -- I was planning
13  on coming -- visiting with them and coming home and
14  then making me a toddies and enjoying my -- working
15  around the house and shop and, you know, just
16  enjoying my Christmas.  You know, enjoying my off
17  time.  It was -- you know, off of work.
18    Q.  So y'all went over to her mom's house.  Is
19  that correct?
20    A.  Yes, ma'am.  Went to her mother's, and I
21  went to get out.  Her mom came out, "How you doing,
22  Richard?"  Everything was fine.
23       I said, "Well, y'all have a merry
24  Christmas.  You going to cook the turkey?"  And we
25  talked there a minute, and the next thing I know,

Page 33

1  her son Jimmy, upset -- I haven't worked him.  I
2  had a big job going on, and I told him I didn't
3  need him.
4        And he felt that -- being, you know,
5  Jimmy, like -- he was like -- I didn't need him
6  because he does not have the skills that I needed.
7  I was working way up in the air, heights.  I did
8  not need him.  He was upset because I didn't hire
9  him.  Basically that was it.
10       And he started hollering, "If you don't
11  leave, I'm going to call the law."
12       I said, "Well, I'm leaving."  I said,
13  "But, Nancy, what's going on?"
14       Her mother just shook her head and said,
15  "It's all right, Worley."
16       So I got in the car to leave.  I said,
17  "Barb, let's go."
18       Barb said, "We can't leave the scene of an
19  incident."
20       I said, "There's been no incident."
21       She said, "Well, we can't leave the scene
22  of an incident."
23       I said, "What incident?"
24       I just sat in the car.  The deputies
25  pulled up.  Danny walked up to the passenger car

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                           Pages 34..37

Page 34

1  and said, "Richard, what's going on?"
2         I said -- I put my hands up, I said, "I
3  have no clue." I said, "You're going to have to go
4  ask Jimmy."
5         He went in, talked a few minutes. When he
6  came out, he says, "Richard, y'all are free to --
7  y'all go on home." That was it.
8     Q. Well, did you go home?
9     A. Started home. And when you cross the
10 levee there at Grenada, I had to use the bathroom.
11 That's where I pulled off, down the levee. The
12 bathroom's right to the right. Sure enough, lo and
13 behold, the law pulled in, the law did, and looked
14 in the back glass. And I told them I needed to use
15 the bathroom, and he said, "Go on."
16        Well, I went in there to use the bathroom.
17 I went in there and peed. Came out, and Mr. Danny
18 Lawrence was standing by the passenger side of the
19 car door when I went to get in. He said, "Worley,
20 I thought y'all was going home."
21        I said, "You know, I was. I had to use
22 the bathroom." I said, "You see my fishing poles
23 in the back." I said, "I was going to do some
24 fishing."
25        He said, "How much have you had to drink?"

Page 35

1         I said, "I've had a couple cups of wine."
2         He said, "Well, I don't want you going
3  fishing. I want you to go home."
4         I said, "No, Danny, I'm going to go
5  fishing." I said, "I've got a license." I said,
6  "You see I ain't drunk."
7         He said, "No, just go on home."
8         I said, "Danny, I can't go fishing?" I
9  think that was the third time.
10        He said, "Well, that's it. I'm just going
11 to -- I'm going to carry you to jail."
12        I said, "Oh, Danny, don't carry me to
13 jail. I ain't done nothing." I said, "I'll go on
14 home, then."
15        I went to open up the door. He said, "No,
16 I'm going to carry you on to jail." And he kind of
17 -- he grabbed my hand. When he grabbed my hand, I
18 said, "Go on, carry me to jail." I said, "What are
19 you going to carry me for?"
20        That's when he said, "I'm going to arrest
21 you for public drunk."
22        I said, "All right."
23    Q. So you really think I should believe that
24 you were that calm and had that demeanor about you
25 when you were talking to him?

Page 36

1         MR. CLARKE: Object to the form.
2         THE WITNESS: I sure did. That's the
3  God's honest truth. God as my witness, that's the
4  truth.
5  MS. GRIFFITH CONTINUED:
6     Q. Did you have any beer in your car?
7     A. No.
8     Q. So did you calmly get into his vehicle?
9     A. Handcuffed behind the back. And the way
10 it is -- it's not a car. It's actually like a SUV.
11 It's off the ground. I put my one foot here, and
12 when I turned my body to sit in the seat, turned my
13 body, and he went to -- he slammed the door. And I
14 didn't quite have my feet in the door, and he
15 slammed the feet -- my feet got hung right there in
16 that door when he slammed them.
17        And the only time I got loud is, I told
18 him, "Don't slam my feet. Don't slam the door on
19 my feet again, Danny." That's what I done. Put my
20 feet in the truck, and he shut the door and got in.
21 We proceeded to jail.
22    Q. So did you do any kicking or screaming?
23    A. None whatsoever.
24    Q. Do you think it was just an accident that
25 he did that with your ankle?

Page 37

1     A. Who knows?
2     Q. But that's not part of this lawsuit. Is
3  that what you're saying?
4     A. Right. That's -- I'm just explaining what
5  happened.
6     Q. But you're not claiming that he
7  intentionally --
8     A. No, I'm not.
9     Q. -- hurt your ankle?
10    A. No, I'm not.
11    Q. So did Tim Gholston also come out there
12 when you were being arrested?
13    A. Yes, Tim was there. He was present.
14    Q. Okay. And did you talk to Tim or say
15 anything to him?
16    A. Tim just kind of shook his head. I said,
17 "Do you believe this, Tim?" He just shook his
18 head. He just kind of. . .
19    Q. So did you have any -- did you talk to
20 Danny Lawrence when he was driving you to jail?
21    A. Yes, I did.
22    Q. What did y'all talk about?
23    A. On the way to jail, all I -- I told him, I
24 said, "You know, Danny, I think it's mighty sorry
25 you've got a niece and a nephew here, and you

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 38..41

Page 38

1  ain't -- you don't -- you haven't even give them a
2  birthday card, Christmas card. Father's passed
3  away." I said, "You could do something to help
4  these kids. They need guidance, even somebody to
5  talk to. Do something. Don't just throw them out
6  of their aunt's life."
7       I mean, I don't think that's right when
8  they don't have any family. They don't have any
9  family but Big Sonny's sister, which is their aunt,
10 and Danny. That's it. And they don't have any
11 contact with these kids. I thought that was -- I
12 thought that was kind of sad, to be honest.
13     Q.  Well, who are you to tell him that?
14     A.  Well, that's just the way I felt. Who am
15 I -- that's the way I felt.
16     Q.  You don't even have any contact with your
17 ten- or 11-year-old children.
18     MR. CLARKE:  Object to the form.
19 That's argumentative.
20     THE WITNESS:  I pay my child support.
21 I do support my children.
22 MS. GRIFFITH CONTINUED:
23     Q.  How do you pay your child support if you
24 don't have a job?
25     A.  Well, I'm a little behind right now, but I

Page 39

1  will get it caught up.
2      Q.  So how far behind are you?
3      A.  I'm -- $5,000.
4      Q.  So when is the last time you paid
5  anything?
6      A.  It's been a few years.
7      Q.  And that goes through Kentucky?
8      A.  Yes.
9      Q.  Okay. So once y'all were on your way, you
10 had this conversation with Danny, told him what you
11 thought. What happened after that?
12     A.  He was on his cell phone. He was talking
13 to somebody. I couldn't quite make what he was
14 saying because he was really quiet.
15     Q.  Okay. And then he takes you into -- I
16 guess he drove into the sally port?
17     A.  Correct.
18     Q.  And what happened after that?
19     A.  Well, went into sally port, and he gets
20 out, walks around, opens the door. I step out, and
21 we walk in the jail. Nobody's there but me and
22 Danny Lawrence.
23     Q.  So did you fall in the sally port?
24     A.  No, ma'am. None whatsoever.
25     Q.  Was the sally port wet?

Page 40

1      A.  No, ma'am. None whatsoever.
2      Q.  So nothing happened in the sally port?
3      A.  None whatsoever. Not a thing. Put it on
4  God's word.
5      Q.  So did you try to run from the officers or
6  kick them?
7      A.  No, ma'am. None whatsoever.
8      Q.  And who was in the sally port besides you
9  and Danny Lawrence?
10     A.  No one else.
11     Q.  So what happened once you got in the
12 booking area?
13     A.  Got into the booking area, I was standing
14 there, he was to the left kind of behind me.
15     Q.  And you're talking about Danny?
16     A.  Yes. Yes, ma'am. And nobody was --
17 nobody -- just me and him. And it was kind of odd
18 there was not a -- generally you got a guard that
19 sits at the desk. A guard that sits at the desk,
20 you know, to process you in. You have another
21 guard that's going to take your belt and, you know,
22 unhandcuff you and stuff and -- you know, they take
23 control. Nobody was there.
24     What happened next, the doors open, and
25 this black deputy -- I have never seen this man in

Page 41

1  my life -- was walking through the sally port door
2  there and walking toward me. And I made the
3  comment, I said, "The donuts are pretty good up at
4  the donut shack." Because was he kind of -- you
5  know, I just had a -- I sensed something wrong, and
6  I wanted to get his attention.
7      But he never said a word. He never -- he
8  kind of had his head down and he was walking toward
9  me. Never said a word. Never stopped. When he
10 got up to me, when he hit me, I hit the ground.
11     Q.  And what did you hurt when you hit the
12 ground?
13     A.  When he hit me, he -- he come around this
14 -- he hit me dead in the mouth. When he hit me in
15 the mouth, it busted my mouth and nose, and I went
16 straight to the ground. But being me, stubborn, I
17 rolled -- when I hit the ground, I kind of rolled
18 -- I was handcuffed behind my back. When I hit the
19 ground, I rolled around and jumped straight back to
20 my feet and told him, "My mother hits harder than
21 that."
22     And that's when he hit me again. And this
23 time when he hit me, I went straight to the ground
24 again. And I got back up, and that's when I told
25 him that a black man would not hit a man in

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 42..45

Page 42

1  handcuffs, but a nigger will every time.
2       And he reared back -- when he hit me, I
3  put my head back, and he hit me right there on the
4  chin and busted my chin wide open.  Hit the ground
5  and started back up again, and that's when he put
6  his -- that's when he stomped me.
7       Q.  What do you mean, he stomped you?
8       A.  What I mean, he took his boots and he -- I
9  went to turn around, which I was -- and he stomped
10  me on my head.  Head facing this way.  That's where
11  the blood is coming out of my ear.  And I don't
12  remember too much after that.  I remember the nurse
13  screaming.  I remember that.  "Get off of
14  Mr. Worley."
15      Q.  What nurse are you talking about?
16      A.  Ms. Bibbs.
17      Q.  And then what happened?
18      A.  I remember her pulling me away.  I mean, I
19  woke up, got to, and she said, "Mr. Worley, stand
20  up."  And she had pulled me from the -- this little
21  lady here, four foot tall, pulled me from here to
22  the door outside right there, on the other side of
23  this door.
24      And she said -- and by that time, I was
25  kind of getting coherent.  She said, "Can you stand

Page 43

1  up?"
2       I said, "Yes, ma'am."
3       She helped me up and she got me in the
4  nurse's room there.  And she said, "Oh, my God,
5  we've got to get you to the emergency room."  And
6  that's when she got out there and got on to Danny
7  and them.  That little woman, she was fired up.
8  She said, "Y'all are going to get Mr. Worley to the
9  hospital now.  I'm going to call an ambulance."
10      And Danny spoke up and said, "No, I'll
11  carry Richard to the hospital."
12      And I was like, "No, I don't want to go,
13  Ms. Bibbs.  They might take me off and kill me."  I
14  said, "I don't want to go."
15      She said, "Don't" -- I said -- that's
16  exactly what I told her, too.  I didn't want to go
17  with Danny.  Here I'd done been nearly stomped to
18  death and beat with my hands behind my back.  I
19  didn't want -- I was scared.
20      She said, "I promise you, if you'll go
21  with -- they're not going to harm you anymore."
22  Those were the words out of her mouth.
23      And I said, "If you promise."  She -- then
24  that's when the other deputy showed up.  I guess he
25  came from the sheriff's office.  He's an older

Page 44

1  deputy.  I guess that was who you-all are calling
2  Sweat.  He's gray-headed.
3       I got in Danny's -- back in Danny's SUV,
4  and they took me to the hospital.  And that's
5  when -- that's what happened.
6       Q.  So were any other deputies at the hospital
7  besides Danny Lawrence and Deputy Sweat?
8       A.  Yes, ma'am.  I don't -- you know, you-all
9  are saying Griffin.  Mr. Griffin.  The black deputy
10  that was -- when I was going in, he was like this.
11  He came up there to see the extent of my injuries.
12  He was standing at the -- all -- the door.  And I
13  did -- told him how sorry he was, the way he beat
14  me.
15      And Danny and Mr. Sweat said, "Come on,
16  Richard.  It's going to be all right.  Come on."
17      And I just -- because it was through a
18  door, and I just kind of yelled at him that "That
19  was sorry, the way you done me."  And I was -- you
20  know, I was upset the way I got beat.  That's the
21  truth.
22      Q.  So what treatment did you get at the
23  hospital?
24      A.  At the hospital, they -- the doctor sewed
25  me up.  My front tooth was knocked back.  They

Page 45

1  didn't actually break it out, thank God, because I
2  love my teeth.  I got good teeth.  And I'm real --
3  I was ticky about my teeth.  And it chipped my
4  tooth.  It got chipped right there and knocked
5  back.
6       I went to a dentist.  They told me --
7  x-rayed it and done all that, and told me, he said,
8  "Richard, it's not broke."  He said, "What they
9  done, they knocked the root and stuff loose."  And
10  it pushed back.  And he put some -- like put some
11  glue on it to keep it, you know, kind of
12  stabilized.  He said it would take root back and
13  stay.
14      Q.  So do you have any problems with that
15  tooth now?
16      A.  I got a dead feeling in it, like a -- you
17  know, a -- it ain't a numbness.  I don't know how
18  to express -- it's like a -- you know, when I eat,
19  it's just like just a dead -- deadish feeling under
20  the gum.
21      Q.  So you had to get stitches in your chin?
22      A.  I don't recall how many.  I think it's 22.
23      Q.  They didn't even give you pain medicine
24  for that, did they?
25      A.  No, ma'am.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                          Pages 46..49

Page 46

1    Q. You didn't want it, did you?
2    A. I don't take pills. I don't. I take an
3  aspirin.
4    Q. So besides you claiming that your tooth
5  was injured and you had these stitches in your
6  chin, did you have any other injuries?
7    A. It's just my -- it's like -- I can't
8  explain it. You know, it's just like when I was
9  beat like that, I don't -- my main injury is, I
10  feel -- you know, I don't want to get out in the
11  public. I don't want to get -- I used to like to
12  ride and go fishing and do things and -- but now
13  I'm afraid.
14       I'm afraid. I've heard talk around town.
15  Deputy sheriffs talked to my brother up there that
16  Strider is not going to play fair. I'm just
17  scared. You know, I'm scared. I don't want to. .
18  . I'm scared of getting hurt.
19    Q. So have you had to go to a psychiatrist?
20    A. My plans is, after this deposition, I'm
21  going to Kentucky. The only reason I've stuck
22  around this long is to get this here done, and I'm
23  moving back to Murray.
24    Q. So have you started packing?
25    A. I've got -- I've started selling. I been

Page 47

1  selling a lot of stuff. And that's another reason
2  -- I been selling a lot of stuff. You're saying
3  how am I making a living. I'm selling a lot of my
4  belongings. I done sold a boat. I done sold a
5  camper. I done sold three four-wheelers of mine.
6  I've sold a lot of stuff to pay bills and to
7  maintain.
8    Q. So besides your chin being injured, and
9  you claim your tooth, did you have any other
10  injuries besides you saying you just don't get out
11  in the public anymore?
12    A. My tooth and my dignity, my pride. It's
13  all just. . . just. . . I can't explain it. It's
14  more of a psychological thing, I guess. I don't
15  know. I don't know. I just -- that just took the
16  drive out of me. It took -- after that, it just --
17  I can't. . .
18    Q. And, again, if you'll speak up so the
19  court reporter --
20    A. After that beating, I just -- I'm just --
21  I'm different. I just think different. I do
22  things differently. I just want to stay at home.
23  I don't -- you know, basically I don't want to be
24  around nobody.
25    Q. So when you were in that booking area, did

Page 48

1  you ever talk to a booking officer?
2    A. Never did. And that was strange.
3    Q. So once you went back to Marilyn Bibbs'
4  office, did you see anyone in there besides
5  Marilyn?
6    A. From the hospital, when I got back? Yes,
7  there was a lady at the booking desk then, and
8  booked me in. Took my picture.
9    Q. Okay. So they took you back to the jail
10  after they took you to the hospital. Is that what
11  you're saying?
12    A. Yes, ma'am.
13    Q. And at that point you were actually booked
14  in? Is that what you're saying?
15    A. Yes, ma'am.
16    Q. And do you know who booked you in?
17    A. No, ma'am. It was a lady.
18    Q. And how long did you stay in jail?
19    A. I stayed in there that night. They did
20  not set me a bond whatsoever that night. They
21  didn't set me a bond that morning. I didn't get
22  out until late that afternoon.
23    Q. And who got you out?
24    A. Barbara.
25    Q. And it's my understanding you followed up

Page 49

1  with a dentist. Is that correct?
2    A. Yes, ma'am.
3    Q. Did you follow up with any other type of
4  doctor?
5    A. I got my stitches -- they took my stitches
6  out.
7    Q. Do you have any outstanding medical bills?
8    A. They've sent me some to the mailbox,
9  statements and stuff, you know, my medical bills.
10  I haven't paid any of them. I figured this would
11  go on my credit. And I could, you know, pay them
12  when I got financially able.
13    Q. So do you know about how much you owe?
14    A. Not today -- not -- no, ma'am. Not no
15  total or nothing, no, ma'am. I'd be lying if I
16  told you I did.
17       MS. GRIFFITH: Do you want to take a
18  quick break?
19       (OFF THE RECORD.)
20       MS. GRIFFITH: I'd like to mark as
21  Exhibit 1 to his deposition the photographs of
22  Ms. Kitchens.
23       (EXHIBIT 1 WAS MARKED FOR THE RECORD.)
24  MS. GRIFFITH CONTINUED:
25    Q. Have you ever been to rehab?

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 50..53

Page 50

1    A.   Yes, I have.
2    Q.   And when was that?
3    A.   That was back in 2004.  2004.  The Fuller
4  Center in Mayfield, Kentucky.
5    Q.   Was that court ordered?
6    A.   Court ordered.
7    Q.   And how long did you have to go?
8    A.   Ninety days treatment.
9    Q.   And do you have any misdemeanor
10  convections?
11   A.   Yes, I do.
12   Q.   And can you tell me about those?
13   A.   Yes.  I have numerous DUIs.  I've had --
14  like I said, I was a alcoholic.  I would drink and
15  drive.  I went to the bars a lot.  I was -- I've
16  had simple assaults.  I was -- like I said, my
17  behavior when I was drinking, I've done some --
18  made some bad choices under the influence of
19  alcohol that I would not have made if I was sober.
20  And simple assaults and DUIs is basically my
21  record.
22   Q.   So have you ever been accused of
23  assaulting a police officer or a police deputy?
24   A.   Accused?
25   Q.   Yes.

Page 51

1    A.   Yes, I have.
2    Q.   Have you ever been convicted?
3    A.   No, ma'am, I haven't.
4    Q.   What are your felony convictions?
5    A.   The wanton endangerment.
6    Q.   And that's it?
7    A.   And I got back behind -- see, Kentucky has
8  changed their laws on the child support issue that
9  we discussed earlier.  I know here in the state of
10  Mississippi, they're more severe.  But they were
11  severe also in Kentucky, but they have changed
12  their laws.  It's a civil matter now.  That's
13  basically the way they do it.
14   Q.   So have you ever been arrested since
15  December the 23rd of 2016?
16   A.   No, I haven't.
17   Q.   How much did you weigh then?
18   A.   I weighed then probably 170.
19   Q.   And how tall are you?
20   A.   Five eight, five seven.
21   Q.   And how much do you weigh now?
22   A.   I'm probably 165.
23   Q.   And I'm going to hand you -- I'm going to
24  be talking about. . .
25       MR. CLARKE:  You got Bates numbers?

Page 52

1  You're starting at No. 1?
2       MS. GRIFFITH:  Number 1 to No. 484.
3  And I'd like to mark this as Exhibit 2 to your
4  deposition.
5    (EXHIBIT 2 WAS MARKED FOR THE RECORD.)
6       MR. CLARKE:  Is this just the whole
7  set of the 26(a)?  The 26(a) disclosures, is that
8  the whole --
9       MS. GRIFFITH:  Yeah, I think it is.
10  And I'm going to go through a good many of these.
11  I don't know if y'all need a lunch break.
12       MR. CLARKE:  I don't.  I'd rather --
13  I've got to get home tonight.
14       MS. GRIFFITH:  All right.
15       (OFF THE RECORD.)
16  MS. GRIFFITH CONTINUED:
17   Q.   Mr. Worley, you probably saw Ms. Kitchens
18  when I asked her about some documents.  Basically
19  there's a number at the bottom right hand of the
20  document.  Do you see that No. 1?
21   A.   Yes, ma'am.
22   Q.   And I'm certainly not going to ask you
23  about all of these pages, but I am going to ask you
24  about some of them, because you do seem to have
25  quite a lengthy criminal history.

