# Grenada County Sheriff's Department

## Incident Detail

INCIDENT #: 2016121669     Reporting Officer: LAWRENCE, DANNY

Date Entered: 12/27/2016 10:51:08 AM     Cleared: No     Cleared Date: N/A

Occurence Date: 12/23/2016 14:47 - 12/23/2016 15:05     Location: 147 Scenic Ridge Road Grenada MS 38901

Incident Description: Public Disturbance

Instrument Used for Entry: Not Applicable     Point of Entry: Not Applicable     Point of Exit: Not Applicable

### Other Entities Involved:

Caller - BARBARA KITCHENS

DOB:     Race: Caucasian    Sex: Female     Home Phone:     Cell Phone:     Other Phone:

Address on 4/19/2016 - 123 Syvania Road MS     Home:     Cell:     Other:

Notes:

### Dispatch Information:

## Offense(s)

Offense: (240) 97-25-114 - DISORDERLY CONDUCT - DISTURBANCE OF FAMILY     Premises Entered: 0

Completed: True     Forced Entry: False

Bias Motivation: None (no bias)

Location Type: Residence/Home (includes apartment, condominium, and nursing home)

Suspect of Using: N/A

Criminal Activity: N/A

Weapon Type: N/A

## Victim(s)

## Offender(s) / Suspects (s)

Report By:     Approved By:     **EXHIBIT A**     O DEF 12

| ☐ Arrested | Offender # 1 Name: RICHARD WORLEY | Notes: | | |
|---|---|---|---|---|

Age: 40 (DOB: )
Sex: Male
Race: White

Height: 71in
Weight: 180
SSN:
DL # (MS)

| Address | Home | Cell | Other |
|---|---|---|---|
| Address on 6/3/2016 - 123 SAVANNA LANE GRENADA MS 38901 | Home: | Cell: | Other: |
| Address on 3/13/2015 - AR | Home: | Cell: | Other: |
| Address on 3/1/2015 - 4071 CHERRY CORNER ROAD MURRY KY 42071- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 123 SAVANAH LANE GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 270 K&G LANE GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 428 K-N-G LANE GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 830 COOPER ROAD GRENADA MS 38901- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 312 CHURCH STREET DUCKHILL MS 38926 | Home: | Cell: | Other: |
| Address on 3/1/2015 - 481 CARROLLTON ST. DUCKHILL MS 38926 | Home: | Cell: | Other: |
| Address on 3/1/2015 - SKATING RINK CIRCLE ELLIOTT MS 38926 | Home: | Cell: | Other: |
| Address on 3/1/2015 - 481 ELLIOT MS | Home: | Cell: | Other: |
| Address on 3/1/2015 - 410 MOORES TRAILER PARK LURAND MS 62625 | Home: | Cell: | Other: |
| Address on 3/1/2015 - RT 5 BOX 766 MURRY KY 42071- | Home: | Cell: | Other: |
| Address on 3/1/2015 - 302 EAST CHURCH STREET DUCKHILL MS 38925- | Home: | Cell: | Other: |

**Property**

| Report By: | Approved By: |
|---|---|

CO DEF 13

| Incident Report | INCIDENT #: 2016121669 | Page 3 of 3 |

## Narrative

Date: 12/27/2016     Name: Danny Lawrence

On 20161223 at 1447 hrs, I, Danny J. Lawrence (SO-50), was dispatched to 147 Scenic Ridge Road in reference to Mr. Richard Worley at this location was drunk and causing a disturbance. Upon my arrival, Mr. Worley was sitting in the front passenger seat of Ms. Barbara Kitchens vehicle and was very loud and appeared to be very intoxicated. Ms. Kitchens stated that Mr. Worley had been drinking and he made her bring him to this location to see her family. After speaking to Mr. Worley, I told Ms. Kitchens and Mr. Worley that he had to go straight home in Elliott and if they stopped anywhere or he caused any more problems he would go to jail. Ms. Kitchens and Mr. Worley left 147 Scenic Ridge Road with Ms. Kitchens driving the vehicle. EORDJL

| Report By: | Approved By: |

CO DEF 14