# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RICHARD WORLEY,                                                        Plaintiff,

vs.                                                Docket No.: 4:17-cv-193 SA/JMV
**JURY DEMANDED**

DEPUTY DANNY LAWRENCE;
DEPUTY BRYAN GRIFFITH;
DEPUTY RANDY SWEAT;
DEPUTY TIM GHOLSTON;
JOHN DOES I-X, Individually and
in his Official Capacity as a Deputy of the
Grenada County Sheriff's Office;
SHERIFF ALTON STRIDER, Individually and
in his Official Capacity as a Sheriff of the
Grenada County Sheriff's Office;
GRENADA COUNTY, MISSISSIPPI                      Defendants.

## F.R.C.P. 41(2) JOINT MOTION FOR DISMISSAL

COMES NOW the parties, by and through their counsel of record and pursuant to F.R.C.P. 41 and hereby inform the Court that all issues between the parties have been resolved by settlement and this matter can be dismissed, with each side bearing their own costs and attorney fees.

RESPECTFULLY SUBMITTED,

*/s/ Andrew C. Clarke*
ANDREW C. CLARKE (MS BPR No. 9491)
Attorney for Plaintiff
The Cochran Firm – Midsouth
One Commerce Square, 17th Floor
Memphis, Tennessee 38103
(901) 523-1222 (Telephone)
(901) 523-1999 (Facsimile)
aclarke@cochranfirmmidsouth.com

*/s/ Katelyn Riley*
Katelyn Riley (105115)
Allen, Allen, Breeland & Allen, PLLC
P.O. Box 751
Brookhaven, Mississippi 39602
wallen@aabalegal.com
cwilliams@aabalegal.com

        /s/ Mary McKay Lasker
Daniel J. Griffith (8366)
Mary McKay Lasker (100785)
Jacks/Griffith/Luciano, P.A.
P.O. Box 1209
Cleveland, Mississippi 38732
dgriffith@jlpalaw.com
mlasker@jlpalaw.com

## CERTIFICATE OF SERVICE

I, Andrew C. Clarke, pursuant to F.R.C.P. 5, do hereby certify that a true and correct copy of the foregoing was served on the following persons via the Court's ECF filing system and/or email:

William R. Allen
J. Chadwick Williams
Allen, Allen, Breeland & Allen, PLLC
P.O. Box 751
Brookhaven, Mississippi 39602
wallen@aabalegal.com
cwilliams@aabalegal.com

Daniel J. Griffith
Mary McKay Lasker
Jacks/Griffith/Luciano, P.A.
P.O. Box 1209
Cleveland, Mississippi 38732
dgriffith@jlpalaw.com
mlasker@jlpalaw.com

This the 16th day of April, 2019.

*/s/ Andrew C. Clarke*
ANDREW C. CLARKE