Page 53

1       MR. CLARKE:  We'll stipulate to his
2  record.
3       MS. GRIFFITH:  Well, I know that you
4  will, but I'd like to go through a few of them.
5       MR. CLARKE:  Certainly.
6  MS. GRIFFITH CONTINUED:
7    Q.   If you would look at page 6.  And you
8  might want to take that rubber band off.  It might
9  be just a little bit easier.  If you would flip
10  them, so just to not to get them out of order.
11   A.   Yes.
12       MR. CLARKE:  Yeah.  Go like this, so
13  this one will go like that.  Put that file there.
14  MS. GRIFFITH CONTINUED:
15   Q.   Yeah.  And you might just want to put that
16  one on top, just so we can keep them in order.
17       It looks like -- I'll give you a second to
18  read this.
19   A.   (Reviewing document.)
20   Q.   This was an incident that the Grenada
21  County Sheriff's Department responded to your home
22  on March the 8th of 2017.  Is that correct?
23   A.   Ma'am?
24   Q.   Do you know anything about --
25   A.   No, ma'am.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

Page 54

1    Q.  -- this incident?
2    A.  No, ma'am, nothing whatsoever.
3    Q.  Who are your current neighbors,
4  Mr. Worley?
5    A.  My current neighbor is Mr. Ludulf.  Runs
6  Ludulf's Small Engine Repair.
7    Q.  Is that your only neighbor right now?
8    A.  Yes.  Mr. Rick has moved.  Mr. Rick lived
9  on one side, and I had -- Mr. Ludulf lives on the
10  other, and I'm kind of -- I'm in the middle.  And
11  nobody in front of me.
12    Q.  I'm going to ask you to turn to page 10.
13    A.  (Reviewing document.)
14    Q.  This looks like a January 12th, 2017
15  incident when the authorities went out to your
16  house.  Do you have a pit bull?
17    A.  Yes, I do.  I have two.
18    Q.  And do you know anything about who this
19  neighbor was who --
20    A.  That would have been Mr. Rick, apparently.
21  I don't know for sure, but I would say Mr. Rick.  I
22  don't know.  I do remember the written warning
23  taped on -- one of my -- see, I keep my dogs --
24  they're on a chain, with collar.  And they don't --
25  you know, I never let my dogs run loose.

Page 55

1    But apparently Sue had got off.  And when
2  I came in -- I was at work all that day.  I had
3  been gone.  I was not there just five minutes
4  prior.  I had been working.  When I got off, that's
5  when I saw -- I said, "There's a note taped on the
6  door," and I read it.
7    And sure enough, Sue was off the chain.
8  She had a tendency -- she won't get off now because
9  I put a -- I had to put a choke collar on her also,
10  because she had a tendency -- she would like put
11  her head down, take her paws, and she would back up
12  with her head down.
13    I have never sicced my pit bull -- my dogs
14  -- I don't want my dogs fighting.  They're big
15  babies, is all my dogs are, just big ole babies.
16    Q.  So did you and this Mr. Rick get along?
17    A.  Yeah.  Yes.  He -- actually, he's repaired
18  my -- I had a Ford truck, and me and him, we done
19  some work on it.
20    Q.  So why do you think he would have told --
21    A.  I don't know if it was Mr. -- I don't know
22  if it was Mr. Rick.  I'm just -- I don't know who
23  it was.  I'm just saying that's my closest
24  neighbor.
25    Q.  Well, whoever your neighbor -- this

Page 56

1  neighbor was --
2    A.  Complained about --
3    Q.  -- apparently told -- just let me finish
4  my question -- told them that "Worley told his
5  brown and white pit bull to 'sic em'" and that it
6  was an ongoing problem with you threatening your
7  neighbor.
8    A.  I don't know.
9    Q.  Okay.
10    A.  I was never told of this.  This is the
11  first time I was ever told that.  First time I've
12  ever seen this piece of paper in my life.
13    Q.  All right.  If you'll turn to page 14.
14    A.  (Reviewing document.)
15    Q.  And this is the narrative of the incident
16  that began 12/23/16, is it not?
17    A.  Narrative?
18    Q.  Well, it's just an incident report by
19  Danny Lawrence.  Is that correct?
20    A.  Appears to be, yes.
21    Q.  Do you remember Mr. Lawrence telling y'all
22  to go straight home?
23    A.  No, he did not.  He told us we're free to
24  leave.
25    Q.  Okay.  Did you also see in that statement

Page 57

1  that it said you appeared to be drunk?
2    A.  Yes, I see that.
3    Q.  And are you disputing that?
4    A.  I sure am.
5    Q.  If you'll turn to page 21.
6    A.  (Reviewing document.)
7    Q.  Do you remember when Sonja Willis came to
8  your home on 9/29 of 2016?
9    A.  Yes, I do.
10    Q.  And are you disputing that you threw hot
11  water -- I mean, hot coffee on Barbara?
12    A.  I did not throw hot coffee on Barbara.
13    Q.  Well, it says that she tried to show her
14  where the coffee was, because it was still wet from
15  the coffee on her back.  Are you disputing that you
16  threw it?
17    A.  Yes.  I didn't throw hot coffee on
18  Barbara.  No, I did not.
19    Q.  Did you call Sonja Willis and Barbara that
20  day a whore?
21    A.  No.
22    Q.  So did Barbara just make this up?
23    A.  I don't recall Barbara ever saying that.
24    Q.  What do you recall Barbara saying?
25    A.  Nothing of that nature.  We had had an

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 58..61

Page 58

1 argument, and her -- I asked Sonja why she arrived,
2 who called her, and she said her mother --
3 Barbara's mother had called, and that's how she got
4 dispatched out there.
5    **Q. So were y'all still fighting when she got**
6 **there?**
7    A. We were arguing. All I told her, if
8 Barbara wanted to act the way she was acting, not
9 take her medicine, that, "Barbara, you need to
10 leave." Basically I said that, you know, "I own
11 this here. This is my property. This is my
12 trailer. If you want to, you know, act like you're
13 acting, throwing things, just" -- and just not
14 taking her medicine, she -- her issues and stuff, I
15 just told her, "You've got to leave. I can't take
16 it."
17   **Q. Did Barbara ever --**
18   A. That was it.
19   **Q. I'm sorry for interrupting you. Did**
20 **Barbara ever get physical with you?**
21   A. Not physical, no. She has a tendency to
22 throw things, break things. But not physical, no.
23   **Q. If you'll look at page 31.**
24   A. (Reviewing document.) Yes.
25   **Q. Can you tell me about this June the 1st,**

Page 59

1 **2005 incident? Is this the incident where you**
2 **claim that Calvin Roach was trying to beat you with**
3 **a -- some sort of tool?**
4    A. I don't know exactly what you call it.
5 It's a -- they say it's a flapjack. It a piece of
6 solid lead pipe, is what it is, but it's flat.
7 It's called a flapjack or something. I don't know.
8 You want me to explain what happened this day?
9    **Q. I think you already have. Is that not the**
10 **incident where you ended up biting him?**
11   A. Well --
12   **Q. Or is that a different incident?**
13   A. Well, what had happened is, the deputies
14 were at -- earlier that day, the deputies -- there
15 was like four deputies, an investigator. All of
16 them were at Mr. Roach's house.
17      And a friend of mine that -- Jason Dodson
18 and Bill Ashmore, they were there. And I pulled in
19 and -- to see what was going on. And apparently
20 Mr. Roach here had stolen some power tools, and
21 they were in his shed.
22      And basically what happened is, the deputy
23 sheriff looked at me and said, "Richard, I do not
24 have a warrant to open up that little door there to
25 his shed." He said, "Go over there and open the

Page 60

1 door for me."
2      I went to the truck and got a flathead
3 screwdriver, and I was intoxicated, and I opened
4 the door. And the deputy sheriff told me to leave.
5 He said, "Thank you. Leave, Richard. You can
6 leave now." Apparently they got all the tools.
7      And Tina was living at this residence.
8 That's Tyler's, my cousin's wife. And he wanted to
9 go over there that evening and talk to his wife,
10 get his wife home or whatnot. When I had pulled
11 up, that's when he come out with the flapjack.
12 "I'm going to kill you, whoop you," and this, that
13 and the other.
14      And I told him, I said, "I just done what
15 the deputies told me to do."
16      And he come off that -- off the steps, and
17 when he come off the steps, I was inside the car.
18 I opened the door, and when I stepped out, that's
19 when he started wailing me with it. That's what
20 happened.
21   **Q. All right. If you'll turn to page 34.**
22   A. (Reviewing document.)
23   **Q. I think this is the April 29th, 2016**
24 **incident basically where you kicked Barbara out**
25 **again. I mean, did that happen quite often?**

Page 61

1    A. When she's not taking her medi- -- it
2 just -- I get too much to handle, and I need just a
3 break, seems like. No, it's not quite -- it's not
4 quite often. I mean, like, a lot of times I will
5 call her mother and ask her mom, "Please come get
6 Barb. She's just too much for me." I mean,
7 it's. . .
8    **Q. So it also a combination of Barbara**
9 **drinking and doing drugs?**
10   A. Barbara has -- I've never seen Barbara --
11 one time in her -- since me and her have been
12 together, I've seen her drink one time. She's not
13 a drinker. Drugs? She got around a friend of hers
14 and introduced her -- she's never done drugs, that
15 I know of.
16      Never stole anything. I've run a business
17 for years, and, you know, the quickest thing that
18 would ruin you is a thief. Nobody's going to let
19 you into their house knowing you're stealing. No,
20 ma'am.
21      She's never -- she got around the wrong
22 person, and this is just a -- she tried it, and
23 apparently she just -- it done something to her.
24 It changed her. And thank God, she's getting help.
25   **Q. All right. If you'll turn to page 41.**

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 62..65

Page 62

1    A.  (Reviewing document.)  All right.
2        Q.  Can you tell me about this incident that
3    occurred at your residence 11/26 of 2015?
4        A.  Yes, ma'am.  I was under the influence of
5    alcohol, and apparently my behavior was uncalled
6    for.
7        Q.  So you don't deny that you were yelling
8    and telling the deputies to get off your property?
9        A.  I do not deny that.  Only thing I deny, I
10   wasn't throwing any rocks.  I think the deputies
11   arrested -- actually, it was Shane and Lamb --
12   Shane and Barbara had got into it, and the law came
13   -- they was arguing with each other, and when law
14   came, they arrested Shane.
15       I was kind of drinking.  I was on Shane's
16   -- wanted to be on his side, and I told them, "Just
17   take me if you're going to take him.  He ain't done
18   nothing.  Just take me too."  That's basically what
19   I done.
20       Q.  And is he related to you?
21       A.  Just -- no.  He's just a friend of the --
22   been knowing for years.  He's a -- was married to
23   Penny Dahl, which is -- Flanagan.  That's my
24   kinfolks.  That's -- was married to my cousin.
25       Q.  So who is Mary Worley?

Page 63

1    A.  Mary?  That is -- Mary is my first
2    cousin's wife.
3        Q.  So have you ever got in an argument with
4    her?
5        A.  Ms. Mary?  No.  Not Ms. Mary.
6        Q.  Have you ever made threats against her or
7    her children?
8        A.  Ms. Mary?  No, not -- no, never.  Not
9    Ms. Mary.  Me and her -- we worked -- me and Thomas
10   worked together.  We run a business.  That's who
11   was my partner before he passed away.  No.
12       Q.  If you'll turn to page 47.  This incident
13   report was written 11/1/2015.  And as you'll see,
14   it looks like Mary Worley went to the SO
15   complaining that "Richard Worley made threats
16   against her and her children."  Do you know
17   anything about this?
18       A.  No, I don't.  I'll have to ask Ms. Mary
19   about that.  I don't know.
20       Q.  Has DHS ever been to your home?
21       A.  DHS?
22       Q.  Department of Human Services.
23       A.  Over LeAnna, yes, they have.
24       Q.  If you'll turn to page 50.
25       A.  (Reviewing document.)

Page 64

1        Q.  This narrative states that on July 28,
2    2015, Nancy Moore stated that you and Barbara were
3    harassing her and her granddaughter.  Do you know
4    anything about this incident?
5            MR. CLARKE:  Object to the form.
6            THE WITNESS:  No, I don't.
7            COURT REPORTER:  Did you object?
8            MR. CLARKE:  I object to the form,
9    yeah.  That's not what it says.
10           THE WITNESS:  No.
11   MS. GRIFFITH CONTINUED:
12       Q.  Do you remember an incident where you
13   threatened to cut Bradley Hatcher's head off?
14       A.  No.
15       Q.  All right.  Turn to page 57.
16       A.  (Reviewing document.)
17       Q.  It looks like from this Bates stamped
18   document, that Bradley Hatcher complained on
19   4/27/15 that you grabbed a shovel and threatened to
20   cut his head off.  Do you remember doing that?
21       A.  No.
22       Q.  Are you saying it didn't happen?
23       A.  This didn't happen.  No, it didn't.
24       Q.  I mean, are you the type person who gets
25   drunk and passes out or blacks out?

Page 65

1    A.  Yes, I have blacked out.  Yes, I have.
2    Many times.  Drinking.
3        Q.  So perhaps some of these incidents could
4    have happened, but you just don't recall them?
5        A.  I don't recall this.  No, I don't.  I
6    mean, harassing, calling her -- Ms. Moore.  Calling
7    anybody and harassing them?  I don't even have a
8    phone.
9        Q.  So did you ever start a fight with Eddie
10   Hatcher?
11       A.  Well, no, I didn't start any fight.  His
12   father came to my house, and what happened was, he
13   asked me something about some tires that had been
14   cut like five or six years ago.  And I told him the
15   truth.  I'd heard from a person that -- some black
16   folks -- that he was running up and down the road,
17   and they told him several times the kids were out
18   playing, to quit driving fast.
19       And I told him, "I believe that Kenny
20   Sykes and a few others might have cut your tires,
21   because they said that, you know, you'd run 50 and
22   60 miles an hour through the neighborhood, wide
23   open."
24       And he wanted me to go to the courthouse
25   and file papers.  And I said, "Look, I don't have

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 66..69

Page 66

1  anything to do with it."  I said, "I'm not going
2  and sticking my nose in something."  I said, "I was
3  in the state of Kentucky when your tires got
4  flattened, and I ain't got nothing to do with it."
5        And he got mad, and me and him -- he
6  jerked the shirt over my head and throwed me in a
7  ditch, and I got him off of me, and he went home.
8  That was it.  And I wasn't under the influence.
9        Q.  All right.  Look at page 67.
10       A.  (Reviewing document.)  This is true.  This
11  was on my birthday.
12       Q.  So your birthday's March the 12th of --
13  well, I guess not 2015.
14       A.  This is true.
15       Q.  So is this the only -- this is -- you had
16  told me earlier about being arrested for marijuana
17  possession.  Is this the only time you've been
18  arrested for marijuana possession?
19       A.  Yes, ma'am.
20       Q.  So that's not really your thing.  It seems
21  like your thing was drinking.
22       A.  That was my -- my thing was drinking.  I
23  come from an alco-- my father was an alcoholic,
24  and I guess I -- my brother never -- he never --
25  but neither one of my sisters -- now, I turned to

Page 67

1  alcohol.
2        And I've done a lot of things, like I
3  said, guys, under the influence, when I was drunk,
4  under the influence of alcohol, that I shouldn't
5  have done.  Apparently I acted, you know, ignorant
6  under the influence of alcohol.
7        Q.  Turn to page 73, please.
8        A.  (Reviewing document.)  This is all false.
9  Got proved in court it was false, and throwed it
10  out.  Yes, ma'am.
11       Q.  So you're saying this July the 8th, 2014
12  incident never happened?
13       A.  Yes.  We went to Scenic Ridge Road, but
14  Sonny Kitchens came out beating on the car, her
15  son, and just acting just as wild as an Indian.  It
16  was nothing -- nobody got out and did all that.
17  And all that -- that all got clarified in court.
18       Q.  So look at page 77, please.
19       A.  (Reviewing document.)
20       Q.  Is this the arrest report -- it's dated
21  8/18 of 2014 -- dealing with your stepdaughter or --
22       A.  No.  That was Michelle Bennett.  That was
23  the girl that I had been seeing.  Michelle Bennett.
24       Q.  And you were extradited back from
25  Kentucky?

Page 68

1        A.  Yes.  That's -- yes.  Correct.  That's
2  what I told you that -- when I never seen a judge.
3  They just apologized.  As a matter of fact, a
4  person in the jail said, "Richard, the girl's
5  bragging that she had you put in here, and
6  everything you've done, it's all false.
7        "And my wife is going up there to -- don't
8  you have nothing to worry about.  My wife's going
9  up there, and we've got her recorded," or something
10  about what she said, "that she's going to get her
11  money back one way or another."  I don't know.
12       Q.  So that was an arrest from 2014, and
13  they're also stating the -- it happened in 2014.
14       A.  No, they're saying that it happened back
15  in two thousand and -- shoot, I think I was like
16  2006.
17       Q.  Well, if you'll look at page 81.
18       A.  No, this says I was arrested at Savannah
19  Lane.  This was over -- I see now the address.  I
20  correct myself.  This was over LeAnna.
21       Q.  Okay.  Got it.
22       A.  Yes, this is -- yes, this is what this is.
23       Q.  All right.  Well, if you'll look at page
24  81, that might clear up my question.
25       A.  Now, this is over -- this is the --

Page 69

1        Q.  That's the capital rape charge?
2        A.  Yes.  They got. . .
3        Q.  And you spent nine months in jail for
4  that.
5        A.  Yes.
6        Q.  Is that correct?
7        A.  Yes.  They had a -- I think it was a
8  million dollar bond I could not make.
9        Q.  And it looks like you also had a past 2003
10  arrest, May of 2003, that you were fighting at --
11  this is on page 101 -- at Roy Worley's, I guess,
12  yard, maybe?
13            MR. CLARKE:  Did you say 101?
14            MS. GRIFFITH:  Yes, 101.
15            THE WITNESS:  101?
16  MS. GRIFFITH CONTINUED:
17       Q.  Yes.
18       A.  Yeah, that's. . . Yes, this is true.  That
19  really happened.
20       Q.  So, Mr. Worley, have you ever been -- I
21  understand you've been arrested on domestic
22  violence cases that involved Barbara.  Have you
23  ever been convicted on any of those?
24       A.  No.
25       Q.  Are you stating here today that none of

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 70..73

Page 70

1  those happened?
2          MR. CLARKE:  Object to the form.
3          THE WITNESS:  We've argued.  I try to
4  get away.  I just walk away.  The more I walk away
5  -- and sometimes I have to call the law to get
6  Barb -- I have to get somebody out there.  I walk
7  away.
8          And I'm all the time seeing somebody else
9  and all this.  It's just one thing after another.
10  I don't know if you've ever had to deal with
11  anybody -- a jealous person before, but I have got
12  one that just loves me -- like Cousin Tom told me,
13  she loves me too much.  That's the truth.
14          And it gets to the extent I will -- I'll
15  call her mother.  I'll have to get her mom to come
16  down and talk to her, calm her down.  And a lot of
17  times -- most of the time when her mom comes down,
18  it all ends.  Her mom talks to her, everything's
19  fine.
20          And that's the way I handle it now.  I
21  will.  If she gets too rocky and gets to talking to
22  herself and gets out there, I will.  I'll call her
23  mother to come down and talk to Barb.
24  MS. GRIFFITH CONTINUED:
25      Q.  So since this incident that your complaint

Page 71

1  is about, 12/23 of 2016, have you had to call law
2  enforcement to come out and help you with Barbara?
3      A.  No.  I have had to call her mother.
4      Q.  Have you had any instances with your
5  neighbors since 12/23 of 2016?
6      A.  Not that I'm -- I know if there is, it's
7  something secretive I don't know about.  No.
8  Mr. Ludulf, he came by the house the other day, and
9  we talked.  Somebody in the neighborhood had stole
10  my lawnmower and somebody stole his pressure
11  washer.  I had some things -- we both kind of want
12  to get some cameras up and see what's going on,
13  who's doing it.  I mean, as far as I know. . .
14      Q.  So is Barbara still on meth?
15      A.  No.
16      Q.  Did she ever do it around you?
17      A.  She done it secretively.  The way I found
18  out about it was through Connie, a friend of hers.
19      Q.  Connie?  And what's her name?
20      A.  I'd hate to -- Connie Welch.
21      Q.  So did you see any other nurses or any
22  other healthcare providers at -- let me just finish
23  my question -- while you were at the jail during
24  this 12/23/16 arrest besides Ms. Bibbs?
25      A.  There was another nurse -- after Ms. Bibbs

Page 72

1  gets off duty, there's another nurse.  I do not
2  recall her name.
3      Q.  Did you talk to her that evening?
4      A.  I talked to her -- I think she checked on
5  me not that evening, the next day.  She come to
6  check on me and brought -- asked me if I needed any
7  ibuprofens.
8          The only other thing I've got to have
9  checked is my ear.  I have no hearing out of my
10  left ear.  And I have not been financially able to
11  go to Memphis and see an ear doctor.  But I can
12  close my -- I have no -- nothing.  Since this
13  incident.  I've got to have my hearing checked.
14          But, anyway, I want to see what damage was
15  done, if I can get it repaired, hearing aid, or
16  something where I can hear out of my left ear.
17  That's one thing I do want.
18      Q.  So did you complain -- did your ear hurt
19  after the incident?
20      A.  It was just a -- like a ringing.  Just a
21  slight ringing in my ear.  And then the ringing has
22  stopped, and it's just like deafness.  It was
23  ringing, though, like a -- there was a ringing in
24  my ear.  You could -- I could hear it in my head,
25  you know, but you just -- that's what it was.  And

Page 73

1  then the ringing went away, and now it's just --
2  I'm deaf in it.  I can't hear out of it.
3      Q.  Did you tell the emergency room doctor
4  about problems with your ear?
5      A.  When I was there -- not that night, no, I
6  didn't.  It was just ringing.  I didn't think
7  nothing about it.  I just thought -- I didn't
8  know what to -- there was just so much was going
9  through my mind at that point, I just -- ringing
10  ear, I didn't know.
11      Q.  Is there anything else that you can
12  remember about the incident that you haven't told
13  me about?
14          MR. CLARKE:  Object to the form.
15          THE WITNESS:  Not that I can think --
16  recall.
17  MS. GRIFFITH CONTINUED:
18      Q.  Well, with your arrest history in Grenada
19  County, I mean, you knew most all of these officers
20  that were there that night, correct?
21      A.  There was -- I know -- Tim Gholston's my
22  brother's neighbor.  That's how I know him.  And
23  then Danny, I think this is the first time I've
24  ever had any arrest from him at all, any type of
25  run-in like this.  And I don't know Sweat

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 74..77

Page 74

1  personally.  I don't know -- and I've never seen
2  Griffin.
3         MS. GRIFFITH:  I don't have any
4  further questions at this time.  Thank you.
5         THE WITNESS:  Yes, ma'am.
6         EXAMINATION
7  BY MS. RILEY:
8     Q.  Mr. Worley, I've got a number of questions
9  here.
10    A.  Yes, ma'am.
11    Q.  And I'll try not to double up on anything.
12        My name is Katelyn Riley.  I represent
13 Bryant Griffin in this lawsuit.  When did you first
14 learn the name of Bryant Griffin?
15    A.  When -- the first time I learned his name,
16 because I had no clue to who this guy was
17 whatsoever, was the --
18        MR. CLARKE:  Hang on.  We got a --
19 can't ask him about attorney-client privileged --
20 any information he got from me is privileged.
21        MS. RILEY:  I can ask him when he
22 first learned about it.  That's not -- that's not
23 attorney-client privilege by any means.
24        MR. CLARKE:  That's true.
25 MS. GRIFFITH CONTINUED:

Page 75

1     Q.  When did you -- when did you first learn
2  of Bryant Griffin?
3     A.  That would be. . . First learned was on
4  July the 3rd, I think.  July the 3rd, 2018.
5     Q.  So after the incident that you filed this
6  lawsuit about?
7     A.  Yes, ma'am.
8     Q.  All right.  And what do you know about
9  Mr. Griffin?
10    A.  I know that he's probably five nine.  I
11 know that he's African-American.  I know that he's
12 a little bit stockier built than I am.  And I know
13 he can sure throw a punch.
14    Q.  What color is his hair?
15    A.  Black.
16    Q.  What kind of hairstyle does he have?
17    A.  It was just -- his hair at that time when
18 I seen him, it was just, you know, like straight.
19 It was straight up.
20    Q.  Would it be about your length, or --
21    A.  No.  It was -- well, it was kind of, you
22 know -- no, it's not my length.  It was kind of
23 slick and -- you know.
24    Q.  Would you say it was --
25    A.  It was very short.

Page 76

1     Q.  Very short?
2     A.  Yeah, short.
3     Q.  Would you say an inch?
4     A.  No, no, no.  It was no inch.
5     Q.  Okay.
6     A.  It was short.  I would say hardly --
7  shoot, hardly no hair there, I know, right in the
8  front.  He was slick.
9     Q.  Okay.  When was the -- when do you first
10 remember -- on the date of the incident, on
11 December 23rd, when do you first remember
12 Mr. Griffin becoming involved?
13    A.  When he came in from the sally port.
14    Q.  What did he do?
15    A.  He walked straight toward me.
16    Q.  Okay.  Who was in -- and you're saying
17 when he came in from the sally port, you're saying
18 he came into the booking area?
19    A.  Correct.
20    Q.  Who all was in the booking area?
21    A.  At that time, me, Danny, and Mr. Griffin
22 arrived.
23    Q.  Okay.  There was nobody else?
24    A.  No one.
25    Q.  Okay.  So there were no other arrestees in

Page 77

1  the room?
2     A.  No, ma'am.
3     Q.  Was Nurse Bibbs in the room?
4     A.  No, ma'am.
5     Q.  Does Nurse Bibbs -- is her office -- does
6  it open up to the booking area?
7     A.  No, ma'am.
8     Q.  Okay.  How many times do you claim that
9  Officer Griffin hit you?
10    A.  Hit me three times.
11    Q.  Okay.  Where?
12    A.  The first time, dead in the mouth.
13    Q.  Okay.
14    A.  The second time, that's when I told him
15 that -- and he -- I got hit again.  And the third
16 time, that's when he struck me on the chin.
17    Q.  When was the second time?  What was that
18 -- where did he hit you the second time?
19    A.  In the face.
20    Q.  Where at on your face?
21    A.  On -- when -- first time in the mouth,
22 second time right in -- right beside -- right here.
23        MS. RILEY:  All right.  Let the
24 record reflect that the deponent, Mr. Worley, is
25 putting his fist to his cheek.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 78..81

Page 78

1      THE WITNESS: Yes, that would be
2  right side.
3         MS. RILEY: His right --
4         THE WITNESS: Yeah.
5         MS. RILEY: His right cheek.
6  MS. RILEY CONTINUED:
7      Q.  Do you agree?
8      A.  Yeah, right cheek.
9      Q.  Okay. And you said the third time was to
10 your chin?
11     A.  Yes. I tried to avoid that blow.
12     Q.  What did he hit you with? Just his fist?
13     A.  Appears to me -- if you seen a deputy
14 sheriff, he had like a leather -- it come up -- it
15 had a -- I know he had leather -- your fingers, you
16 can see your fingers, but it's a -- it's a black
17 glove. But your fingers go through it. And it's
18 like a -- it's black. Black leather glove, but
19 it's not a complete glove. It's not like I wear,
20 work gloves.
21     Q.  Like a fingerless glove?
22     A.  Yes.
23     Q.  All right. And you also mentioned earlier
24 that Deputy Griffin stomped you on your head. How
25 many times did he do that?

Page 79

1      A.  I recall just that one time.
2      Q.  How do you know it was only Deputy
3  Griffin?
4      A.  I was kind of incoherent. After the --
5  after the --
6         COURT REPORTER: I'm sorry?
7         THE WITNESS: After the kick, I was
8  kind of incoherent.
9  MS. RILEY CONTINUED:
10     Q.  You said after the kick. When were you
11 kicked?
12     A.  That third time I had fell down.
13     Q.  Okay. When you fell down -- how many
14 times did you fall down?
15     A.  I fell down -- got hit and fell down --
16 the licks were the reason I fell down. Three
17 times.
18     Q.  Okay. And how did you get back up?
19     A.  I'm going to be honest with you, I rolled
20 and stood up. I mean, stood up. Literally rolled
21 and -- but I -- rolled to my feet and stood
22 straight up.
23     Q.  Did you jump up?
24     A.  More or less, yes.
25     Q.  When you would fall, would you fall on

Page 80

1  your back?
2      A.  Well, when he struck me, I fell -- to my
3  -- the first lick I fell was to my side, to my left
4  side, and then I rolled and got up.
5      Q.  Okay. What about the second time you
6  fell?
7      A.  The second time, I can't really recall how
8  I got up. God helped me up on that one.
9      Q.  Now, the second time, how did you fall?
10     A.  I just --
11     Q.  Your side? Your back? Your stomach?
12     A.  I didn't -- I fell to my side, back. I
13 don't know exact- --
14     Q.  Which one was it?
15     A.  I can't --
16     Q.  You don't remember, really, do you?
17     A.  After that first lick, I was just -- my
18 state of mind was getting up, trying -- I couldn't
19 defend myself or hold my hands in front me. So my
20 thing was, I didn't want to get caught on the
21 ground and get killed. My thing was to stand up.
22 That was my only thing I could think of, was, Get
23 back to your feet.
24     Q.  Okay. So I appreciate all that, but my
25 question was, that second time you fell, what part

Page 81

1  of your body did you fall on? Your back, your
2  front, or your side, or you don't remember?
3      A.  I didn't fall on my back, because my back
4  of my head wasn't -- I didn't have no bad bruise on
5  my head. So that's the reason -- because my head
6  would have hit the concrete. I would have knowed
7  if I -- it had to been the side. Had to been on my
8  side.
9      Q.  It couldn't have been on your front?
10     A.  No. Because I facing him. Every time.
11     Q.  So there's no possible way that you fell
12 forward?
13     A.  I would've had to -- I would've had to
14 fall forward. And to fall forward, I would've had
15 to fell toward him. No way possible.
16     Q.  And you're absolutely certain, under oath,
17 that is how you fell?
18     A.  Under oath, so help me God.
19     Q.  But I thought you weren't coherent after
20 that first lick.
21     A.  I wasn't coherent after I got stomped.
22     Q.  Okay. Well --
23     A.  After the third lick and I was stomped,
24 that's when I wasn't coherent. I was coherent and
25 talking to the man -- each time that he hit me, I

844.533.DEPO

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                     Pages 82..85

Page 82

1 stood up.
2    Q.  Okay.
3    A.  I was coherent.  I knew what I was
4 receiving.
5    Q.  So that third time you were hit, how did
6 you fall?
7    A.  The third time, to the side again.
8    Q.  Which side?
9    A.  My left.
10   Q.  Okay.  Which side did you fall on the
11 second time?
12   A.  That would have been my left.  Then I
13 rolled and jumped to my feet.  I wish we had the
14 camera.  It would have showed everything.
15   Q.  Okay.  So after the -- after the third
16 lick, you fell, and you jumped right back up at
17 him, right?
18   A.  After the what?
19   Q.  After the third hit, you fell down, right?
20 Isn't that what you said?
21   A.  Yes, I fell.
22   Q.  And then you jumped right back up?
23   A.  No.
24   Q.  Okay.  So --
25   A.  I did not after the third.  After the

Page 83

1 third lick, I fell, and when I -- I was very -- I
2 done took three.  That was the third one.  And he
3 could hit pretty good.  I was slow then.  I started
4 back up, but I never made it, when he stomped me.
5    Q.  Did you see him stomping you?
6    A.  I felt the stomp.  He was the one doing
7 the attacking.  For all reality, who else would
8 have stomped me?  It wasn't --
9    Q.  So you felt the stomp?
10   A.  Yes.
11   Q.  But you didn't see the stomp?
12   A.  Just a black boot.  He's the only one, you
13 know -- boot, all I seen.
14   Q.  None of the other officers were wearing
15 boots?
16   A.  I didn't pay no attention.  The only one I
17 seen was the one coming to my head.
18   Q.  So you don't know if the other officers in
19 the room were wearing boots?
20   A.  Officers -- there was -- there was two
21 officers.  There was Danny Lawrence and
22 Mr. Griffin.  There was no other officers.
23   Q.  Okay.
24   A.  There was one officer, and that was Danny.
25   Q.  Okay.  So who was Deputy Griffin?

Page 84

1    A.  That's your other.  There was two
2 officers, Griffin and Deputy Lawrence.
3    Q.  Okay.  What kinds of shoes were you
4 wearing on the date of your arrest, on December
5 23rd, 2016?
6    A.  I was wearing work boots.
7    Q.  All right.  What kind of work boots?
8    A.  They're just leather -- leather work boots
9 with a slip-resistant sole for oil and -- they're
10 work boots.  They're slip-resistant.  They're like
11 a hundred and something dollars a pair.
12   Q.  That day, you'd been to see Barbara
13 Kitchens' mother, right?
14   A.  You ought to see them.  They're nice work
15 boots.  They're new.
16   Q.  And you weren't going to work that day,
17 though, were you?
18   A.  But they're my new work boots.  I wear
19 them.
20   Q.  So you just wanted to wear your work boots?
21   A.  Yeah, I wanted to wear my --
22   Q.  You still got those new work boots?
23   A.  Yes, ma'am, I do.
24   Q.  All right.  So you can provide those work
25 boots to your attorney so that we can examine them?

Page 85

1    A.  Yes, ma'am.
2    Q.  Okay.
3    A.  I don't even own a pair of cowboy boots.
4    Q.  I didn't say anything about any cowboy
5 boots.
6    A.  Leather sole.  Now --
7    Q.  When do you wear your cowboy boots?
8    A.  I don't.  I don't have any.  But I read
9 the depositions.  In my paperwork, it's in there.
10 But it's not cowboy boots.  I used to wear cowboy
11 boots years ago.
12   Q.  What kind of boots -- shoes you got on
13 today?
14   A.  These right here are like Stacy Adams.
15 These are church shoes.
16   Q.  Okay.  And how long have you had those
17 shoes?
18   A.  I've had these here, oh -- I think I got
19 them up there at the Goodwill.  I've had them about
20 six months.
21   Q.  Do you still have a receipt from the day
22 you purchased those shoes?
23   A.  No, ma'am.
24   Q.  When you were booked into the jail, were
25 you given slippers, like jail-issued slippers?

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 86..89

Page 86

1    A.  Huh-uh (negative response).  They just
2  took -- they took -- didn't give me -- I didn't
3  take a shower or nothing.  They put me in there,
4  and they give me -- they did give me some sandals,
5  I recall, like a sandal.  They -- what did they
6  give me?  They kind of like -- looked kind of like
7  -- a sandal.
8    Q.  So they made you take off your work boots,
9  right?
10   A.  Yes.
11   Q.  Okay.  And so when they made you take off
12 your work boots, they didn't let you take those
13 work boots into the jail cell with you, did they?
14   A.  No.
15   Q.  So they logged them a property log.  Is
16 that right?
17   A.  Yes, should have.
18   Q.  Did you sign that property log?
19   A.  I don't recall.
20   Q.  Okay.
21   A.  I don't know.  I don't think I did, no.
22   Q.  How long were you in jail after that
23 arrest?
24   A.  I was in there that night.  The next day,
25 I got out that evening.  And I want to think it was

Page 87

1  about dark.  So it had to been -- it was pretty
2  dark, because when I went -- arrived at my
3  brother's, it was already dark.  Because his wife
4  is the one that took the photos of me.
5    Q.  Whose wife took the photos?
6    A.  My brother's.
7    Q.  What's her name?
8    A.  Tina Worley.
9    Q.  Why was she taking photos?
10   A.  She was taking them to prove my injuries
11 and the blood.  Looked like I been out of a horror
12 movie.
13   Q.  But had you been to the hospital before
14 you were released?
15   A.  Yes, before, they took me to hospital.
16   Q.  And when you went to the hospital, they
17 didn't clean off any of that blood?
18   A.  No, ma'am.
19   Q.  You didn't ask them to?
20   A.  They didn't -- all they done is sewed up
21 my chin.  And when I went back in there, they
22 didn't let me have a shower.  I asked them if I
23 could get a shower.  They put me in Beat 22, and
24 that's where I stayed until all that night.  I
25 asked for a shower that morning.  "Let me get

Page 88

1  cleaned up."
2       "No.  We'll let you when we get ready."
3       That rocked on until they -- I said, "Have
4  they set me a bond?"
5       "No."
6       Then late that evening about dark is when
7  they finally -- the judge set a bond, and I got
8  released.
9    Q.  But the nurses that you saw at Grenada
10 hospital, they don't work for the jail, do they?
11   A.  No.
12   Q.  But you're saying that those nurses didn't
13 take the time to clean up their patient at all?
14   A.  Just where I got my little -- my 22
15 stitches.
16   Q.  So where all did you have blood on you?
17   A.  I was bloody from head to toe.
18   Q.  What was bleeding down on your toes?
19   A.  Jeez, my nose, my mouth, my chin.  Yes,
20 ma'am.
21   Q.  You were just spitting blood, and they
22 took you back to jail?
23   A.  I wasn't spitting it at that time, but it
24 was sure already on me.  I still -- when I got
25 back, I was still bleeding out the ear.  I was

Page 89

1  bleeding out the ear most all that night.
2    Q.  What clothing were you wearing on the day
3  you were arrested?
4    A.  I had a button-down shirt, I recall.  It
5  was black button-down, I recall.  And I had blue
6  jeans and my work boots.  And I think those boots
7  -- I still got them.  They got blood on them.
8    Q.  Okay.  You haven't worn them since then?
9    A.  I got them put up.  I wanted to keep the
10 clothes, also, and put them in a bag, but I didn't
11 get to do that.
12   Q.  Why didn't you get to do that?
13   A.  Barb was set on washing them.
14   Q.  I'm sorry?
15   A.  Barbara washed them.
16   Q.  Oh, okay.  Mr. Worley, how long have you
17 said you lived in Grenada?
18   A.  I have lived here now -- I've been -- four
19 years.
20   Q.  Okay.
21   A.  I've been at my spot.  I got it paid for.
22   Q.  Have you ever previously lived in Grenada?
23   A.  Years ago, like ten years ago.
24   Q.  And how long did you live in Grenada in
25 that ten-year -- that period ten years ago?

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 90..93

Page 90

1    A.  Okay.  We lived here a couple of years.
2    Q.  And so in between -- ten years ago, you
3  were in Grenada.  Then where did you move to?
4    A.  Murray.  Back to Kentucky.
5    Q.  Murray, Kentucky?  And then how long were
6  you --
7    A.  That's where my mothers and sisters --
8    Q.  -- in Murray, Kentucky?
9    A.  I been there ever since.
10   Q.  Okay.  Murray, Kentucky, and then you came
11  back to Grenada.  Is that correct?
12   A.  That's correct.
13   Q.  All right.  When were you -- okay.  So you
14  lived in Grenada and Murray, Kentucky for the most
15  part.  I mean, Grenada, obviously, we're in the
16  Delta.  Hunting's a big thing.  Believe or not, I
17  like to hunt.  You might not be able to look at me
18  and tell that.  Do you like to hunt?
19   A.  I don't care for hunting.
20   Q.  You've never been a big hunter?
21   A.  No.
22   Q.  Do you own any guns?
23   A.  No.
24   Q.  Why not?
25   A.  I just -- I'm not a hunter.  I love to

Page 91

1  fish.
2    Q.  Okay.
3    A.  I'm a fisher.
4    Q.  Where do you fish?
5    A.  I fish -- I mean, I like to go to -- my
6  best luck is creeks.
7    Q.  Have you ever threatened anybody with a
8  gun?
9    A.  No.  I don't even own a gun.
10   Q.  When were you convicted of a felony?
11   A.  Convicted of a felony.  That was back in
12  two thousand -- hold on.  Get the date right.  It's
13  2007 -- 2008.
14   Q.  2008?
15   A.  Yes.
16   Q.  Since you've been back in Grenada, you
17  live with Barbara Kitchens?
18   A.  Yes.
19   Q.  So what year would that have been?  About
20  2014 or 2013?
21   A.  Two thousand -- Barbara came to Kentucky
22  in two thousand -- I want to say 2011 or '12.
23  Somewhere right there.
24   Q.  So y'all have been dating since about
25  2011, 2012?

Page 92

1    A.  I've dated her prior to this.  Back in
2  2005.
3    Q.  Now, earlier, you said that you love
4  Barbara Kitchens.  Isn't that right?
5    A.  Yes.
6    Q.  And you said that she's there for you.  Is
7  that correct?
8    A.  Yes.
9    Q.  But wouldn't you agree that you cheat on
10  her?
11   A.  Agree I cheat on her?
12   Q.  (Nods head affirmatively.)
13   A.  No, I don't -- I haven't cheated on her,
14  no.
15   Q.  What do you call cheating?
16   A.  I call cheating is kind of -- if, say,
17  you're my girlfriend, and I'm seeing this lady here
18  at the same time, and you have no knowledge of
19  whatsoever, that's cheating.  But if me and you
20  have a dispute, and say me and you break up and
21  we're no longer boyfriend and girlfriend, and say I
22  date this lady here, that's not cheating.  We're
23  not no longer together.
24      Now, if I date her and I see -- you know,
25  and then here you are, you make contact, and, you

Page 93

1  know, you're saying, "Look, let's work this out."
2  And this lady here, she just -- really I'm just --
3  I don't -- you know, I'm not in love with her,
4  she's really not my type of person, I just -- and
5  say I go back with you.  Is that cheating?
6    Q.  Look, I'm not going to answer any
7  questions.  It's only for me to get your opinion.
8    A.  I understand.  But that's --
9    Q.  I think you got the general -- what people
10  believe is cheating.  Well, what about a Shirley
11  that you mentioned earlier?  Who is the Shirley?
12   A.  I don't know a Shirley.
13   Q.  Turn to --
14   A.  Shirley?
15   Q.  Turn to the page that's marked as 77.
16   A.  Shirley.
17   Q.  At this point we were going back and
18  forth, and I believe you mentioned a Shirley or
19  someone of that nature, that that was who you were
20  dealing with.  It was your girlfriend.
21   A.  On 77?
22   Q.  Yes.  I believe -- and y'all might have
23  been looking at a different page, but I believe
24  that's --
25   A.  I believe you're mistaken.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

Pages 94..97

Page 94

1    Q.  You believe it was on another page?  Do
2  you know a Shirley?
3    A.  Never heard of a Shirley in my life.  I
4  don't even know where that name came from.
5    Q.  What about on 81, was that regarding a
6  Shirley?
7    A.  No, that's not regarding Shirley.  No.
8    Q.  Okay.  All right.  Well, we'll be able to
9  look at the transcript later, so that might help me
10  clear it up.
11    A.  Yes, ma'am.
12    Q.  Let's talk about when you went to UMC on
13  December 23rd, 2016.  And this is the day of the
14  incident.  And I'm going to give you a copy.
15      MS. RILEY:  We'll make this Exhibit 3.
16      (EXHIBIT 3 WAS MARKED FOR THE RECORD.)
17  MS. RILEY CONTINUED:
18    Q.  Mr. Worley, on the day of this incident,
19  on the day you were arrested, December 23rd, you
20  were drinking that day, weren't you?
21    A.  Yes.
22    Q.  Okay.  Would you say you were pretty
23  intoxicated?
24    A.  No.
25    Q.  Would you say that you were being

Page 95

1  uncooperative?  Let me break that up.  Would you
2  say you were being uncooperative with the officers
3  that day?
4    A.  No.
5    Q.  Would you say you were uncooperative with
6  the medical staff or the nurses that treated you
7  that day?
8    A.  No.
9    Q.  Okay.  You say you weren't very
10  intoxicated on the day of the incident.  But if
11  you'll look at page 1 of these UMC records and
12  you'll go down to about the middle of the page, and
13  it says "Laceration," and "Laceration" is bolded
14  and underlined, would you read that first sentence
15  that begins, "The incident occurred"?
16    A.  "The incident occurred one to two hours
17  ago.  The laceration is located on the face.  The
18  laceration is 6 cms in size.  The laceration
19  mechanism was blunt object.  The pain is mild.  The
20  pain has been consistent.  He reports no foreign
21  bodies present.  His tetanus status is UTD."
22    Q.  Okay.  So the very first sentence that I
23  asked you to read, it states that the incident
24  occurred "one to two hours ago."  So would you
25  agree that that means that incident had occurred

Page 96

1  one or two hours before you were seen by this
2  nurse?
3    A.  That cannot be -- couldn't have been one
4  or two hours.  That's impossible.
5    Q.  Why is that?
6    A.  Because right when it happened, and then
7  after the incident happened, it didn't take one to
8  two hours to get me from Grenada County jail to the
9  hospital.  Now, how would that be possible when the
10  hospital's not but, what, five miles?  I wonder how
11  -- I would've had to sat there and bled for one and
12  a half hours, Nurse Bibbs would let me bleed.
13    Q.  When you got to the emergency room, were
14  you immediately taken in to see the doctor?
15    A.  Yes.
16    Q.  Okay.  They didn't triage you first?
17    A.  They took me straight in, laid me back,
18  and it was a male doctor that came in to see me,
19  and a female assistant.
20    Q.  Do you have any reason to believe that the
21  doctors or the nurses at UMC Grenada have anything
22  against you?
23    A.  Not that I know of, no.
24    Q.  Do you have any reason to believe that
25  they would lie about you?

Page 97

1    A.  No.
2    Q.  Do you have any reason to believe that
3  there's anything for them to gain by falsely making
4  representations in their medical reports?
5    A.  I believe somebody -- mistakes are made --
6    Q.  Okay.
7    A.  -- in medical malpractice every day.
8    Q.  All right.  Well, you also mentioned that
9  you were not very intoxicated and you were very
10  cooperative with the nurses and the officers.
11  That's correct?
12    A.  I didn't say I said that I was not un- --
13  incooperative with the staff at the hospital.  I
14  wasn't in -- what are you calling "incooperative"?
15    Q.  Were you cooperative with the nurses and
16  the medical staff?
17    A.  I am in handcuffs, I am sitting there, and
18  this -- he's giving me medical attention.  Why
19  would I refuse?
20    Q.  I want you to go to page 2 of those UMC
21  records.
22    A.  Yes.
23    Q.  If you'll look at the top, it says,
24  "Reason unable to perform ROS," which I'll proffer
25  to you means "Review of Systems."  And will you

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 98..101

Page 98

1  state the reason that is given by the medical
2  staff?  It's at the very top of the page of page 2.
3  If you like, I can help direct you.
4      A.  It says, "Reason unable to ROS is, Patient
5  is intoxicated," and it says "very noncooperative."
6      Q.  So by the time you got to the hospital,
7  you were still pretty intoxicated to the nurse,
8  and --
9              MR. CLARKE:  Object to the form.
10 MS. RILEY CONTINUED:
11     Q.  -- apparently you were not being
12 cooperative.
13             MR. CLARKE:  Object to the form.
14             THE WITNESS:  I had drank two cups of
15 wine, and we're talking -- that evening, and we're
16 talking now -- from the time I'd left Elliot,
17 you're talking a couple of hours.  Two cups of
18 wine?  I had wine probably on my breath, probably
19 from -- you know.  But I wish they had give me a
20 alcohol test.
21 MS. RILEY CONTINUED:
22     Q.  You don't strike me as the wine type.  So
23 what kind of wine do you like?
24     A.  It was red wine.
25     Q.  What kind of red wine?

Page 99

1      A.  It was Vadello -- Vadello?  Patello?  It's
2  the kind of wine my brother and his wife drinks.
3      Q.  Had you been drinking with your brother
4  and his wife that day?
5      A.  No.
6      Q.  All right.  So how were -- where did you
7  get the wine?
8      A.  I had bought the wine that prior evening.
9      Q.  Okay.  Did you share the wine with
10 anybody?
11     A.  No.
12     Q.  All right.  If you'll look on page 3 of
13 those UMC notes.  And we're still -- this is
14 medical notes regarding your treatment on December
15 23rd.  At the very bottom, there is an
16 indication -- it's called Followup Information, and
17 it notes a Lillian Lorraine, who was a nurse
18 practitioner.  Or a Lillian Lorraine Dubard, I
19 believe it is.  Do you know who that is?
20             MR. CLARKE:  Can I point it out to
21 him?
22             MS. RILEY:  Oh, yes.  Yes.
23 MS. GRIFFITH CONTINUED:
24     Q.  I'm sorry.  I didn't realize you weren't
25 seeing it.

Page 100

1      A.  No.
2      Q.  You don't know who that doctor is?
3      A.  (Shakes head negatively.)
4      Q.  Do you remember ever being treated by that
5  doctor or nurse practitioner?
6      A.  No.
7      Q.  So is it safe to say that if you never
8  followed up -- or you don't know who she is, that
9  in three days, as instructed by the doctors, you
10 never followed up regarding your wounds?
11     A.  Correct.
12     Q.  Okay.  You were also instructed, if you
13 look at page 4, to see someone about the removal of
14 the sutures or the stitches in your chin.  Did you
15 do that?
16     A.  Yes.
17     Q.  Okay.  Where did you do that?
18     A.  My brother's wife is a nurse, and she took
19 them out.  That's what happened, yes.
20     Q.  So she did it at home for you?
21     A.  Yes, ma'am.
22     Q.  And when did she do it?  How many days
23 after the incident did she do it at home?
24     A.  I want to think it was like ten days.
25 Because those stitches weren't the ones that

Page 101

1  dissolved.  It was the ones you have to -- you have
2  to clip them and pull them.
3      Q.  And what was your brother's wife's name?
4      A.  Tina Worley.
5      Q.  Tina Worley.  And where did you say she
6  was a nurse?
7      A.  Batesville Hospital.  She's been a nurse
8  for 30 some-odd years.  Thirty-five years.
9      Q.  Do you remember what kind of tools she had
10 to use to remove those stitches?
11     A.  Yes.  She's got regular doctor's -- she's
12 got all of her stuff.
13     Q.  Okay.  So would you say it was scissors or
14 a knife?
15     A.  No, it was like the little scissors and
16 tweezers, and you grab them and pull them.
17     Q.  Okay.  Did she use any type of anesthetic
18 or anything?
19     A.  Afterwards, just -- I put Neosporin.
20     Q.  Okay.  All right.  And we're going to keep
21 going in the same document.  I'm going to tell you,
22 at the bottom of that same page we're on, on page
23 4, that starts a new date of treatment.  You'll see
24 it's 12/28/16.  So four days later, you were seen
25 again at UMC Grenada, on December 28th, 2016.  Do

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018
Pages 102..105

Page 102

1  you see where I'm starting at?
2      A.  Yes.  That's when I was hurting.
3      Q.  All right.  If you look there, and it says
4  that you had had a previous bilateral jaw fracture
5  from a car wreck.
6      A.  Yes.  Years ago, when I was 16.
7      Q.  Okay.  Tell me about that.
8      A.  Well, I was 16 years old, and I had an
9  accident, a car accident, and broke my jaw, and had
10  it all -- this is all -- it's all like rods.  It
11  got pushed all the way back.  My two teeth used to
12  be perfectly straight, but it knocked my jaw back,
13  and I got steel -- all this is steel (indicating
14  jaw).  And after this happened, I thought something
15  bad -- he'd knocked something -- one of these pins
16  aloose out of my jaw.
17      Q.  Did you tell the doctor that?
18      A.  Yes.  And he got to looking and checked me
19  out.  He said, "Richard, what has probably
20  happened, it's the bruising."  He told me, "You're
21  going to be okay."  He kind of -- and it was kind
22  of popping, but now it's gotten better.  It was
23  popping.  My jaws were popping.  Like you could
24  hear the rod.
25      Q.  Okay.  So were you driving during this car

Page 103

1  accident?
2      A.  No, ma'am.
3      Q.  Who was driving?
4      A.  My mother.
5      Q.  Where did it happen?
6      A.  It happened on 94 East.
7      Q.  And that is where?
8      A.  Murray, Kentucky.
9      Q.  Did that accident involve another driver?
10      A.  No.
11      Q.  Well, excuse me, that's a bad question.
12  Did it -- was there another vehicle besides the one
13  your mother was driving?
14      A.  No.
15      Q.  How did the accident occur?
16      A.  The accident occurred as we came around
17  the curve there on that straightaway.  And a
18  16-year-old -- the door wouldn't never -- sometimes
19  that door would open, and you'd close it, and
20  sometimes it wouldn't.  Sometimes it would just
21  come open.  And it came open, and I fell out.  My
22  sister was in the van with us.  It was like one of
23  those little minivans, but it was a old van.
24      Q.  So you just fell out of the side of --
25      A.  I fell out of it.  Sure did.

Page 104

1      Q.  You didn't have your seatbelt on?
2      A.  Didn't have my seatbelt on.  And missed a
3  road sign by about from here to that wall.  It
4  would have cut my head off.
5      Q.  All right.  Was any law enforcement called
6  out to the scene?
7      A.  The ambulance.  Mama got on the phone and
8  got the ambulance out.
9      Q.  Where did the ambulance take you?
10      A.  Took me to Murray-Calloway County
11  Hospital.
12      Q.  Murray-Calloway?
13      A.  (Nods head affirmatively.)
14      Q.  Is it still, to your knowledge, called the
15  Murray-Calloway County Hospital?
16      A.  Yes.
17      Q.  Okay.  Do you remember who your doctor was
18  at Murray?
19      A.  No, I don't.
20      Q.  What kind of treatment did you receive?
21      A.  Basically, they just wired my mouth shut.
22  I was young.  I don't -- I don't recall what the
23  procedures. . .
24      Q.  You mentioned you got metal rods and stuff
25  in there.  How did they get those in there?

Page 105

1      A.  They -- you have to find out from the
2  doctor.
3      Q.  They didn't do surgery?
4      A.  Yeah, they -- yeah.  I was out.  You know,
5  they put me unconscious and fixed my face.  I know
6  I kept my mouth -- I had to eat through a straw for
7  over nine -- ten weeks.  I was like 15, 14 or 15,
8  something like that.  I was young.
9      Q.  All right.  Have you had any troubles
10  since you were 16 regarding that incident?
11      A.  Huh-uh (negative response).
12      Q.  Okay.  Have you ever followed up with
13  anybody regarding that incident and that treatment?
14      A.  No, ma'am.
15      Q.  When you -- when they readjusted your jaw,
16  did they know -- do you know if they had to replace
17  any of your teeth with false teeth or --
18      A.  No, none of that.
19      Q.  -- just kind of fillers?
20      A.  The only thing that's different, I had a
21  perfect -- my teeth were perfect.  I never had an
22  overbite.  Now my front overbites my bottom.
23  That's the only thing different.  That's the only
24  thing different.  It's just -- I got little bit of
25  an overbite on my top.  That's the only thing

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                  Pages 106..109

Page 106

1 different. They were just aligned perfect. It
2 just knocked my back jaw back about a half a inch.
3     Q. Okay. All right. If you'll put your
4 finger on that page, on page 4, and hold it, and --
5 because we're going to -- we're going to turn back
6 there in just a second. But if you'll flip all the
7 way to the very front.
8     A. Back to the very front?
9     Q. Uh-huh. And look at page 1. On page 1,
10 in that same sentence -- excuse me. Underneath the
11 paragraph that you read to me earlier, you state
12 that -- well, it states that "Patient was in an
13 altercation and then fell with resultant cut under
14 his chin." That was one claim. Two, a swollen
15 bloody nose. And three, that one tooth was
16 loosened.
17         MR. CLARKE: Object to the form.
18 MS. RILEY CONTINUED:
19     Q. Do you have any reason to understand or
20 know why the medical staff or the doctor didn't
21 make any mention that you complained of a jaw
22 problem?
23         MR. CLARKE: Object to the form.
24         THE WITNESS: I did not have -- I
25 didn't have a jaw problem I noticed that night.

Page 107

1 MS. RILEY CONTINUED:
2     Q. That night while you were still in the
3 jail?
4     A. I didn't. I didn't notice nothing. This
5 was in -- two days later, I noticed a --
6     Q. So you noticed --
7     A. After the swelling, you know --
8         MR. CLARKE: Let him finish.
9         THE WITNESS: Took swelling -- after
10 the swelling proceeded, I could tell something, you
11 know, wasn't right with my mouth.
12 MS. RILEY CONTINUED:
13     Q. So let me get this straight. At the
14 doctor on 12/23, you didn't notice the jaw pain.
15 Is that correct?
16     A. No. That's correct.
17     Q. And then that night when you were at the
18 jail, you didn't notice the jaw pain?
19     A. No. I been hit -- I been hit before. I
20 have been hit before. I never -- you know, I
21 thought it was swelling. You know, I could tell I
22 was sore, very sore. But I didn't know.
23     Q. Well, let's talk about --
24     A. I just wanted to have it checked out
25 because I knew that -- I wanted to have it checked

Page 108

1 out because I knew what I had in my mouth. I know
2 my body. I wanted to make sure nothing was broke
3 aloose.
4     Q. Well, let's talk about four days later,
5 when you finally did report this jaw pain. You see
6 at the bottom of page 4 is the first time that I
7 have in any records that you complained of right
8 jaw pain. Are there any other records out there
9 where you went and sought treatment for right jaw
10 pain?
11     A. Not that I know of. None whatsoever.
12     Q. All right. If you'll turn to page 7. And
13 this is still in regards to your treatment on
14 December 28th. Let me ask you this first: How did
15 you get to the hospital, Grenada UMC, on December
16 28th?
17     A. Barbara drove me.
18     Q. She drove you there?
19     A. (Nods head affirmatively.)
20     Q. Okay. Why did you go to the emergency
21 room?
22     A. I have no insurance.
23     Q. Okay. If you'll see there in about the
24 middle of page 7, it says -- once again, it
25 instructs you to follow up. Do you see where I'm

Page 109

1 talking about in the middle of the page?
2     A. (Nods head affirmatively.)
3     Q. And it's a Richard C. Reid, a Dr. Richard
4 C. Reid. Do you know who that doctor is?
5     A. No, I don't. I don't know any -- no.
6     Q. So just based on the fact that you don't
7 know who that doctors is, is it safe to say you did
8 not follow up?
9     A. Correct. I have no insurance, no way to
10 pay this doctor. And they will not take you unless
11 you have insurance or some type of medical to pay
12 for it. And it's like $165 for the visit, and I
13 just don't have the money.
14     Q. Mr. Worley, have you ever been civilly
15 committed? And I don't mean -- before you answer,
16 do you understand what I'm asking when I ask that?
17 Do you know what civil commitment is?
18     A. Civil commitment?
19     Q. Uh-huh (affirmative response).
20     A. Civil -- it's attorneys -- is it making a
21 commitment?
22     Q. No. Okay. So have you ever been -- have
23 you ever received mental health --
24     A. No.
25     Q. -- treatment or anything like that?

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 110..113

Page 110

1    A.  Never.
2    Q.  Just rehab, right?
3    A.  Right.
4    Q.  And you only went to rehab one time?
5    A.  Yes.
6    Q.  Now, is that one time in Kentucky, or one
7    time your entire life?
8    A.  I've never -- you're right, one time in
9    Kentucky.
10        COURT REPORTER:  One time -- I'm
11   sorry?
12        THE WITNESS:  One time in Kentucky,
13   yes, ma'am.
14        (OFF THE RECORD.)
15   MS. RILEY CONTINUED:
16   Q.  All right.  Let's talk about Ware Family
17   Dental.  When did you go to Ware Family Dental?
18   A.  That -- when I seen the dentist?
19   Q.  Uh-huh (affirmative response).
20   A.  That was Barbara's dentist.  She's the one
21   that referred those.  I seen -- went there because
22   Barb does her dentures through there, has her
23   dental work done.
24   Q.  Okay.  Why did you go to that dentist?
25   A.  I contacted a dentist in Kentucky, a good

Page 111

1    friend of mine, Dr. Wes Mills, and he told me that
2    if that tooth was knocked back to my gum -- and
3    which I put it back.  Put in place with my finger
4    and got it pushed -- and pushed it back up in
5    there.
6        He told me to go to the dentist to make
7    sure there's no nerve damage and make sure it's not
8    broke from the root, because it could die and turn
9    yellow.  And he said that tooth will die, and he
10   says, "You need to go check your tooth out."  And
11   that's -- and it was real -- still real loose.
12   Q.  And which -- who told you to go have the
13   -- it checked out by the dentist?
14   A.  Dr. Wes Mills.
15   Q.  Dr. Wes Mills.  And where was he a doctor?
16   A.  He's a doctor in Mayfield, Kentucky.
17   Q.  When did you see him?
18   A.  I didn't see him.  I called him.  I've
19   done all his work.  I've worked for him for a few
20   years.  I mean, his wife, they're very good friends
21   with me.
22   Q.  And I'm going to ask you one last time.
23   What was his name again?  I'm sorry.
24   A.  Dr. Wes Mills, M-i-l-l-s.
25   Q.  And do you have his phone number?

Page 112

1    A.  I do at home.
2    Q.  So if I ask you to get it to your --
3    A.  Yes.
4    Q.  -- attorney, will you get it?
5    A.  Yes, of course.
6        MS. RILEY:  I apologize.  I'm having
7    a little trouble finding those Ware records.  Give
8    me just a second.
9        (OFF THE RECORD.)
10        MS. RILEY:  I'm going to have this
11   marked as --
12        MR. CLARKE:  This is my copy.  We can
13   make a copy.
14        MS. RILEY:  Yeah.  As Exhibit 4.
15       (EXHIBIT 4 WAS MARKED FOR THE RECORD.)
16   MS. RILEY CONTINUED:
17   Q.  All right.  Mr. Worley, have you ever seen
18   the two pages I just handed to you?
19   A.  Uh-huh (affirmative response).
20   Q.  Is that your entire dental record from the
21   Ware Family Dental?
22   A.  Uh-huh (affirmative response).
23   Q.  You're sure?
24   A.  As far as I know.
25   Q.  How did you get those records?

Page 113

1    A.  They give me a piece of paper -- this
2    piece of paper when I went to them, when I left
3    there.
4    Q.  All right.  You see on there that it says
5    that you have no infection.  Is that correct?
6    A.  Uh-huh (affirmative response).
7    Q.  And if you look at the very bottom of the
8    page, the handwriting says, "No treatment is
9    needed."  Is that correct?
10   A.  Yes.
11   Q.  Did you hear what I said?  I know your
12   counsel is --
13   A.  Yes.
14   Q.  So I'm going to repeat my question.  I
15   want to make sure and be fair.  It says at the
16   bottom of that page, "No treatment is needed."  Did
17   I read that correctly?
18   A.  Yes.
19   Q.  So since there was no treatment needed,
20   did you follow up with any other dentist regarding
21   that tooth?
22   A.  No.
23   Q.  So who's your regular dentist?
24   A.  Do not have one.
25   Q.  When was the last time you had gone to the

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 114..117

Page 114
1  dentist before this December 27th visit?
2      A.  Back when I was just a kid.
3      Q.  Okay.  In your complaint, you stated that
4  you're seeking damages for emotional distress,
5  various forms of emotional distress.  What
6  emotional distress are you referring to?
7      A.  My emotional distress I'm referring to is
8  just, I -- I don't feel comfortable going out into
9  public.  I don't feel comfortable leaving my home
10  anymore.  I don't want to go out.  And, you know, I
11  used to go out by myself and knocking on doors.  If
12  I see something needed done, I'd pass out cards,
13  leaving cards at stations, at stores.
14          I mean, I'd go as far as Greenville,
15  Greenwood.  I don't even want to -- I've had
16  Ms. Sue and Mr. Jimmy Lewis begging me to come to
17  Greenwood.  They -- I've built a pool house in the
18  past for them.  I built the decks all the way
19  around it.  I put a fence around their -- I don't
20  even want to go down to Greenwood and do any work
21  for them.  They've been begging me for the last two
22  months, and she said, "Richard, I'll never find
23  anybody like you to work."
24          I said -- you know, I just don't feel
25  comfortable.  I don't.

Page 115
1      Q.  Did you seek any --
2      A.  And I'm a worker.
3      Q.  Did you seek any medical -- did you go see
4  a counselor regarding these feelings?
5      A.  Again, everybody wants money that I don't
6  have.
7      Q.  So that's a no, you didn't go see a
8  counselor?
9      A.  No.
10      Q.  Did you go see a psychiatrist?
11      A.  No.
12      Q.  Did you ask to see a psychiatrist or some
13  type of counselor when you were in the emergency
14  room on either of those two dates?
15      A.  No.
16      Q.  So to date, you don't have any bills from
17  where you went to see some type of medical
18  physician or counselor?
19      A.  No, whatsoever, I don't.
20      Q.  How many fights have you been in since --
21  let's just go with the last ten years.
22      A.  Ten years?  I would say in ten years,
23  four.  Four altercations.  You're saying fights.
24  Four.
25      Q.  Well, we talked about at least four today.

Page 116
1  Are you sure that's the only four you've been in?
2          MR. CLARKE:  Object to the form.
3          THE WITNESS:  Four fights.  Not
4  arguments.
5  MS. RILEY CONTINUED:
6      Q.  All right.  How many physical fights have
7  you been in?
8      A.  Four.
9      Q.  Four?  And so when were those?
10      A.  Those were -- one was with the -- you
11  showed the paper earlier.  What is that neighbor's
12  name?  Oh -- down the road.  I say -- what's his
13  name?  I'm trying to think of the fellow's name.
14  Oh, me.  It's on that paperwork you had earlier.
15      Q.  Okay.
16      A.  One was him.  That was in 2016.  One
17  was. . . And then Bubba Roach.  That was. . . And
18  then there was two more.  I can't recall their
19  names or dates.
20      Q.  How many times have you been charged with
21  resisting arrest?
22      A.  Twice.  This time, this incident, and
23  there's one other incident.
24      Q.  How many times have you been found guilty
25  of resisting arrest?

Page 117
1      A.  I don't recall.  I believe this time here
2  was dismissed on the resisting arrest.  I'm
3  thinking, now.  My lawyer had to tend to resisting
4  arrest because I didn't resist.  I think I told him
5  I wasn't going to plead to no resisting because I
6  didn't resist.  And I'm not -- I'm pretty sure of
7  that.
8      Q.  What about the other time that you were --
9      A.  The other time, I pled guilty.
10      Q.  Okay.  And when was that?
11      A.  Shoo.  Let me think.  Back in nineteen
12  ninety. . . I want to say 2001.
13      Q.  Who was the arresting law enforcement
14  agency?
15      A.  It was Shelby County.  No, no, it wasn't.
16  That was Tipton County, Tennessee.
17      Q.  How many times have you been arrested
18  by --
19          MS. RILEY:  Let's go off the record
20  for a second.
21          (OFF THE RECORD.)
22  MS. RILEY CONTINUED:
23      Q.  How many times have you been arrested by
24  Sonja Crump, also Sonja Willis?  Same person.
25      A.  Three times.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

Page 118

1    Q.   That's it?
2    A.   Maybe four, that I know -- yes, four times.
3    Q.   Is that four times in the last two years,
4  or four times --
5    A.   No.  That's four times in my lifetime.
6    Q.   Four times in your lifetime.  What about
7  Danny Lawrence, how many times have you been
8  arrested by Danny Lawrence?
9    A.   This will make twice.
10   Q.   In your lifetime?
11   A.   Lifetime.  One was just an old -- was just
12 some type of --
13        COURT REPORTER:  I'm sorry?
14        THE WITNESS:  The first was a failure
15 to pay, or something, a fine.  And then this.
16 MS. RILEY CONTINUED:
17   Q.   How many times have you been arrested by
18 Deputy Bryant Griffin?
19   A.   Never.
20   Q.   How many times have you been arrested by
21 Deputy Randy Sweat?
22   A.   I don't recall ever being arrested by
23 Mr. Sweat.
24   Q.   How many times have you been arrested for
25 assault?

Page 119

1    A.   In my lifetime?
2    Q.   (Nods head affirmatively.)
3    A.   Since I -- since -- I'd say probably, say
4  -- like I said, say, under the influence, and I was
5  drinking, and my behavior was wrong, and I could
6  have walked away, tried to get away, run away.  I'd
7  say seven, eight times.
8    Q.   About seven, eight times in your lifetime?
9    A.   Yeah, yeah.  Arrested for it, yes.
10   Q.   How many times have you been arrested or
11 charged with assault of a law enforcement officer?
12   A.   Arrested and charged?  Never.
13   Q.   Never?
14   A.   No.  Not assaulting a law officer.  Never.
15   Q.   When was the very last time you were
16 arrested?
17   A.   December the 23rd.
18   Q.   And on December 23rd, it's your testimony
19 that you never became violent with any of the
20 officers?
21   A.   No, ma'am, I did not.
22   Q.   You never told Deputy Griffin that you
23 were going to kill him?
24   A.   No.
25   Q.   You never told Deputy Griffin that before

Page 120

1  you killed him, you were going to make him suck
2  your penis?
3    A.   No.
4    Q.   You never kicked him in the groin?
5    A.   No.  I would have been charged with
6  assault on a police officer if I'd done that.
7    Q.   Weren't you charged with assault on a
8  police officer in this incident?
9    A.   No.  Whatsoever.  They thought this up
10 after the fact.  It's all a dream.
11   Q.   Oh, the officers have --
12   A.   They dreamed this -- they dreamed it up, I
13 promise.  Swear under oath, God strike me dead,
14 it's a lie.
15   Q.   Okay.  Did you attempt to run from any of
16 the officers?
17   A.   I've never had a fleeing in my life.  I'm
18 not -- run?  I have nothing to run for.  Had $800
19 on me, cash.  What am I going to run for?  Over a
20 public drunk?  Run?
21        MR. CLARKE:  Just answer the
22 questions.
23        THE WITNESS:  No.
24 MS. RILEY CONTINUED:
25   Q.   So on December the 23rd, you never ran

Page 121

1  from the officers?
2    A.   No, ma'am.
3    Q.   Or attempted to run from the officers?
4    A.   No, ma'am.
5    Q.   Have you ever threatened to kill Danny
6  Lawrence?
7    A.   No, ma'am.
8    Q.   You said something earlier, and I meant to
9  -- we were talking about your treatment of your
10 teeth at Ware's dental office.  You mentioned
11 earlier that your tooth was chipped.  Are you
12 saying your tooth was chipped in this incident?
13   A.   (Nods head affirmatively.)
14   Q.   Which tooth?
15   A.   That piece right there chipped.
16   Q.   One of your front teeth?
17   A.   Front tooth, yes, ma'am.
18   Q.   Did you report that to your dentist at
19 Ware Dental?
20   A.   I showed him, yes.
21   Q.   Did he do anything about it?
22   A.   Huh-uh (negative response).  I don't have
23 the -- they said they can go in and put a -- you
24 know, that stuff and fix the tooth.  I don't have
25 the money to do it.

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 122..125

Page 122

1    Q.   Okay.  You mentioned that it had a dead
2  feeling in it.
3    A.   Uh-huh (affirmative response).
4    Q.   Have you done anything about that?
5    A.   Huh-uh (negative response).
6    Q.   Have you ever threatened to blow Sonja
7  Willis's brains out with a gun?
8    A.   No.
9    Q.   In your complaint, you make claims that
10  you weren't allowed to say things, your rights to
11  free speech were violated.  What free speech were
12  you not allowed to say?
13          MR. CLARKE:  Object to the form.
14  That's not what the complaint says.
15  MS. RILEY CONTINUED:
16    Q.   Do you --
17    A.   I don't recall.  I do not recall that.
18    Q.   Don't you claim that you were retaliated
19  against for your free speech, for saying things?
20    A.   No, just beating.  They just give me a
21  beating.
22    Q.   Okay.
23    A.   That's what they did.
24    Q.   And that wasn't because of -- in
25  retaliation for your free speech?

Page 123

1    A.   I never. . .
2    Q.   Was that a no?
3    A.   Over some donuts, if that's what he felt
4  he wanted to do, because I asked him about the
5  donuts at a donut shack.  If he wanted to --
6  apparently they -- law enforcement -- Mr. Griffin
7  had something against donuts.
8    Q.   So you believe that Mr. Griffin retaliated
9  against you because you made that statement?
10    A.   No, I don't.  I believe that it was all a
11  setup deal.  I believe that Sonja Willis had told
12  Mr. Griffin to beat me, is what I believe to my
13  heart and soul.  And I believe that's the reason I
14  incurred this beating.
15          Because I didn't know this man.  I've
16  never spoke to this man.  For him to come out of
17  the blue and to issue that to me. . . I have not
18  had any other problems with any other deputies in
19  this county except Sonja.
20    Q.   What problems have you had with Sonja?
21    A.   Arresting me for these false arrests.  And
22  I sat in jail nine months, and everything gets
23  dismissed.  And then she went and filed -- when she
24  came to my house and filed charges on me.  Went to
25  court, and they just throwed it out, "Richard, go

Page 124

1  home."  And I believe she just retaliated with
2  Mr. Griffin, and he issued me what she told him to.
3  That's what I believe, and that's just. . .
4    Q.   Why do you believe that Sonja and
5  Mr. Griffin teamed up?  I mean, why --
6    A.   That's what I believe.
7    Q.   Where do you get that belief?
8    A.   That's the only -- I do not know this
9  deputy from nowhere.  He had no -- no -- I don't
10  believe he had no -- he had no reason to do that to
11  me.
12    Q.   What basis do you have or what evidence do
13  you have that Sonja told Mr. Griffin to go beat you
14  up?
15    A.   I have none.  It's my -- it's what I
16  believe.
17    Q.   All right.
18    A.   There was a reason.  I do not -- I've
19  never met this man.  And, you know, that's just my
20  belief.
21    Q.   Was Sonja Wilson there that day?
22    A.   No, she was not.
23    Q.   When was the last time you saw Sonja
24  Wilson before December 23rd?
25    A.   The day that she came to my property.

Page 125

1    Q.   When was that?
2    A.   I told her to leave.  That was -- I cannot
3  recall the correct date at this time.  It's in the
4  paperwork.
5    Q.   In your complaint, you make a claim for
6  lost wages.  What lost wages?
7    A.   What lost wages?
8    Q.   (Nods head affirmatively.)
9    A.   If I was out working -- there's not a
10  number on the wages I have lost.  I cannot put a
11  number.  If I'd been out working, mentally stable
12  to climb these ladders and get out here and mingle
13  with the public -- I have lost in the past couple
14  of years over this thousands and thousands of
15  dollars.
16    Q.   You also claim lost earning capacity.
17  What do you mean by that?
18    A.   My functioning.  I'm just -- I don't have
19  the mental capacity to deal with the public, to --
20  I don't have the mental capacity to leave my house,
21  to feel -- I'm out of my comfort zone.  I'm just --
22  I don't want to go anywhere.  How else can I
23  explain it?  I don't want to leave the house.  I
24  don't want to go out.  I'm better off, I feel safer
25  at home.  It's --

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Pages 126..129

Page 126

1    Q.  But didn't you say to us --
2    A.  If I could build a fence around it, it
3  would be more better.
4    Q.  Didn't you say to us today that you're
5  getting ready to get in your car tomorrow and drive
6  all the way from here to Kentucky?
7    A.  I would feel a lot safer in the state of
8  Kentucky away from here.  I wouldn't feel
9  threatened.  I feel -- right here, I feel
10  threatened.
11       MS. RILEY:  Okay.  All right.  That's
12  all the questions I have.
13       MR. CLARKE:  I have one followup.
14            EXAMINATION
15  BY MR. CLARKE:
16    Q.  If you look at Exhibit No. 3, Mr. Worley.
17    A.  Yes, sir.
18    Q.  That's it right there.  Not this.
19       MR. CLARKE:  We'll have to make a
20  copy of this and -- pull that out and mark it as
21  Exhibit 4.
22  MR. CLARKE CONTINUED:
23    Q.  Go to the first page.  You were asked to
24  read some stuff by --
25       MR. CLARKE:  I apologize, what's your

Page 127

1  name again?
2       MS. RILEY:  "Defense counsel" is fine
3  on the record.
4       MR. CLARKE:  Okay.  Defense counsel.
5  MR. CLARKE CONTINUED:
6    Q.  If you look at the first page -- the first
7  page, at the top, it says -- do you see where it
8  says, "The history is provided by the patient and
9  the police"?
10    A.  Yes, sir.
11    Q.  Okay.  Go to the fourth page, before the
12  treatment for March 28th, 2016.  The last line,
13  where it says, "Patient states," if you'll read
14  that.
15    A.  "Was assaulted on 12/23, had previous
16  bilateral jaw" --
17    Q.  No, no.  Look at the -- that's on 12/28.
18  Look at the line above that.  What did it -- what
19  did you state?  Here is the next day.  This is the
20  end of 12/23.  What did you state?
21    A.  "Patient states, 'They beat the s--t out
22  of me'. . . by the PD."
23    Q.  All right.  Did you -- when you drafted --
24  when you filed your lawsuit, do you know what the
25  requirements are for a First Amendment case?  You

Page 128

1  were asked about your complaint.
2    A.  Yes, sir.
3    Q.  In the lawsuit.  Did you go to a lawyer to
4  make allegations based on what you told him?
5    A.  Yes.
6    Q.  Do you know what a First Amendment
7  violation is?
8    A.  No, sir.
9    Q.  Do you know what a Fourth Amendment
10  violation is?
11    A.  No, sir.
12    Q.  Did you just provide facts to your
13  attorney to file a complaint?
14    A.  Yes, sir.
15       MR. CLARKE:  That's all I have.
16       MS. GRIFFITH:  I have a few followup.
17       FURTHER EXAMINATION
18  BY MS. GRIFFITH:
19    Q.  On page 7 of that same exhibit.
20       MR. CLARKE:  Exhibit 3?
21       MS. GRIFFITH:  Yes, Exhibit 3.
22  MS. GRIFFITH CONTINUED:
23    Q.  When you went back on 12/28 to the ER, it
24  looks like they prescribed you some medication.
25  Did you fill that medication?

Page 129

1    A.  Yes, I did.
2    Q.  And what pharmacy do you use?
3    A.  I think Walgreens.
4    Q.  Is that here in Grenada?
5    A.  Uh-huh (affirmative response).
6       MR. CLARKE:  You've got to say yes or
7  no.
8       THE WITNESS:  Yes.
9  MS. GRIFFITH CONTINUED:
10    Q.  And did you complete taking that
11  medication?
12    A.  Yes.
13    Q.  What was it for?
14    A.  That was just for -- it was like for
15  swelling and like a -- it keeps your muscles, you
16  know, as far as -- like swelling and stuff is
17  basically what it was for.
18    Q.  So was it a form of pain medication?
19    A.  No, it's not really a pain -- it didn't
20  strike me as a pain medication.  It was more of a
21  muscle -- like a muscle relaxer.  You could kind of
22  -- it keeps, you know, from -- just swelling down
23  and stuff that was all in my face.
24    Q.  You mentioned that you've lost thousands
25  of dollars in lost wages.  Do you have any tax

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

**Page 130**

1   returns from 2015?
2       A.   Yes.
3       Q.   And approximately what did you make that
4   year?
5       A.   2015, it was right at 80.  And I also got
6   to pay some -- the IRS.  80 -- around $80,000.
7       Q.   How much did you make in 2014?
8       A.   That was a slow year.  Around 30.
9       Q.   What would you say in 2013?
10      A.   2013, it was around 48.
11      Q.   Do you think that you might not remember
12  some of the things that perhaps you did on 12/23 of
13  '16 because you were drunk?
14      A.   No.  Not no, but no whatsoever.  I
15  remember everything to the correct moment I took
16  the first blow to the last.
17      Q.   Do you think that maybe you no longer feel
18  comfortable going out in the public or going out to
19  work because you aren't really getting drunk any
20  longer?
21      A.   No.
22      Q.   Did you ever see --
23      A.   I don't -- I don't go in the public drunk.
24  I do that at home.
25      Q.   Do you go to church?

**Page 131**

1       A.   Yes.  I'm a Christian.
2       Q.   Where do you go to church?
3       A.   I serve my Lord at home.  I can talk to
4   Him right here with you-all.  Wherever there's one
5   or two more people, God is there.
6       Q.   But you don't go, say, to --
7       A.   I haven't been -- I don't belong to a
8   church here in Grenada County.  No, I don't.  I was
9   saved and baptized at Mt. Carmel Baptist in New
10  Concord, Kentucky.
11      Q.   So have you ever seen and spoken to a
12  preacher about this emotional distress that you're
13  claiming?
14      A.   No, I haven't.  But I have put it in God's
15  hands.
16           MS. GRIFFITH:  I don't have anything
17  further.  Thank you.
18      (DEPOSITION CONCLUDED APPROXIMATELY 1:30 P.M.)
19         (READING AND SIGNING IS NOT WAIVED.)
20
21  ORIGINAL:  MARY MCKAY GRIFFITH
22  COPIES:    ANDREW CLARKE
23             KATELYN RILEY
24
25

**Page 132**

1            CERTIFICATE OF REPORTER
2            I, BETHANY CAMMACK, Certified Shorthand
3   Reporter and Notary Public for the State of
4   Mississippi, do hereby certify that the above and
5   foregoing pages contain a full, true and correct
6   transcript of the proceedings, as taken by me at
7   the time and place indicated, and later reduced to
8   typewritten form under my supervision and to the
9   best of my skill and ability.
10           I further certify that I placed the
11  witness under oath to tell the truth and that all
12  answers were given under that oath.  I further
13  certify that the witness has chosen the right to
14  not waive the reading and signing of the deposition.
15           I further certify that I am not in the
16  employ of or related to any counsel or party in
17  this matter, and have no interest, monetary or
18  otherwise, in the final outcome of this case.
19           Witness my signature and seal this
20  the 27th day of August, 2018.
21
22
23
24  BETHANY CAMMACK, CSR
    CSR NO. 1526
25  My Commission Expires May 1, 2019

**Page 133**

1            CERTIFICATE OF DEPONENT
2
3            I,_____, do hereby
4   certify that the foregoing testimony is true and
5   accurate to the best of my knowledge and belief, as
6   originally transcribed, or with the changes as
7   noted on the attached Correction Sheet.
8
9
                     (SIGNATURE)
10
11
12
13
14
15           Subscribed and sworn to before me this the
16           day of            , 2018.
17
18  My Commission Expires:
19
20
                    (NOTARY PUBLIC)
21
22
23
24
25

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                          Page 134

```
                                        Page 134
 1                  CORRECTION SHEET

 2

 3        I,_____, do hereby

 4   certify that the following corrections and

 5   additions are true and accurate to the best of my

 6   knowledge and belief.

 7

 8   PAGE:  LINE:  SHOULD READ:  REASON FOR CHANGE:

 9

10

11

12

13

14   _____

15

16

17

18

                          (SIGNATURE)
19

20        Subscribed and sworn to before me this the

21        day of               , 2018.

22

23   My Commission Expires:

24

25
                          (NOTARY PUBLIC)
```

844.533.DEPO

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

### Exhibits

**Exhibit 1** 4:4 49:21, 23

**Exhibit 2** 4:5 52:3,5

**Exhibit 3** 4:7 94:15, 16 126:16 128:20, 21

**Exhibit 4** 4:8 112:14,15 126:21

### $

**$165** 109:12

**$5,000** 39:3

**$800** 120:18

### 1

**1** 49:21,23 52:1,2, 20 95:11 106:9

**10** 54:12

**101** 69:11,13,14,15

**11** 8:10

**11-year-old** 38:17

**11/1/2015** 63:13

**11/26** 62:3

**12** 91:22

**12/23** 31:23 71:1,5 107:14 127:15,20

**12/23/16** 18:15 56:16 71:24

**12/28** 127:17 128:23

**12/28/16** 101:24

**123** 6:7

**12:30** 32:9

**12th** 54:14 66:12

**14** 11:19 56:13 105:7

**15** 25:18 105:7

**16** 31:24 102:6,8 105:10

**16-year-old** 103:18

**165** 51:22

**170** 51:18

**19** 6:19 24:4,6

**1:00** 32:9

**1st** 58:25

### 2

**2** 52:3,5 97:20 98:2

**2001** 117:12

**2003** 69:9,10

**2004** 50:3

**2005** 59:1 92:2

**2006** 7:8 68:16

**2007** 91:13

**2008** 91:13,14

**2011** 7:8 91:22,25

**2012** 91:25

**2013** 91:20

**2014** 67:11,21 68:12,13 91:20

**2015** 62:3 64:2 66:13

**2016** 17:18 24:23

51:15 57:8 60:23 71:1,5 84:5 94:13 101:25 116:16 127:12

**2017** 53:22 54:14

**2018** 75:4

**21** 57:5

**22** 45:22 87:23 88:14

**23rd** 17:18 51:15 76:11 84:5 94:13, 19 99:15 119:17,18 120:25 124:24

**24** 25:18

**24-year-old** 25:17

**24th** 32:3

**25th** 32:4

**26(a)** 52:7

**27th** 114:1

**28** 64:1

**28th** 101:25 108:14, 16 127:12

**29th** 60:23

### 3

**3** 94:15,16 99:12 126:16 128:20,21

**30** 101:8

**31** 58:23

**34** 60:21

**3rd** 75:4

### 4

**4** 100:13 101:23 106:4 108:6 112:14,15 126:21

**4/27/15** 64:19

**40** 16:20

**41** 61:25

**42** 5:20 24:6

**45** 24:6

**47** 63:12

**484** 52:2

### 5

**50** 63:24 65:21

**57** 64:15

### 6

**6** 53:7 95:18

**60** 65:22

**600** 19:11

**67** 66:9

### 7

**7** 108:12,24 128:19

**73** 67:7

**77** 67:18 93:15,21

### 8

**8/18** 67:21

**81** 68:17,24 94:5

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

**8th** 53:22 67:11

**9**

**9/29** 57:8

**90** 11:13 15:17

**94** 103:6

**A**

**AA** 15:1,15,25

**absolutely** 18:18
81:16

**accident** 36:24
102:9 103:1,9,15,
16

**accused** 21:15
22:21,23 23:19
50:22,24

**act** 58:8,12

**acted** 67:5

**acting** 58:8,13
67:15

**Adams** 85:14

**address** 6:6 68:19

**adopt** 8:20

**adult** 6:1,3 7:19

**affects** 16:7

**affirmative** 109:19
110:19 112:19,22
113:6 122:3 129:5

**affirmatively** 10:12
92:12 104:13
108:19 109:2 119:2
121:13 125:8

**afraid** 46:13,14

**African-american**
16:22 75:11

**afternoon** 48:22

**age** 6:19

**agency** 117:14

**agree** 78:7 92:9,11
95:25

**aid** 72:15

**air** 33:7

**alco-** 66:23

**alcohol** 16:5,7,10
50:19 62:5 67:1,4,6
98:20

**alcoholic** 10:22
50:14 66:23

**alcoholism** 8:8

**aligned** 106:1

**allegations** 23:3
128:4

**allowed** 122:10,12

**aloose** 102:16
108:3

**altercation** 106:13

**altercations** 115:23

**ambulance** 43:9
104:7,8,9

**Amendment**
127:25 128:6,9

**anesthetic** 101:17

**ankle** 36:25 37:9

**anymore** 43:21
47:11 114:10

**apologize** 112:6
126:25

**apologized** 23:15
68:3

**apparently** 16:9
54:20 55:1 56:3
59:19 60:6 61:23
62:5 67:5 98:11
123:6

**appeared** 57:1

**Appears** 56:20
78:13

**April** 60:23

**area** 12:9 40:12,13
47:25 76:18,20
77:6

**argued** 70:3

**arguing** 58:7 62:13

**argument** 23:2 58:1
63:3

**argumentative**
38:19

**arguments** 116:4

**arm** 25:21

**arrest** 17:18 35:20
67:20 68:12 69:10
71:24 73:18,24
84:4 86:23 116:21,
25 117:2,4

**arrested** 21:21 27:5
37:12 51:14 62:11,
14 66:16,18 68:18
69:21 89:3 94:19
117:17,23 118:8,
17,20,22,24 119:9,
10,12,16

**arrestees** 76:25

**arresting** 117:13
123:21

**arrests** 16:10
123:21

**arrived** 23:3 58:1
76:22 87:2

**article** 23:25

**Ashmore** 59:18

**aspirin** 46:3

**assault** 118:25
119:11 120:6,7

**assaulted** 10:22
127:15

**assaulting** 50:23
119:14

**assaults** 50:16,20

**assistant** 96:19

**associate** 13:12

**attack** 24:6

**attacking** 83:7

**attempt** 120:15

**attempted** 121:3

**attention** 41:6
83:16 97:18

**attorney** 22:4 23:5
84:25 112:4 128:13

**attorney-client**
31:3 74:19,23

**attorneys** 109:20

**ATV** 19:10,11

**aunt** 8:2 12:4 38:9

**aunt's** 38:6

**authorities** 54:15

**authority** 31:13

**avoid** 78:11

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

Index: babies..boots

**B**

**babies** 8:25 55:15

**back** 9:18 17:3,7,10
22:19 25:3,17
26:20 34:14,23
36:9 41:18,19,24
42:2,3,5 43:18
44:3,25 45:5,10,12
46:23 48:3,6,9 50:3
51:7 55:11 57:15
67:24 68:11,14
79:18 80:1,11,12,
23 81:1,3 82:16,22
83:4 87:21 88:22,
25 90:4,11 91:11,
16 92:1 93:5,17
96:17 102:11,12
106:2,5,8 111:2,3,4
114:2 117:11
128:23

**bad** 50:18 81:4
102:15 103:11

**bag** 89:10

**band** 53:8

**Barb** 32:4 33:17,18
61:6 70:6,23 89:13
110:22

**Barbara** 6:11
18:22,25 19:5,6,17
20:1 21:1 48:24
57:11,12,18,19,22,
23,24 58:8,9,17,20
60:24 61:8,10
62:12 64:2 69:22
71:2,14 84:12
89:15 91:17,21
92:4 108:17

**Barbara's** 22:22
25:25 58:3 110:20

**barbed** 19:12

**barbershop** 12:7
14:6

**bars** 50:15

**based** 27:25 30:4
31:4 109:6 128:4

**basically** 14:1
21:19 22:24 25:2
26:23 32:1 33:9
47:23 50:20 51:13
52:18 58:10 59:22
60:24 62:18 104:21
129:17

**basis** 31:3 124:12

**Bates** 51:25 64:17

**Batesville** 14:8
101:7

**bathroom** 34:10,
15,16,22

**bathroom's** 34:12

**beat** 10:23 19:25
20:15,21,23 43:18
44:13,20 46:9 59:2
87:23 123:12
124:13 127:21

**beating** 20:18 25:2,
4 47:20 67:14
122:20,21 123:14

**beer** 15:12 36:6

**began** 56:16

**begging** 114:16,21

**begins** 95:15

**behavior** 31:14
50:17 62:5 119:5

**behold** 34:13

**belief** 124:7,20

**belongings** 47:4

**belt** 20:1 40:21

**Bennett** 67:22,23

**Benton** 8:2,18,19

**Bibbs** 42:16 43:13
71:24,25 77:3,5
96:12

**Bibbs'** 48:3

**Bible** 15:18,24

**big** 11:1 19:11 33:2
38:9 55:14,15
90:16,20

**biggest** 19:16

**bilateral** 102:4
127:16

**Bill** 59:18

**bills** 47:6 49:7,9
115:16

**bipolar** 19:2

**birthday** 21:9 38:2
66:11

**birthday's** 66:12

**bit** 20:3,4,6 24:3,13
25:8,14,16,20,21
53:9 75:12 105:24

**bite** 23:22 24:5,8,
20,24 25:22

**biting** 24:10 59:10

**black** 17:5 40:25
41:25 44:9 65:15
75:15 78:16,18
83:12 89:5

**blacked** 65:1

**blackout** 25:9

**blacks** 64:25

**bled** 96:11

**bleed** 96:12

**bleeding** 88:18,25
89:1

**blood** 42:11 87:11,
17 88:16,21 89:7

**bloody** 88:17
106:15

**blow** 78:11 122:6

**blue** 89:5 123:17

**blunt** 95:19

**boat** 47:4

**bodies** 95:21

**body** 19:8 36:12,13
81:1 108:2

**bolded** 95:13

**Bombardier** 20:13

**Bombardiers** 19:16

**bond** 48:20,21 69:8
88:4,7

**book** 15:16,18,25

**booked** 48:8,13,16
85:24

**booking** 26:13,15,
16 40:12,13 47:25
48:1,7 76:18,20
77:6

**boot** 83:12,13

**boots** 42:8 83:15,
19 84:6,7,8,10,15,
18,20,22,25 85:3,5,
7,10,11,12 86:8,12,
13 89:6

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Index: born..claim

**born** 5:24 8:11 11:18

**bottom** 13:10 52:19 99:15 101:22 105:22 108:6 113:7,16

**bought** 99:8

**boy** 8:1,10

**boyfriend** 92:21

**Bradley** 64:13,18

**bragging** 68:5

**brain** 7:15

**brains** 122:7

**break** 5:16 10:4 45:1 49:18 52:11 58:22 61:3 92:20 95:1

**breath** 98:18

**Bristol** 6:4

**broke** 45:8 102:9 108:2 111:8

**brother** 12:5,6 14:1 27:6 46:15 66:24 99:2,3

**brother's** 73:22 87:3,6 100:18 101:3

**brought** 11:15,21 28:20 30:2 72:6

**brown** 56:5

**bruise** 81:4

**bruising** 102:20

**Bryant** 74:13,14 75:2 118:18

**Bubba** 24:16 25:14

116:17

**build** 126:2

**building** 12:8

**built** 75:12 114:17, 18

**bull** 54:16 55:13 56:5

**buried** 11:22

**business** 61:16 63:10

**busted** 41:15 42:4

**busy** 22:4

**button-down** 89:4, 5

---

**C**

**call** 17:4 18:8 21:24 25:1 33:11 43:9 57:19 59:4 61:5 70:5,15,22 71:1,3 92:15,16

**Callaway** 11:2

**called** 16:22 18:11, 12 30:1 31:15,18 58:2,3 59:7 99:16 104:5,14 111:18

**calling** 44:1 65:6 97:14

**calm** 35:24 70:16

**calmly** 36:8

**Calvin** 24:17,20 59:2

**camera** 82:14

**cameras** 71:12

**Camp** 14:12,16

**camper** 47:5

**capacity** 125:16,19, 20

**capital** 69:1

**car** 33:16,24,25 34:19 36:6,10 60:17 67:14 102:5, 9,25 126:5

**card** 13:4,5 38:2

**cards** 13:8 114:12, 13

**care** 14:1 90:19

**carry** 35:11,12,16, 18,19 43:11

**case** 22:5 26:1 127:25

**cases** 69:22

**cash** 120:19

**catch** 23:7,8

**caught** 39:1 80:20

**cell** 39:12 86:13

**cemetery** 11:22

**Center** 50:4

**chain** 54:24 55:7

**changed** 51:8,11 61:24

**charge** 9:22 21:4,5, 6,10 69:1

**charged** 116:20 119:11,12 120:5,7

**charges** 21:2 123:24

**cheat** 92:9,11

**cheated** 7:1 92:13

**cheating** 92:15,16, 19,22 93:5,10

**check** 72:6 111:10

**checked** 72:4,9,13 102:18 107:24,25 111:13

**cheek** 77:25 78:5,8

**child** 23:20 38:20, 23 51:8

**children** 6:23 7:20, 25 9:8 38:17,21 63:7,16

**chin** 42:4 45:21 46:6 47:8 77:16 78:10 87:21 88:19 100:14 106:14

**chipped** 45:3,4 121:11,12,15

**choices** 50:18

**choke** 55:9

**Christmas** 32:3,6, 16,24 38:2

**church** 85:15

**circumstance** 22:25

**circumstances** 21:13,14

**city** 8:19

**civil** 51:12 109:17, 18,20

**civilly** 109:14

**claim** 47:9 59:2 77:8 106:14 122:18 125:5,16

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

**claiming** 37:6 46:4

**claims** 27:1 30:25 31:4 122:9

**clam** 13:21

**clarified** 67:17

**CLARKE** 9:20 19:21 27:11,20 28:3,6,9,12,17,22 29:19,23 30:10,16, 20 31:2 36:1 38:18 51:25 52:6,12 53:1, 5,12 64:5,8 69:13 70:2 73:14 74:18, 24 98:9,13 99:20 106:17,23 107:8 112:12 116:2 120:21 122:13 126:13,15,19,22,25 127:4,5 128:15,20 129:6

**clean** 87:17 88:13

**cleaned** 88:1

**clear** 68:24 94:10

**climb** 125:12

**clip** 101:2

**Clipper** 12:7

**close** 72:12 103:19

**closest** 55:23

**clothes** 89:10

**clothing** 89:2

**clue** 34:3 74:16

**cms** 95:18

**Cobbs** 19:14

**coffee** 57:11,12,14, 15,17

**coherent** 42:25 81:19,21,24 82:3

**collar** 54:24 55:9

**color** 75:14

**combination** 61:8

**comfort** 125:21

**comfortable** 114:8, 9,25

**comment** 41:3

**commitment** 109:17,18,21

**committed** 109:15

**commonwealth** 11:10,11

**complain** 72:18

**complained** 56:2 64:18 106:21 108:7

**complaining** 63:15

**complaint** 27:17 30:5 31:5 70:25 114:3 122:9,14 125:5 128:1,13

**complete** 78:19 129:10

**compliant** 19:17

**concrete** 81:6

**confirm** 27:23 28:18 30:6

**confront** 11:2

**Connie** 71:18,19,20

**consent** 28:24

**consistent** 95:20

**contact** 8:12 38:11, 16 92:25

**contacted** 110:25

**context** 18:13

**CONTINUED** 9:24 10:6 14:17 19:24 29:2,12 30:21 31:11 36:5 38:22 49:24 52:16 53:6, 14 64:11 69:16 70:24 73:17 74:25 78:6 79:9 94:17 98:10,21 99:23 106:18 107:1,12 110:15 112:16 116:5 117:22 118:16 120:24 122:15 126:22 127:5 128:22 129:9

**contractor** 12:16

**control** 40:23

**convections** 50:10

**conversation** 39:10

**convicted** 51:2 69:23 91:10,11

**convictions** 51:4

**cook** 32:24

**cooperative** 97:10, 15 98:12

**copy** 20:8 94:14 112:12,13 126:20

**Corner** 12:5

**correct** 5:8 8:13 14:21 17:15 32:19 39:17 49:1 53:22 56:19 68:1,20 69:6 73:20 76:19 90:11, 12 92:7 97:11 100:11 107:15,16 109:9 113:5,9

125:3

**correctly** 113:17

**counsel** 113:12 127:2,4

**counselor** 115:4,8, 13,18

**county** 8:18,19 11:2 25:23 26:14 53:21 73:19 96:8 104:10,15 117:15, 16 123:19

**couple** 35:1 90:1 98:17 125:13

**court** 14:14 22:2,16 23:4,6,12 29:9 47:19 50:5,6 64:7 67:9,17 79:6 110:10 118:13 123:25

**courthouse** 65:24

**courtroom** 23:9

**cousin** 62:24 70:12

**cousin's** 60:8 63:2

**cowboy** 85:3,4,7,10

**credit** 49:11

**creeks** 91:6

**criminal** 52:25

**cross** 34:9

**Crump** 117:24

**cuffed** 26:20

**cup** 32:9,11

**cups** 35:1 98:14,17

**current** 6:6 10:17 54:3,5

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

**curve** 103:17

**custody** 9:4

**cut** 64:13,20 65:14, 20 104:4 106:13

**Cuts** 12:7

**cutting** 25:19

---

**D**

**daddy** 19:7

**Dahl** 62:23

**damage** 72:14 111:7

**damages** 114:4

**Danny** 17:24 26:3, 4,16 29:20 33:25 34:17 35:4,8,12 36:19 37:20,24 38:10 39:10,22 40:9,15 43:6,10,17 44:7,15 56:19 73:23 76:21 83:21, 24 118:7,8 121:5

**Danny's** 44:3

**dark** 87:1,2,3 88:6

**date** 18:15 76:10 84:4 91:12 92:22, 24 101:23 115:16 125:3

**dated** 67:20 92:1

**dates** 115:14 116:19

**dating** 91:24

**daughter** 8:4,9 22:23

**daughter's** 8:10

**day** 15:2,5 17:21 29:16 30:10 55:2 57:20 59:8,14 71:8 72:5 84:12,16 85:21 86:24 89:2 94:13,18,19,20 95:3,7,10 97:7 99:4 124:21,25 127:19

**days** 11:14 15:17 50:8 100:9,22,24 101:24 107:5 108:4

**dazed** 25:9

**dead** 41:14 45:16, 19 77:12 120:13 122:1

**deadish** 45:19

**deaf** 73:2

**deafness** 72:22

**deal** 19:5 70:10 123:11 125:19

**dealing** 67:21 93:20

**death** 43:18

**December** 17:17 51:15 76:11 84:4 94:13,19 99:14 101:25 108:14,15 114:1 119:17,18 120:25 124:24

**decks** 114:18

**Defenbaugh** 12:8

**defend** 80:19

**defense** 24:8 127:2,4

**Delta** 11:18,20 90:16

**demeanor** 35:24

**dental** 110:17,23 112:20,21 121:10, 19

**dentist** 45:6 49:1 110:18,20,24,25 111:6,13 113:20,23 114:1 121:18

**dentures** 110:22

**deny** 62:7,9

**denying** 20:18

**department** 31:10 53:21 63:22

**deponent** 77:24

**deposition** 5:8 26:1 46:20 49:21 52:4

**depositions** 28:18 30:11,12 85:9

**deputies** 20:14,21 25:23 27:23 33:24 44:6 59:13,14,15 60:15 62:8,10 123:18

**deputy** 16:20,23 40:25 43:24 44:1,7, 9 46:15 50:23 59:22 60:4 78:13, 24 79:2 83:25 84:2 118:18,21 119:22, 25 124:9

**describe** 10:8

**desk** 26:13,16 40:19 48:7

**DHS** 63:20,21

**dick** 18:19

**die** 15:2 18:17 111:8,9

**differently** 16:7

47:22

**dignity** 47:12

**direct** 98:3

**disclosures** 52:7

**discussed** 51:9

**dismissed** 117:2 123:23

**dispatched** 58:4

**dispute** 92:20

**disputing** 57:3,10, 15

**dissolved** 101:1

**distress** 114:4,5,6, 7

**district** 22:16

**ditch** 66:7

**divorce** 6:25 7:11

**doctor** 44:24 49:4 72:11 73:3 96:14, 18 100:2,5 102:17 104:17 105:2 106:20 107:14 109:4,10 111:15,16

**doctor's** 101:11

**doctors** 96:21 100:9 109:7

**document** 52:20 53:19 54:13 56:14 57:6 58:24 60:22 62:1 63:25 64:16, 18 66:10 67:8,19 101:21

**documents** 52:18

**Dodson** 59:17

**dogs** 54:23,25

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

Index: dollar..family

55:13,14,15

**dollar** 69:8

**dollars** 84:11
125:15 129:25

**domestic** 69:21

**Donny** 29:13,14

**donut** 41:4 123:5

**donuts** 41:3 123:3,
5,7

**door** 13:5 34:19
35:15 36:13,14,16,
18,20 39:20 41:1
42:22,23 44:12,18
55:6 59:24 60:1,4,
18 103:18,19

**doors** 40:24 114:11

**Dosey** 16:21

**double** 74:11

**drafted** 127:23

**drank** 15:11 32:10
98:14

**dream** 120:10

**dreamed** 120:12

**drink** 15:9,10 16:8
32:7 34:25 50:14
61:12

**drinker** 15:9 61:13

**drinking** 8:8 14:18,
24 15:7 16:2 25:12,
13 50:17 61:9
62:15 65:2 66:21,
22 94:20 99:3
119:5

**drinks** 99:2

**drive** 13:15 47:16
50:15 126:5

**driver** 103:9

**driveway** 13:6

**driving** 37:20 65:18
102:25 103:3,13

**drove** 10:16 39:16
108:17,18

**drug** 21:4,6,7,9

**drugs** 61:9,13,14

**drunk** 25:11 35:6,
21 57:1 64:25 67:3
120:20

**Dubard** 99:18

**DUIS** 50:13,20

**duly** 5:2

**duty** 72:1

E

**ear** 23:22 24:10,11,
14 42:11 72:9,10,
11,16,18,21,24
73:4,10 88:25 89:1

**earlier** 5:7 18:22
51:9 59:14 66:16
78:23 92:3 93:11
106:11 116:11,14
121:8,11

**earning** 125:16

**easier** 53:9

**East** 103:6

**eat** 45:18 105:6

**Eddie** 65:9

**effect** 24:1

**Eldridge** 10:14

**Elliot** 98:16

**em'** 56:5

**emergency** 43:5
73:3 96:13 108:20
115:13

**Emlea** 7:23

**emotional** 114:4,5,
6,7

**emotionally** 13:22

**end** 8:22 127:20

**endangerment**
9:14,15 51:5

**ended** 8:24 59:10

**ends** 70:18

**enforcement** 71:2
104:5 117:13
119:11 123:6

**Engine** 54:6

**enjoying** 32:14,16

**ENTERED** 10:2

**entire** 5:21 19:9
21:10 110:7 112:20

**ER** 128:23

**Estates** 14:13,16

**evening** 17:25 60:9
72:3,5 86:25 88:6
98:15 99:8

**everything's** 70:18

**evidence** 124:12

**ex-wife** 9:11

**exact-** 80:13

**EXAMINATION** 5:4
74:6 126:14 128:17

**examine** 84:25

**examined** 5:3

**excuse** 103:11
106:10

**exhibit** 49:21,23
52:3,5 94:15,16
112:14,15 126:16,
21 128:19,20,21

**explain** 13:23 46:8
47:13 59:8 125:23

**explaining** 37:4

**express** 45:18

**extent** 44:11 70:14

**extradited** 21:22
67:24

F

**face** 17:2 24:8 25:4
77:19,20 95:17
105:5 129:23

**facing** 42:10 81:10

**fact** 29:7 68:3 109:6
120:10

**facts** 128:12

**failed** 26:23

**failure** 118:14

**fair** 46:16 113:15

**fall** 39:23 79:14,25
80:9 81:1,3,14
82:6,10

**fallen** 19:10

**falling** 13:3

**false** 67:8,9 68:6
105:17 123:21

**falsely** 97:3

**family** 9:2,3,5,6
11:17,19 12:8

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

17:25 18:3,6 19:9 38:8,9 110:16,17 112:21

**fast** 65:18

**father** 11:18 22:25 23:12 65:12 66:23

**father's** 11:17,20, 22 38:2

**fault** 7:15 8:7

**feel** 12:22,24 13:17 46:10 114:8,9,24 125:21,24 126:7,8, 9

**feeling** 45:16,19 122:2

**feelings** 115:4

**feet** 36:14,15,18,19, 20 41:20 79:21 80:23 82:13

**fell** 79:12,13,15,16 80:2,3,6,12,25 81:11,15,17 82:16, 19,21 83:1 103:21, 24,25 106:13

**fellow's** 116:13

**felony** 51:4 91:10, 11

**felt** 25:6,7 33:4 38:14,15 83:6,9 123:3

**female** 96:19

**fence** 19:12,13 114:19 126:2

**field** 25:20

**fight** 65:9,11

**fighting** 55:14 58:5 69:10

**fights** 115:20,23 116:3,6

**figured** 49:10

**file** 53:13 65:25 128:13

**filed** 17:14 22:3 26:2 75:5 123:23, 24 127:24

**fill** 128:25

**fillers** 105:19

**finally** 88:7 108:5

**financially** 49:12 72:10

**find** 27:21 105:1 114:22

**finding** 112:7

**fine** 32:22 70:19 118:15 127:2

**finger** 106:4 111:3

**fingerless** 78:21

**fingers** 78:15,16,17

**finish** 56:3 71:22 107:8

**fired** 43:7

**fish** 91:1,4,5

**fisher** 91:3

**fishing** 34:22,24 35:3,5,8 46:12

**fist** 77:25 78:12

**fix** 121:24

**fixed** 105:5

**fixing** 32:3

**Flanagan** 62:23

**flapjack** 25:1,5 59:5,7 60:11

**flat** 59:6

**flathead** 60:2

**flattened** 66:4

**fleeing** 120:17

**flip** 53:9 106:6

**flipped** 19:11

**floor** 17:9

**fluid** 7:15

**folks** 65:16

**follow** 49:3 108:25 109:8 113:20

**followup** 99:16 126:13 128:16

**foot** 36:11 42:21

**footnote** 27:19 28:10,11 30:5

**Ford** 55:18

**foreign** 95:20

**form** 19:21 36:1 38:18 64:5,8 70:2 73:14 98:9,13 106:17,23 116:2 122:13 129:18

**forms** 114:5

**forward** 81:12,14

**found** 71:17 116:24

**four-wheeler** 19:15 20:12

**four-wheelers** 47:5

**fourth** 127:11 128:9

**fracture** 102:4

**free** 23:13 34:6 56:23 122:11,19,25

**friend** 59:17 61:13 62:21 71:18 111:1

**friends** 19:7 111:20

**front** 44:25 54:11 76:8 80:19 81:2,9 105:22 106:7,8 121:16,17

**full** 5:17

**Fuller** 50:3

**functioning** 125:18

### G

**gain** 97:3

**gave** 29:21 30:7

**gee-hawed** 23:1

**Geeslin** 12:5

**general** 93:9

**generally** 40:18

**Geraldine** 12:4

**get along** 55:16

**Gholston** 27:1,2,3, 4,5,10 37:11

**Gholston's** 73:21

**girl** 8:1 67:23

**girl's** 68:4

**girlfriend** 6:12 92:17,21 93:20

**give** 13:4,5 38:1 45:23 53:17 86:2,4, 6 94:14 98:19 112:7 113:1 122:20

**giving** 97:18

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018
Index: glass..hits

glass 34:14

glove 78:17,18,19, 21

gloves 78:20

glue 45:11

God 36:3 43:4 45:1 61:24 80:8 81:18 120:13

God's 36:3 40:4

good 9:3 30:14 41:3 45:2 52:10 83:3 110:25 111:20

Goodwill 85:19

Gordan 5:18 7:23

grab 101:16

grabbed 35:17 64:19

Grace 7:23

granddaughter 64:3

grandfather 19:7

gray-headed 44:2

great 9:2,7 27:7

Greenville 114:14

Greenwood 114:15,17,20

Grenada 5:21 6:3 10:16 11:15,22,24 15:20 25:22 26:14 34:10 53:20 73:18 88:9 89:17,22,24 90:3,11,14,15 91:16 96:8,21 101:25 108:15 129:4

Griffin 28:15 44:9 74:2,13,14 75:2,9 76:12,21 77:9 78:24 79:3 83:22, 25 84:2 118:18 119:22,25 123:6,8, 12 124:2,5,13

Griffith 5:5,6 9:24 10:3,6 14:17 19:24 27:19,25 28:5,7,11, 16,21 29:1,2,12,22 30:9,14,18,21 31:6, 11 36:5 38:22 49:17,20,24 52:2,9, 14,16 53:3,6,14 64:11 69:14,16 70:24 73:17 74:3, 25 99:23 128:16, 18,21,22 129:9

groin 120:4

ground 36:11 41:10,12,16,17,19, 23 42:4 80:21

guard 40:18,19,21

guess 39:16 43:24 44:1 47:14 66:13, 24 69:11

guidance 38:4

guilty 116:24 117:9

gum 45:20 111:2

gun 91:8,9 122:7

guns 90:22

guy 9:7 27:7 74:16

guys 67:3

────

**H**

hair 75:14,17 76:7

hairstyle 75:16

half 96:12 106:2

hand 35:17 51:23 52:19

handcuffed 17:6 36:9 41:18

handcuffs 42:1 97:17

handed 112:18

handle 61:2 70:20

hands 10:19 17:2, 10 26:20 34:2 43:18 80:19

handwriting 113:8

Hang 27:11 74:18

happen 20:19 28:23 60:25 64:22, 23 103:5

happened 29:20 37:5 39:11,18 40:2, 11,24 42:17 44:5 59:8,13,22 60:20 65:4,12 67:12 68:13,14 69:19 70:1 96:6,7 100:19 102:14,20 103:6

happy 22:18

harassing 64:3 65:6,7

hard 15:11

harder 41:20

harm 43:21

Hatcher 64:18 65:10

Hatcher's 64:13

hairstyle 75:16

hate 71:20

Hazel 11:13

head 7:14 10:12 25:4 33:14 37:16, 18 41:8 42:3,10 55:11,12 64:13,20 66:6 72:24 78:24 81:4,5 83:17 88:17 92:12 100:3 104:4, 13 108:19 109:2 119:2 121:13 125:8

health 109:23

healthcare 71:22

hear 5:13 31:17 72:16,24 73:2 102:24 113:11

heard 18:21 19:20 46:14 65:15 94:3

hearing 72:9,13,15

heart 123:13

heavily 15:10

heights 33:7

held 21:25

helped 43:3 80:8

high 25:17

hire 33:8

history 52:25 73:18 127:8

hit 17:2,6 18:23 24:25 41:10,11,13, 14,17,18,22,23,25 42:2,3,4 77:9,10, 15,18 78:12 79:15 81:6,25 82:5,19 83:3 107:19,20

hits 41:20

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                    Index: hitting..January

**hitting** 24:7 26:24

**hold** 80:19 91:12 106:4

**hollering** 33:10

**home** 12:23,24 13:17 22:19 32:13 34:7,8,9,20 35:3,7, 14 47:22 52:13 53:21 56:22 57:8 60:10 63:20 66:7 100:20,23 112:1 114:9 124:1 125:25

**honest** 17:5 36:3 38:12 79:19

**Horn** 19:8

**horror** 87:11

**hospital** 10:21 11:3 14:8 43:9,11 44:4, 6,23,24 48:6,10 87:13,15,16 88:10 96:9 97:13 98:6 101:7 104:11,15 108:15

**hospital's** 96:10

**hot** 57:10,11,12,17

**hour** 65:22

**hours** 15:13 95:16, 24 96:1,4,8,12 98:17

**house** 10:16,18 13:1,9 18:9 24:5 31:25 32:1,15,18 54:16 59:16 61:19 65:12 71:8 114:17 123:24 125:20,23

**Huh-uh** 86:1 105:11 121:22 122:5

**Human** 63:22

**hundred** 84:11

**hung** 36:15

**hunt** 90:17,18

**hunter** 90:20,25

**hunting** 90:19

**Hunting's** 90:16

**hurt** 37:9 41:11 46:18 72:18

**hurting** 102:2

**Hyde** 16:7

---

**I**

**ibuprofens** 72:7

**idea** 20:20

**identify** 30:5

**identifying** 28:19

**ignorant** 67:5

**immediately** 96:14

**impossible** 96:4

**in-laws** 9:7

**incarcerated** 8:25 9:10,12,13 10:8 11:4

**inch** 76:3,4 106:2

**incident** 17:13 18:15 20:12 29:4 30:23 31:21,24 33:19,20,22,23 53:20 54:1,15 56:15,18 59:1,10, 12 60:24 62:2 63:12 64:4,12 67:12 70:25 72:13,

19 73:12 75:5 76:10 94:14,18 95:10,15,16,23,25 96:7 100:23 105:10,13 116:22, 23 120:8 121:12

**incidents** 65:3

**incoherent** 79:4,8

**incooperative** 97:13,14

**incurred** 123:14

**Indian** 67:15

**indicating** 32:11 102:13

**indication** 99:16

**indict-** 21:23

**indicted** 21:11

**indictment** 21:25

**infants** 9:9

**infection** 113:5

**influence** 50:18 62:4 66:8 67:3,4,6 119:4

**information** 27:14 30:3 31:4 74:20 99:16

**injured** 46:5 47:8

**injuries** 44:11 46:6 47:10 87:10

**injury** 46:9

**inside** 60:17

**instances** 71:4

**instructed** 100:9,12

**instructs** 108:25

**insurance** 108:22 109:9,11

**intend** 27:22 30:11

**intentionally** 37:7

**interrupting** 58:19

**intervene** 26:9

**intoxicated** 60:3 94:23 95:10 97:9 98:5,7

**introduced** 5:7 61:14

**investigator** 59:15

**involve** 103:9

**involved** 69:22 76:12

**involvement** 21:2

**involves** 27:13

**issue** 19:19 51:8 123:17

**issued** 124:2

**issues** 18:25 58:14

---

**J**

**jail** 11:7 21:23 23:10 26:14 27:4 35:11,13,16,18 36:21 37:20,23 39:21 48:9,18 68:4 69:3 71:23 85:24 86:13,22 88:10,22 96:8 107:3,18 123:22

**jail-issued** 85:25

**jailer** 11:13

**January** 54:14

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                           Index: Jason..lick

**Jason** 59:17

**jaw** 102:4,9,12,14, 16 105:15 106:2, 21,25 107:14,18 108:5,8,9 127:16

**jaws** 102:23

**jealous** 70:11

**jeans** 89:6

**Jeez** 88:19

**Jekyll** 16:6

**jerked** 66:6

**Jerry** 10:14

**Jimmy** 22:15 23:5 33:1,5 34:4 114:16

**job** 12:19 33:2 38:24

**Johnny** 12:4

**Jr** 7:24

**judge** 11:6,12 22:2, 14,15 23:5 68:2 88:7

**July** 64:1 67:11 75:4

**jump** 79:23

**jumped** 25:19 41:19 82:13,16,22

**June** 58:25

**K**

**Katelyn** 74:12

**Kenny** 65:19

**Kentucky** 6:5,20 7:10 8:2,19 11:5 21:17,22 39:7

46:21 50:4 51:7,11 66:3 67:25 90:4,5, 8,10,14 91:21 103:8 110:6,9,12, 25 111:16 126:6,8

**kick** 40:6 79:7,10

**kicked** 60:24 79:11 120:4

**kicking** 36:22

**kid** 7:19 114:2

**kids** 19:6 38:4,11 65:17

**kill** 17:21 25:7 43:13 60:12 119:23 121:5

**killed** 19:15 80:21 120:1

**kind** 5:14 12:23 13:16,17 25:8 26:21 35:16 37:16, 18 38:12 40:14,17 41:4,8,17 42:25 44:18 45:11 54:10 62:15 71:11 75:16, 21,22 79:4,8 84:7 85:12 86:6 92:16 98:23,25 99:2 101:9 102:21 104:20 105:19 129:21

**kinds** 84:3

**kinfolks** 62:24

**Kitchens** 6:11 10:2 15:6 49:22 52:17 67:14 91:17 92:4

**Kitchens'** 5:8 84:13

**knew** 73:19 82:3 107:25 108:1

**knife** 101:14

**knock** 13:4

**knocked** 17:9 44:25 45:4,9 102:12,15 106:2 111:2

**knocking** 114:11

**knowed** 81:6

**knowing** 19:6,9 61:19 62:22

**knowledge** 92:18 104:14

**L**

**laceration** 95:13, 17,18

**ladders** 125:12

**lady** 42:21 48:7,17 92:17,22 93:2

**laid** 96:17

**lake** 19:8 27:4

**Lamb** 62:11

**Lane** 6:7 68:19

**late** 48:22 88:6

**law** 13:20 16:1,19 33:11 34:13 62:12, 13 70:5 71:1 104:5 117:13 119:11,14 123:6

**lawnmower** 71:10

**Lawrence** 26:3,4, 16 28:15,19 34:18 37:20 39:22 40:9 44:7 56:19,21 83:21 84:2 118:7,8 121:6

**Lawrence's** 17:24

**laws** 51:8,12

**lawsuit** 17:14 22:3 37:2 74:13 75:6 127:24 128:3

**lawyer** 28:13 117:3 128:3

**lead** 25:1 59:6

**Leanna** 23:11 63:23 68:20

**Leanna's** 22:22

**learn** 74:14 75:1

**learned** 74:15,22 75:3

**leather** 78:14,15,18 84:8 85:6

**leave** 18:9 23:14 33:11,16,18,21 56:24 58:10,15 60:4,5,6 125:2,20, 23

**leaving** 33:12 114:9,13

**led** 21:15

**left** 23:14 26:18,22 40:14 72:10,16 80:3 82:9,12 98:16 113:2

**length** 75:20,22

**lengthy** 52:25

**levee** 34:10,11

**Lewis** 114:16

**license** 35:5

**lick** 80:3,17 81:20, 23 82:16 83:1

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

**licks** 79:16

**lie** 96:25 120:14

**life** 5:22 6:1,3 19:9 21:10 38:6 41:1 56:12 94:3 110:7 120:17

**lifetime** 118:5,6,10, 11 119:1,8

**Lillian** 99:17,18

**list** 29:21 30:7

**Literally** 79:20

**live** 6:10 7:9,25 8:15 12:5 14:9,11, 12 89:24 91:17

**lived** 5:21 6:2,3,4,5, 8,9 54:8 89:17,18, 22 90:1,14

**lives** 8:16 27:5 54:9

**living** 10:17 12:15 47:3 60:7

**lo** 34:12

**located** 95:17

**locked** 22:8

**log** 86:15,18

**logged** 86:15

**long** 6:8,21 11:4 12:10 46:22 48:18 50:7 85:16 86:22 89:16,24 90:5

**longer** 7:16 14:24 92:21,23

**looked** 23:13 34:13 59:23 86:6 87:11

**loose** 45:9 54:25 111:11

**loosened** 106:16

**Lord** 22:18

**Lorraine** 99:17,18

**lost** 125:6,7,10,13, 16 129:24,25

**lot** 15:16 47:1,2,3,6 50:15 61:4 67:2 70:16 126:7

**loud** 36:17

**love** 13:1,11,12 19:5 45:2 90:25 92:3 93:3

**loves** 70:12,13

**luck** 91:6

**Ludulf** 54:5,9 71:8

**Ludulf's** 54:6

**lunch** 52:11

**lying** 23:8 49:15

---

## M

**M-I-L-L-S** 111:24

**mad** 66:5

**made** 41:2 50:18,19 63:6,15 83:4 86:8, 11 97:5 123:9

**mailbox** 49:8

**main** 46:9

**maintain** 47:7

**major** 7:15

**make** 13:25 19:16 21:20 39:13 57:22 69:8 92:25 94:15 106:21 108:2 111:6,7 112:13

113:15 118:9 120:1 122:9 125:5 126:19 128:4

**making** 32:14 47:3 97:3 109:20

**male** 96:18

**malpractice** 97:7

**Mama** 104:7

**man** 17:5,6 23:8 24:6 25:10,18 27:6 40:25 41:25 81:25 123:15,16 124:19

**manner** 10:15

**March** 53:22 66:12 127:12

**Margin** 13:9

**marijuana** 21:5,8 66:16,18

**Marilyn** 48:3,5

**mark** 49:20 52:3 126:20

**marked** 49:23 52:5 93:15 94:16 112:11,15

**married** 6:14,16,18, 21 7:2,7,8 62:22,24

**Marshall** 8:19

**Mary** 5:6 62:25 63:1,5,8,9,14,18

**Mason** 8:2

**matter** 51:12 68:3

**Mayfield** 50:4 111:16

**Mccain** 14:12,16

**Mckay** 5:6

**me'** 127:22

**means** 74:24 95:25 97:25

**meant** 17:11 121:8

**mechanism** 95:19

**medi-** 61:1

**medical** 7:12,13 49:7,9 95:6 97:4,7, 16,18 98:1 99:14 106:20 109:11 115:3,17

**medication** 10:24 19:18 128:24,25 129:11,18,20

**medicine** 45:23 58:9,14

**meet** 13:11

**meetings** 15:1,15, 17,19

**Memphis** 22:3 72:11

**men** 31:14

**mental** 109:23 125:19,20

**mentally** 125:11

**mention** 106:21

**mentioned** 14:18 25:25 78:23 93:11, 18 97:8 104:24 121:10 122:1 129:24

**merry** 32:5,23

**met** 9:8 124:19

**metal** 104:24

**meth** 21:1,3 71:14

**Michelle** 67:22,23

**middle** 54:10 95:12 108:24 109:1

**mighty** 37:24

**mild** 95:19

**mildew** 13:2

**mile** 14:12

**miles** 65:22 96:10

**million** 69:8

**Mills** 111:1,14,15, 24

**mind** 73:9 80:18

**mine** 15:16 30:12 47:5 59:17 111:1

**mingle** 125:12

**minivans** 103:23

**minute** 32:25

**minutes** 34:5 55:3

**misdemeanor** 50:9

**missed** 104:2

**Mississippi** 5:25 6:4 10:17 11:16 16:21 19:8 51:10

**mistaken** 93:25

**mistakes** 97:5

**Mitzi** 8:2

**molesting** 23:19

**mom** 32:21 61:5 70:15,17,18

**mom's** 32:18

**momentum** 13:16

**money** 13:25 21:16 68:11 109:13 115:5

121:25

**months** 8:11 11:6 21:16,21,23 22:6, 13 69:3 85:20 114:22 123:22

**Moore** 64:2 65:6

**morning** 31:25 48:21 87:25

**Morsalla** 6:19

**mother** 10:19,21,22 11:3 33:14 41:20 58:2,3 61:5 70:15, 23 71:3 84:13 103:4,13

**mother's** 32:5,20

**mothers** 90:7

**mouth** 41:14,15 43:22 77:12,21 88:19 104:21 105:6 107:11 108:1

**move** 30:15 90:3

**moved** 54:8

**movie** 87:12

**moving** 46:23

**Murray** 6:5,20 7:10 11:2 46:23 90:4,5, 8,10,14 103:8 104:18

**Murray-calloway** 104:10,12,15

**muscle** 129:21

**muscles** 129:15

---

**N**

**names** 116:19

**Nancy** 33:13 64:2

**narrative** 56:15,17 64:1

**nature** 57:25 93:19

**needed** 13:2,6 33:6 34:14 72:6 113:9, 16,19 114:12

**negative** 86:1 105:11 121:22 122:5

**negatively** 100:3

**negro** 18:12,14

**neighbor** 54:5,7,19 55:24,25 56:1,7 73:22

**neighbor's** 116:11

**neighborhood** 14:11 65:22 71:9

**neighbors** 54:3 71:5

**Neosporin** 101:19

**nephew** 37:25

**nerve** 111:7

**Newman** 12:4,5

**newspaper** 23:25

**nice** 27:6 84:14

**niece** 37:25

**nigger** 16:23 17:4,7 18:11,17 42:1

**night** 48:19,20 73:5,20 86:24 87:24 89:1 106:25 107:2,17

**nineteen** 117:11

**ninety** 50:8 117:12

**Nobody's** 39:21 61:18

**nods** 10:12 92:12 104:13 108:19 109:2 119:2 121:13 125:8

**noncooperative** 98:5

**nose** 41:15 66:2 88:19 106:15

**note** 55:5

**notes** 99:13,14,17

**notice** 107:4,14,18

**noticed** 106:25 107:5,6

**number** 27:22 52:2, 19 74:8 111:25 125:10,11

**numbers** 51:25

**numbness** 45:17

**numerous** 12:8 50:13

**nurse** 14:7 42:12, 15 71:25 72:1 77:3, 5 96:2,12 98:7 99:17 100:5,18 101:6,7

**nurse's** 43:4

**nurses** 71:21 88:9, 12 95:6 96:21 97:10,15

---

**O**

**oath** 81:16,18 120:13

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

Index: object..pool

**object** 19:21 27:12 31:2 36:1 38:18 64:5,7,8 70:2 73:14 95:19 98:9,13 106:17,23 116:2 122:13

**occur** 103:15

**occurred** 29:4,8,11 30:23 31:24 62:3 95:15,16,24,25 103:16

**odd** 40:17

**office** 43:25 48:4 77:5 121:10

**officer** 8:18 48:1 50:23 77:9 83:24 119:11,14 120:6,8

**officer's** 18:2

**officers** 16:14,16, 18 17:20 18:16 26:5 40:5 73:19 83:14,18,20,21,22 84:2 95:2 97:10 119:20 120:11,16 121:1,3

**oil** 84:9

**older** 43:25

**oldest** 10:25

**ole** 22:7 32:11 55:15

**ongoing** 56:6

**open** 35:15 40:24 42:4 59:24,25 65:23 77:6 103:19, 21

**opened** 60:3,18

**opens** 39:20

**opinion** 93:7

**order** 53:10,16

**ordered** 11:6 50:5,6

**outstanding** 49:7

**overbite** 105:22,25

**overbites** 105:22

**overload** 22:5

**owe** 49:13

**P**

**packing** 46:24

**pages** 52:23 112:18

**paid** 39:4 49:10 89:21

**pain** 45:23 95:19,20 107:14,18 108:5,8, 10 129:18,19,20

**paint** 13:2

**painting** 12:16,19

**pair** 84:11 85:3

**paper** 21:1 56:12 113:1,2 116:11

**papers** 9:2 22:8,12, 14,17 65:25

**paperwork** 85:9 116:14 125:4

**paragraph** 106:11

**pare** 28:14

**parole** 8:18

**part** 37:2 80:25 90:15

**partner** 63:11

**pass** 13:8 114:12

**passed** 38:2 63:11

**passenger** 33:25 34:18

**passes** 64:25

**past** 8:8 15:22 16:4 22:24 69:9 114:18 125:13

**Patello** 99:1

**patient** 88:13 98:4 106:12 127:8,13,21

**paws** 55:11

**pay** 21:19,20 38:20, 23 47:6 49:11 83:16 109:10,11 118:15

**PD** 127:22

**peed** 34:17

**penis** 18:16 120:2

**Penny** 62:23

**people** 9:3 11:20 13:11,12,13,14 16:7,8 26:1 27:23 29:24 30:2,7,8 93:9

**perfect** 105:21 106:1

**perfectly** 102:12

**perform** 97:24

**period** 20:19 89:25

**person** 13:3,12 24:17 61:22 64:24 65:15 68:4 70:11 93:4 117:24

**personally** 74:1

**pharmacy** 129:2

**Phil** 11:13

**phone** 23:2 39:12 65:8 104:7 111:25

**photographs** 20:8, 11 49:21

**photos** 87:4,5,9

**physical** 58:20,21, 22 116:6

**physically** 10:22 26:11

**physician** 115:18

**picture** 48:8

**piece** 24:13 56:12 59:5 113:1,2 121:15

**pills** 19:23 46:2

**pins** 102:15

**pipe** 59:6

**pit** 54:16 55:13 56:5

**place** 9:4 111:3

**plaintiff** 31:7

**planning** 32:12

**plans** 46:20

**play** 46:16

**playing** 65:18

**plead** 117:5

**pleaser** 13:14

**pled** 117:9

**point** 48:13 73:9 93:17 99:20

**poles** 34:22

**police** 26:5 50:23 120:6,8 127:9

**pool** 114:17

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

Index: popping..receiving

| | | | |
|---|---|---|---|
| **popping** 102:22,23 | **procedures** 104:23 | **punch** 75:13 | **ran** 19:11 120:25 |
| **port** 39:16,19,23,25 40:2,8 41:1 76:13, 17 | **proceeded** 36:21 107:10 | **purchased** 85:22 | **Randy** 29:3 118:21 |
| | **process** 40:20 | **pushed** 18:24 45:10 102:11 111:4 | **rape** 21:11,15 22:21,23 69:1 |
| **possession** 66:17, 18 | **profession** 12:17 | **put** 10:19,21 15:11 22:6 30:4 34:2 36:11,19 40:3 42:3, 5 45:10 53:13,15 55:9,10 68:5 86:3 87:23 89:9,10 101:19 105:5 106:3 111:3 114:19 121:23 125:10 | **raping** 23:20 |
| **potentially** 30:8 | **proffer** 97:24 | | **rare** 25:3 |
| **power** 11:12 59:20 | **promise** 43:20,23 120:13 | | **reached** 24:12 |
| **Powers** 8:1,16,17, 20,23 9:6 | **property** 18:10,14 58:11 62:8 86:15, 18 124:25 | | **read** 15:18,24 22:18 53:18 55:6 85:8 95:14,23 106:11 113:17 126:24 127:13 |
| **practitioner** 99:18 100:5 | **protect** 26:6 | | |
| **prescribed** 128:24 | **proud** 16:3 | **putting** 77:25 | **readjusted** 105:15 |
| **present** 29:4,6,14, 21 30:8,22 37:13 95:21 | **prove** 87:10 | | **ready** 88:2 126:5 |
| | **proved** 67:9 | **Q** | **real** 45:2 111:11 |
| **pressure** 71:10 | **provide** 84:24 128:12 | **question** 56:4 68:24 71:23 80:25 103:11 113:14 | **reality** 83:7 |
| **pretty** 28:3 41:3 83:3 87:1 94:22 98:7 117:6 | **provided** 127:8 | | **realize** 99:24 |
| | **providers** 71:22 | **questioning** 23:6 | **reared** 42:2 |
| **previous** 102:4 127:15 | **psychiatrist** 19:4 46:19 115:10,12 | **questions** 5:15 28:8 74:4,8 93:7 120:22 126:12 | **reason** 12:22 16:6 46:21 47:1 79:16 81:5 96:20,24 97:2, 24 98:1,4 106:19 123:13 124:10,18 |
| **previously** 89:22 | **psychological** 47:14 | | |
| **pride** 47:12 | | **quick** 10:4 30:13 49:18 | **recall** 24:10 45:22 57:23,24 65:4,5 72:2 73:16 79:1 80:7 86:5,19 89:4,5 104:22 116:18 117:1 118:22 122:17 125:3 |
| **prior** 55:4 92:1 99:8 | **psychologist** 19:4 | | |
| **privilege** 31:3 74:23 | **public** 27:15,16 29:24 35:21 46:11 47:11 114:9 120:20 125:13,19 | **quickest** 61:17 | |
| **privileged** 27:14 74:19,20 | | **quiet** 39:14 | |
| | | **quit** 65:18 | **receipt** 85:21 |
| **probation** 11:14 | **pull** 19:14 101:2,16 126:20 | | **receive** 104:20 |
| **problem** 14:19,24, 25 15:1,3 16:4 56:6 106:22,25 | | **R** | **received** 31:14 109:23 |
| | **pulled** 33:25 34:11, 13 42:20,21 59:18 60:10 | **racial** 17:12 | |
| | | **rage** 17:8,11 | **receiving** 82:4 |
| **problems** 7:12,13 10:20 16:1 45:14 73:4 123:18,20 | **pulling** 42:18 | **raised** 11:18,20 | |
| | | **Ralph** 12:6 14:4,5 | |
| | | **Ralph's** 12:7 | |

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.

Richard Worley - 08/14/2018

Index: record..runs

**record** 10:5 16:9 49:19,23 50:21 52:5,15 53:2 77:24 94:16 110:14 112:9,15,20 117:19,21 127:3

**recorded** 68:9

**records** 27:15,16 28:25 29:25 95:11 97:21 108:7,8 112:7,25

**recovery** 15:2

**red** 98:24,25

**referencing** 17:13

**referred** 110:21

**referring** 114:6,7

**reflect** 77:24

**refuse** 97:19

**registered** 14:7

**regular** 101:11 113:23

**rehab** 49:25 110:2, 4

**Reid** 109:3,4

**related** 62:20

**relatives** 11:23

**relaxer** 129:21

**release** 22:13

**released** 7:14 11:14 87:14 88:8

**remember** 42:12, 13,18 54:22 56:21 57:7 64:12,20 73:12 76:10,11 80:16 81:2 100:4 101:9 104:17

**remind** 31:16

**Remodeling** 12:16

**removal** 100:13

**remove** 101:10

**Repair** 54:6

**repaired** 55:17 72:15

**repeat** 113:14

**repeatedly** 26:8

**rephrase** 17:3

**replace** 105:16

**report** 56:18 63:13 67:20 108:5 121:18

**reported** 15:6

**reporter** 14:14 29:9 47:19 64:7 79:6 110:10 118:13

**reports** 95:20 97:4

**represent** 26:1 74:12

**representations** 97:4

**request** 29:25

**requested** 27:16

**requirements** 127:25

**residence** 60:7 62:3

**resist** 117:4,6

**resisting** 116:21,25 117:2,3,5

**respect** 16:19

**responded** 53:21

**response** 86:1 105:11 109:19 110:19 112:19,22 113:6 121:22 122:3,5 129:5

**resultant** 106:13

**retaliated** 122:18 123:8 124:1

**retaliation** 122:25

**Review** 97:25

**reviewing** 53:19 54:13 56:14 57:6 58:24 60:22 62:1 63:25 64:16 66:10 67:8,19

**Richard** 5:1,18 7:23 22:6,11 23:13 32:22 34:1,6 43:11 44:16 45:8 59:23 60:5 63:15 68:4 102:19 109:3 114:22 123:25

**Rick** 54:8,20,21 55:16,22

**ride** 32:4 46:12

**Ridge** 67:13

**rights** 122:10

**Riley** 74:7,12,21 77:23 78:3,5,6 79:9 94:15,17 98:10,21 99:22 106:18 107:1,12 110:15 112:6,10,14,16 116:5 117:19,22 118:16 120:24 122:15 126:11 127:2

**ringing** 72:20,21,23 73:1,6,9

**RN** 14:7

**Roach** 24:18,20 59:2,20 116:17

**Roach's** 59:16

**road** 65:16 67:13 104:3 116:12

**rocked** 88:3

**rocks** 62:10

**rocky** 70:21

**rod** 102:24

**rods** 102:10 104:24

**rolled** 19:13 41:17, 19 79:19,20,21 80:4 82:13

**room** 10:2 22:7 43:4,5 73:3 77:1,3 83:19 96:13 108:21 115:14

**root** 45:9,12 111:8

**ROS** 97:24 98:4

**Rosedale** 16:20

**round** 30:11

**routine** 32:2

**Roy** 69:11

**rubber** 53:8

**ruin** 61:18

**run** 19:7 40:5 54:25 61:16 63:10 65:21 119:6 120:15,18, 19,20 121:3

**run-in** 73:25

**running** 65:16

**runs** 12:3 14:6 54:5

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                                                    Index: s--t..Sonja

## S

**s--t** 127:21

**sad** 38:12

**safe** 100:7 109:7

**safer** 125:24 126:7

**safest** 12:22,24 13:17

**sally** 39:16,19,23, 25 40:2,8 41:1 76:13,17

**sandal** 86:5,7

**sandals** 86:4

**sat** 5:7 21:22 22:6 33:24 96:11 123:22

**Savannah** 6:7 68:18

**scared** 43:19 46:17,18

**scene** 33:18,21 104:6

**Scenic** 67:13

**schizophrenic** 19:3

**school** 25:17

**scissors** 101:13,15

**scolded** 23:11,12

**scorned** 21:15

**screaming** 36:22 42:13

**screwdriver** 60:3

**sealed** 13:7

**seat** 36:12

**seatbelt** 104:1,2

**secretive** 71:7

**secretively** 71:17

**seek** 115:1,3

**seeking** 114:4

**selling** 46:25 47:1, 2,3

**sending** 21:16

**sensed** 41:5

**sentence** 95:14,22 106:10

**Septic** 12:3

**serve** 26:6

**Service** 12:3

**Services** 63:22

**set** 11:14 48:20,21 52:7 88:4,7 89:13

**setup** 123:11

**severe** 51:10,11

**sewed** 44:24 87:20

**shack** 41:4 123:5

**shakes** 100:3

**Shane** 62:11,12,14

**Shane's** 62:15

**Shannon** 8:1,16,17, 20,23 9:6

**share** 99:9

**shed** 59:21,25

**Shelby** 117:15

**sheriff** 16:20 30:22 31:9 59:23 60:4 78:14

**sheriff's** 25:23 43:25 53:21

**sheriffs** 46:15

**Shirley** 93:10,11, 12,14,16,18 94:2,3, 6,7

**shirt** 66:6 89:4

**shoes** 84:3 85:12, 15,17,22

**Shoo** 117:11

**shook** 33:14 37:16, 17

**shoot** 68:15 76:7

**shop** 19:8 32:15

**short** 21:14 75:25 76:1,2,6

**shortly** 21:21

**shove** 19:23

**shovel** 64:19

**show** 20:7 57:13

**showed** 43:24 82:14 116:11 121:20

**shower** 86:3 87:22, 23,25

**shows** 16:9

**shunt** 7:14

**shut** 36:20 104:21

**sic** 56:5

**sicced** 55:13

**side** 11:17 34:18 42:22 54:9 62:16 78:2 80:3,4,11,12 81:2,7,8 82:7,8,10 103:24

**sign** 22:8,12,17 86:18 104:3

**signed** 9:2 22:14

**simple** 50:16,20

**sir** 126:17 127:10 128:2,8,11,14

**sister** 10:25 11:1 38:9 103:22

**sisters** 66:25 90:7

**sit** 36:12

**sits** 40:19

**sitting** 97:17

**size** 95:18

**skills** 33:6

**slam** 36:18

**slammed** 36:13,15, 16

**slick** 75:23 76:8

**slight** 72:21

**slip-resistant** 84:9, 10

**slippers** 85:25

**slow** 83:3

**slur** 17:12

**Small** 54:6

**sober** 25:15 50:19

**sold** 47:4,5,6

**sole** 84:9 85:6

**solicit** 13:8

**solid** 59:6

**some-odd** 101:8

**son** 8:13,22 10:24 12:3 33:1 67:15

**Sonja** 18:5 57:7,19 58:1 117:24 122:6

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

123:11,19,20
124:4,13,21,23

**Sonny** 67:14

**Sonny's** 38:9

**sore** 107:22

**sort** 7:13 59:3

**sought** 108:9

**soul** 123:13

**speak** 5:10,15 11:9
31:16,20 47:18

**speech** 122:11,19,
25

**spent** 69:3

**spitting** 88:21,23

**spoke** 43:10 123:16

**spot** 89:21

**stabilized** 45:12

**stable** 125:11

**stack** 16:11

**Stacy** 85:14

**staff** 95:6 97:13,16
98:2 106:20

**stamped** 64:17

**stand** 19:22 42:19,
25 80:21

**standing** 26:6,13,
17,21 34:18 40:13
44:12

**start** 65:9,11

**started** 21:17 33:10
34:9 42:5 46:24,25
60:19 83:3

**starting** 52:1 102:1

**starts** 101:23

**state** 5:17 9:1,4
51:9 66:3 80:18
98:1 106:11 126:7
127:19,20

**stated** 64:2 114:3

**statement** 56:25
123:9

**statements** 49:9

**states** 64:1 95:23
106:12 127:13,21

**stating** 68:13 69:25

**stations** 114:13

**status** 95:21

**stay** 45:13 47:22
48:18

**stayed** 48:19 87:24

**stealing** 61:19

**steel** 102:13

**step** 39:20

**stepdaughter**
67:21

**stepfather** 10:1,10,
11,13

**Stephanie** 6:19

**stepped** 60:18

**steps** 60:16,17

**stick** 25:1

**sticking** 66:2

**stipulate** 53:1

**stitches** 45:21 46:5
49:5 88:15 100:14,
25 101:10

**stockier** 75:12

**stole** 10:24 61:16
71:9,10

**stolen** 59:20

**stomach** 80:11

**stomp** 83:6,9,11

**stomped** 42:6,7,9
43:17 78:24 81:21,
23 83:4,8

**stomping** 83:5

**stood** 17:1 26:8
79:20,21 82:1

**stop** 26:24 28:12

**stopped** 41:9 72:22

**stores** 114:13

**straight** 19:12
41:16,19,23 56:22
75:18,19 76:15
79:22 96:17 102:12
107:13

**straightaway**
103:17

**strange** 48:2

**straw** 105:6

**street** 13:9 27:6

**Strider** 30:22 31:9
46:16

**strike** 98:22 120:13
129:20

**struck** 26:7,12
77:16 80:2

**stubborn** 41:16

**stuck** 46:21

**stuff** 27:15 40:22
45:9 47:1,2,6 49:9
58:14 101:12

104:24 121:24
126:24 129:16,23

**submit** 29:18

**suck** 18:16,19
120:1

**Sue** 55:1,7 114:16

**sued** 26:3

**suing** 27:8 31:9

**super** 27:7

**support** 38:20,21,
23 51:8

**supposed** 26:6

**supposedly** 26:5
31:13

**surgery** 7:16 8:25
105:3

**sutures** 100:14

**SUV** 36:10 44:3

**swear** 17:22 120:13

**Sweat** 29:3 44:2,7,
15 73:25 118:21,23

**swelling** 107:7,9,
10,21 129:15,16,22

**swollen** 106:14

**sworn** 5:2

**Sykes** 65:20

**Systems** 97:25

---

**T**

---

**takes** 39:15

**taking** 14:1 19:17
58:14 61:1 87:9,10
129:10

**talk** 31:8 37:14,19,
22 38:5 46:14 48:1
60:9 70:16,23 72:3
94:12 107:23 108:4
110:16

**talked** 32:25 34:5
46:15 71:9 72:4
115:25

**talking** 17:17 19:1
28:13 29:20 35:25
39:12 40:15 42:15
51:24 70:21 81:25
98:15,16,17 109:1
121:9

**talks** 70:18

**tall** 42:21 51:19

**Tallant** 22:15 23:6

**taped** 54:23 55:5

**Tara** 7:6 8:24

**tax** 129:25

**teamed** 124:5

**teeth** 45:2,3 102:11
105:17,21 121:10,
16

**telling** 27:7 56:21
62:8

**ten** 8:5,10 89:23,25
90:2 100:24 105:7
115:21,22

**ten-** 38:17

**ten-year** 89:25

**ten-year-old** 8:22

**tend** 117:3

**tendency** 55:8,10
58:21

**Tennessee** 6:4

117:16

**term** 21:14

**test** 98:20

**testified** 5:3

**testify** 18:22 19:20

**testimony** 119:18

**tetanus** 95:21

**thief** 61:18

**thing** 32:25 40:3
47:14 61:17 62:9
66:20,21,22 70:9
72:8,17 80:20,21,
22 90:16 105:20,
23,24,25

**things** 46:12 47:22
58:13,22 67:2
71:11 122:10,19

**thinking** 117:3

**Thirty-five** 101:8

**Thomas** 63:9

**thought** 34:20
38:11,12 39:11
73:7 81:19 102:14
107:21 120:9

**thousand** 23:16
68:15 91:12,21,22

**thousands** 125:14
129:24

**threaten** 10:15
17:24

**threatened** 10:10,
11 13:19 18:2,5
64:13,19 91:7
121:5 122:6 126:9,
10

**threatening** 9:19

56:6

**threats** 63:6,15

**threw** 57:10,16

**throat** 19:23

**throw** 38:5 57:12,
17 58:22 75:13

**throwed** 66:6 67:9
123:25

**throwing** 58:13
62:10

**Thursday** 30:13

**ticky** 45:3

**Tim** 27:1,2,3,4,5,10
37:11,13,14,16,17
73:21

**time** 8:3,24 10:17
12:12,18 15:5 17:1,
7,9 22:4,20 25:13
27:15 31:8 32:17
35:9 36:17 39:4
41:23 42:1,24
56:11 61:11,12
66:17 70:8,17
73:23 74:4,15
75:17 76:21 77:12,
14,16,17,18,21,22
78:9 79:1,12 80:5,
7,9,25 81:10,25
82:5,7,11 88:13,23
92:18 98:6,16
108:6 110:4,6,7,8,
10,12 111:22
113:25 116:22
117:1,8,9 119:15
124:23 125:3

**times** 23:16 24:25
61:4 65:2,17 70:17
77:8,10 78:25
79:14,17 116:20,24

117:17,23,25
118:2,3,4,5,6,7,17,
20,24 119:7,8,10

**Tina** 60:7 87:8
101:4,5

**Tipton** 117:16

**tires** 65:13,20 66:3

**tobacco** 25:19

**today** 17:15 49:14
69:25 85:13 115:25
126:4

**Todd** 7:6

**toddies** 32:14

**toe** 88:17

**toes** 88:18

**told** 10:18 11:1
18:7 20:14,21
21:17,19 22:1,5,17
23:7 33:2 34:14
36:17 37:23 39:10
41:20,24 43:16
44:13 45:6,7 49:16
55:20 56:3,4,10,11,
23 58:7,15 60:4,14,
15 62:16 65:14,17,
19 66:16 68:2
70:12 73:12 77:14
102:20 111:1,6,12
117:4 119:22,25
123:11 124:2,13
125:2 128:4

**tolerate** 16:8

**Tom** 70:12

**tomorrow** 30:17
126:5

**tonight** 52:13

**tool** 59:3

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018

**tools** 59:20 60:6 101:9

**tooth** 44:25 45:4,15 46:4 47:9,12 106:15 111:2,9,10 113:21 121:11,12, 14,17,24

**top** 13:9 19:13 25:3 53:16 97:23 98:2 105:25 127:7

**total** 49:15

**town** 14:6 46:14

**trailer** 58:12

**trained** 31:14

**transcript** 94:9

**treated** 31:19 95:6 100:4

**treatment** 44:22 50:8 99:14 101:23 104:20 105:13 108:9,13 109:25 113:8,16,19 121:9 127:12

**triage** 96:16

**trouble** 28:18 112:7

**troubles** 105:9

**Troy** 23:24

**truck** 36:20 55:18 60:2

**true** 66:10,14 69:18 74:24

**truth** 36:3,4 44:21 65:15 70:13

**turkey** 32:24

**turn** 42:9 54:12 56:13 57:5 60:21

61:25 63:12,24 64:15 67:7 93:13, 15 106:5 108:12 111:8

**turned** 36:12 66:25

**tweezers** 101:16

**Tyler's** 60:8

**type** 13:3 17:12 49:3 64:24 73:24 93:4 98:22 101:17 109:11 115:13,17 118:12

---

**U**

**Uh-huh** 106:9 109:19 110:19 112:19,22 113:6 122:3 129:5

**UMC** 94:12 95:11 96:21 97:20 99:13 101:25 108:15

**un-** 97:12

**unable** 97:24 98:4

**uncalled** 62:5

**uncle** 12:4 16:19 23:23,24 24:2,5

**uncle's** 12:2 23:22 24:5

**unconscious** 105:5

**uncooperative** 95:1,2,5

**underlined** 95:14

**Underneath** 106:10

**understand** 5:14 15:1,4 19:25 23:18 28:10 29:1 30:9

31:6 69:21 93:8 106:19 109:16

**understanding** 20:25 48:25

**unhandcuff** 40:22

**upset** 17:11 33:1,8 44:20

**UTD** 95:21

---

**V**

**Vadello** 99:1

**van** 103:22,23

**Vanderbilt** 7:16

**vehicle** 36:8 103:12

**violated** 122:11

**violation** 128:7,10

**violence** 69:22

**violent** 16:13,15,18 119:19

**visit** 109:12 114:1

**visiting** 32:13

---

**W**

**wages** 125:6,7,10 129:25

**wailing** 60:19

**Walgreens** 129:3

**walk** 39:21 70:4,6

**walked** 33:25 76:15 119:6

**walking** 41:1,2,8

**walks** 39:20

**wall** 104:3

**wanted** 9:5 11:7 22:19 32:4 41:6 58:8 60:8 62:16 65:24 84:20,21 89:9 107:24,25 108:2 123:4,5

**wanton** 9:13,16,18, 19,20,21,23 51:5

**Ware** 110:16,17 112:7,21 121:19

**Ware's** 121:10

**warning** 54:22

**warrant** 18:8 59:24

**washed** 89:15

**washer** 71:11

**washing** 89:13

**watched** 26:8

**water** 57:11

**wear** 78:19 84:18, 20,21 85:7,10

**wearing** 83:14,19 84:4,6 89:2

**weeks** 105:7

**weigh** 51:17,21

**weighed** 51:18

**Welch** 71:20

**Wes** 111:1,14,15,24

**wet** 39:25 57:14

**whatnot** 60:10

**whatsoever** 36:23 39:24 40:1,3,7 48:20 54:2 74:17 92:19 108:11 115:19 120:9

EXHIBIT A - DEPOSITION OF RICHARD WORLEY

RICHARD WORLEY V. DEPUTY DANNY LAWRENCE, ET AL.
Richard Worley - 08/14/2018                    Index: wheelchair..zone

**wheelchair** 10:20, 23

**when's** 8:3

**Whitaker** 13:9

**white** 56:5

**whoop** 60:12

**whore** 57:20

**wide** 42:4 65:22

**wife** 6:20 14:7 60:8, 9,10 63:2 68:7 87:3,5 99:2,4 100:18 111:20

**wife's** 68:8 101:3

**wild** 67:15

**Willis** 29:13,14 57:7,19 117:24 123:11

**Willis's** 18:5 122:7

**Wilson** 124:21,24

**wine** 32:10,11,12 35:1 98:15,18,22, 23,24,25 99:2,7,8,9

**Winona** 5:25

**Winters** 24:16

**wire** 19:12

**wired** 104:21

**woke** 42:19

**woman** 21:15,16 43:7

**Woods** 16:21

**word** 40:4 41:7,9

**words** 43:22

**work** 11:12 13:8 15:10 32:17 55:2,

19 78:20 84:6,7,8, 10,14,16,18,20,22, 24 86:8,12,13 88:10 89:6 93:1 110:23 111:19 114:20,23

**worked** 11:7 15:11 33:1 63:9,10 111:19

**worker** 115:2

**working** 29:15 32:14 33:7 55:4 125:9,11

**works** 11:11 14:8

**Worley** 5:1,6,18 7:23,24 12:2,6 27:13 28:12 33:15 34:19 42:14,19 43:8 52:17 54:4 56:4 62:25 63:14, 15 69:20 74:8 77:24 87:8 89:16 94:18 101:4,5 109:14 112:17 126:16

**Worley's** 12:3 69:11

**worn** 89:8

**worried** 13:17,18, 19,20

**worry** 68:8

**would've** 81:13,14 96:11

**wounds** 100:10

**wreck** 102:5

**written** 54:22 63:13

**wrong** 9:25 10:9 41:5 61:21 119:5

**wrote** 31:4

---
### X

**x-rayed** 45:7

---
### Y

**y'all** 6:14,21 7:7,9, 11,20 32:18,23 34:6,7,20 37:22 39:9 43:8 52:11 56:21 58:5 91:24 93:22

**yard** 69:12

**year** 12:20 15:22 29:25 91:19

**years** 5:20 6:9,22 7:7 8:5 12:13 16:20 24:4,6 39:6 61:17 62:22 65:14 85:11 89:19,23,25 90:1,2 101:8 102:6,8 111:20 115:21,22 118:3 125:14

**yelled** 44:18

**yelling** 62:7

**yellow** 111:9

**you-all** 44:1,8

**young** 104:22 105:8

---
### Z

**zone** 125:21

EXHIBIT A - DEPOSITION OF RICHARD WORLEY